Form B1 (Official Form 1) - (Rev. 1/08)                                    2008 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): Centerstone Diamonds, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) 95-4075169 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State): 323 West 8th Street Los Angeles, California          ZIP CODE 90014 | Street Address of Joint Debtor (No. & Street, City, and State):          ZIP CODE |
| County of Residence or of the Principal Place of Business: Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP CODE | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other Jewelry

**Tax-Exempt Entity** (Check one box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which** the Petition is Filed (Check one box)
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Application to Chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

CCD-B1

Form B1 (Official Form 1) (Rev. 1/08)                                              2008 USBC, Central District of California

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 2 |
| *(This page must be completed and filed in every case.)* | Centerstone Diamonds, Inc. | |

| Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet) |||
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
| Name of Debtor: Michael Beaudry, Inc. | Case Number: Concurrently Filed | Date Filed: |
| District: Central District of California | Relationship: | Judge: |

<table>
<tr><td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td><td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____

Signature of Attorney for Debtor(s)          Date

Michael S. Kogan

</td></tr>
</table>

<table>
<tr><td>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No

</td><td>

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

</td></tr>
</table>

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

Form B1 (Official Form 1) (Rev. 1/08) | 2008 USBC, Central District of California

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):                    FORM B1, Page 3<br>Centerstone Diamonds, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor
Centerstone Diamonds, Inc.

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

Michael S. Kogan
Printed Name of Attorney for Debtor(s)

Ervin Cohen & Jessup, Inc.
Firm Name

9401 Wilshire Blvd., 9th Floor
Address

Beverly Hills, California 90212

310.273.6333
Telephone Number

_____ 128500
Date            Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
                                    Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Michael Beaudry
Printed Name of Authorized Individual
President
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## <u>CORPORATE RESOLUTION</u>

In accordance with the authority vested in the Board of Directors, the Directors have approved, and do hereby approve, the following resolutions:

RESOLVED, that Centerstone Diamonds, Inc. (the "Corporation") file a Petition for a reorganization pursuant to Chapter 11 of the Bankruptcy Code, and it is further

RESOLVED, that any officer of the Corporation including but not limited to Michael Beaudry, President, are authorized by their sole signature to sign all documents necessary and requisite in connection with the said Petition pursuant to Chapter 11 of the Bankruptcy Code, and is directed to perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such Chapter 11 case, and it is further

RESOLVED, that this Corporation retain Ervin, Cohen & Jessup LLP as counsel to represent the Corporation in connection with the proceedings, and to pay its retainer.

DATED:  April ___, 2009

CENTERSTONE DIAMONDS, INC.

By: _____

Michael Beaudry

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan<br>Ervin Cohen & Jessup, Inc.<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, California 90212<br><br>310.273.6333<br>310.859.2325<br>128500<br>☐ Attorney for: | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: CENTERSTONE DIAMONDS, INC.<br><br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:  11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, Michael Beaudry_____ , the undersigned in the above-captioned case, hereby declare
<span style="font-size:smaller">*(Print Name of Attorney or Declarant)*</span>
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

      ☒  I am the president or other officer or an authorized agent of the debtor corporation

      ☐  I am a party to an adversary proceeding

      ☐  I am a party to a contested matter

      ☐  I am the attorney for the debtor corporation

2. a.  ☒  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
      *[For additional names, attach an addendum to this form.]*
      Michael Beaudry

b.  ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____      _____
Signature of Attorney or Declarant      Date

Michael Beaudry_____
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007                                                                   CCD-1002

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:

CENTERSTONE DIAMONDS, INC.,

Debtor.

(Chapter 11)

Case No. __-_____

**LIST OF CREDITORS HOLDING**
**THE TWENTY LARGEST UNSECURED CLAIMS**

**In re CENTERSTONE DIAMONDS, INC.**

Following is a list of the Debtors' creditors holding the 20 largest unsecured claims. The list has been prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101, (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| # | Name of Creditor and Address | Contact and Telephone Number | Nature Of Claim | Contingent Unliquidated, disputed or subject to set-off | Appropriate Amount of Claim |
|---|---|---|---|---|---|
| 1. | Olympic Diamonds Corp. 580 Fifth Avenue Suite 1200 New York, NY 10036 | John, Nissan Perla  800-842-3666 | Trade Claim | | $253,137.59 |
| 2. | Espeka Israel 52 Bezalel Street Noam Building, Room 501 52521 Ramat-Gan Israel | David Katz  011 972-3-5752116 | Trade Claim | | $170,452.85 |
| 3. | Inter Gems-CLAES Hoveniersstraat 2 BUS 248 B-2018 Antwerpen -Belgium | Nanda Peeters  +32(0)3 203 45 67 | Trade Claim | | 158,513.34 |
| 4. | American Express Box 0001 Los Angeles CA 90096-0001 | customer serv.  800-492-8468 | Trade Claim | | 129,825.00 |

| # | Name of Creditor and Address | Contact and Telephone Number | Nature Of Claim | Contingent Unliquidated, disputed or subject to set-off | Appropriate Amount of Claim |
|---|---|---|---|---|---|
| 5. | Elite Traveler Magazine 801 Second Ave., 11th Fl NY, NY 10017 | Doy Gollan 212-986-5100 | Trade Claim | | $110,500.00 |
| 6. | Diamond Investment Partners, LLC 367 S. Rimpau Boulevard Los Angeles, CA 90020 | | Trade Claim | | $110,202.55 |
| 7. | Dell Financial Services Co/ Bank of America 4307 Collection Center Drive Chicago, IL 60693 | George K Pacheco 866-501-1204 x 7663 | Trade Claim | | $108,692.74 |
| 8. | Kothari Trading Co., Ltd. Takshing House 20 Des Voeux Rd., STE 506 Central, Hong Kong | Raju Kothari 011-852-2525-5003 | Trade Claim | | $107,260.00 |
| 9. | Lili Diamonds 580 5th Avenue Suite 2500 New York, NY 10036 | Chaim (Hime) Lazarus 212-302-0002 | Trade Claim | | $105,549.25 |
| 10. | Curtco Robb Media, LLC Robb Report, Inc. P.O. Box 6167 Malibu, CA 92264 | Lisa Ley 310-589-7700 | Trade Claim | | $104,670.00 |
| 11. | American Express Publishing Corp. 4624 Paysphere Circle Chicago, Ill 60674 | Linda Martinez 212-382-5808 | Trade Claim | | $99,753.85 |
| 12. | Modern Luxury, Inc. P.O. Box 512808 Los Angeles, CA 90051 | Julie Anderson 312-274-2500 | Trade Claim | | $93,480.00 |
| 13. | Novel Collection 580 Fifth Avenue, Suite 1608 New York, NY 10036 | Shaul Cohen 212-869-6035 | Trade Claim | | $76,310.50 |
| 14. | Fancy Colors USA, Inc. 579 Fifth Avenue Suite 602 New York, NY 10017 | Menachem Namdar 212-759-0500 | Trade Claim | | $76,105.50 |
| 15. | Los Angeles Magazine File # 55469 Los Angeles, CA 90074 | Alan Klein 323-801-0100 | Trade Claim | | $69,188.20 |
| 16. | Inga Moubaiajian 4555 Finley Ave., #4 Los Angeles, CA 90027 | | Trade Claim | | $62,720.00 |
| 17. | Rosy Blue Trading, Inc. 529 Fifty Avenue, 17th FL New York, NY 10017 | | Trade Claim | | $59,983.60 |
| 18. | C Publishing, LLC 1543 7th Street, 2nd Floor Santa Monica, CA 90401 | Sue Chrispell 310-393-3800 | Trade Claim | | $54,000.00 |
| 19. | Superb Jewelstar 101 Utah Street Suite 207 San Francisco, CA 94103 | Ambrish, Meenaxi 415-255-4768 | Trade Claim | | $51,429.60 |
| 20. | Eurostar Belgium, Inc. 589 Fifth Avenue Suite 910 New York, NY 10017 | Anita Singh 212-754-4100 | Trade Claim | | $48,165.14 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I, the undersigned named as the Debtor in this case, declare under penalty of

perjury that I have reviewed the list of Creditors Holding the 20 Largest Unsecured Claims,

consisting of __ sheets, and that it is true and correct to the best of my knowledge, information

and belief.

Dated:  April __, 2009

_____
Michael Beaudry, President

(CLERK'S STAMP)

Name Michael S. Kogan
Ervin Cohen & Jessup, Inc.
Address 9401 Wilshire Blvd., 9th Floor
Beverly Hills, California 90212

Telephone 310.273.6333
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

In re  CENTERSTONE DIAMONDS, INC.

Case No. _____

**Debtor(s)**       **LIST OF EQUITY SECURITY HOLDERS**

(Set forth here all names, including trade names used by debtor(s) within last 6 years.)
**Social Security No.** _____
**Social Security No.** _____
**Debtor's Employer's Tax Identification No.** _____

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Michael Beaudry | | 100% | |

Page _____ of _____

BK-1A

| Party Name, Address, and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan<br>Ervin Cohen & Jessup, Inc.<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, California 90212<br><br>310.273.6333 | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:  CENTERSTONE DIAMONDS, INC. | CHAPTER 11  11 |
|---|---|
| | CASE NUMBER |
| Debtor. | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.   Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:  323 West 8th Street, Los Angeles, California 90014

2.   Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
     323 West 8th Street, Los Angeles, California 90014

3.   Disclose the current business address(es) for all corporate officers:
     323 West 8th Street, Los Angeles, California 90014

4.   Disclose the current business address(es) where the Debtor's books and records are located:
     323 West 8th Street, Los Angeles, California 90014

Venue Disclosure Form for Corporations Filing Chapter 11   Page Two (2)                    **VEN-C**

| In re CENTERSTONE DIAMONDS, INC. | CHAPTER 11  11 |
|---|---|
| Debtor. | CASE NUMBER |

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
    323 West 8th Street, Los Angeles, California 90014

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*: Michael Beaudry - President
    323 West 8th Street, Los Angeles, California 90014

8.  Total number of attached pages of supporting documentation: _____

9.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the _____ day of _____ , _____ , at _____ , California.

Michael Beaudry _____                    _____
*Type Name of Officer*                              *Signature of Declarant*

President _____
*Position or Title of Officer*

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

Concurrently Filed Michael Beaudry, Inc. - Chapter 11

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

Concurrently Filed Michael Beaudry, Inc. - Chapter 11

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

_____
*Debtor*
Centerstone Diamonds, Inc.

Dated _____

_____
*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

B 201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

Name: <u>Michael S. Kogan</u>

Address: <u>Ervin Cohen & Jessup LLP, 9401 wilshire Blvd.,</u>

<u>Beverly Hills, California 90212</u>

Telephone: <u>310.273.6333</u>          Fax: <u>310.859.2325</u>

[x] Attorney for Debtor
[ ] Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 8 years:<br>CENTERSTONE DIAMONDS, INC. | Case No.: |
|---|---|
| | **NOTICE OF AVAILABLE CHAPTERS**<br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.  **Services Available from Credit Counseling Agencies**

With limited exceptions, **§ 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, **after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

**2.    The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:    Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.    Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 12/08)                                      USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____

Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

X _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

Social Security number (If the bankruptcy petition
preparer is not an individual, state the
Social Security number of the officer, principal,
responsible person, or partner of the bankruptcy
petition preparer.) (Required by 11 U.S.C. § 110.)

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

_____

Printed Name(s) of Debtor(s)

Case No. (if known) _____

_____
Signature of Debtor                       Date

X _____
Signature of Joint Debtor (if any)   Date

Form B203 – Disclosure of Compensation of Attorney for Debtor – (1/88)                    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re CENTERSTONE DIAMONDS, INC.

Case No.:

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Debtor.

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ ___60,000___

Prior to the filing of this statement I have received  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ ___60,000___

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

2.  The source of the compensation paid to me was:

    [x] Debtor        [ ] Other *(specify)*

3.  The source of compensation to be paid to me is:

    [x] Debtor        [ ] Other *(specify)*

4.  [x]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [x]  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed].

CCD-B203

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor (1/88)              1998 USBC, Central District of California

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____                     _____
Date                                                               *Signature of Attorney*
                                                                       Michael S. Kogan

                                                                       Ervin Cohen & Jessup, Inc.
                                                                       *Name of Law Firm*

Verification of Creditor Mailing List - (Rev. 10/05)    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    Michael S. Kogan
        Ervin Cohen & Jessup, Inc.

Address    9401 Wilshire Blvd., 9th Floor
           Beverly Hills, California 90212

Telephone    310.273.6333

☐ Attorney for Debtor(s)

☐ Debtor in Pro Per

---

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names used by Debtor(s) within last 8 years: | Case No.: |
|---|---|
| Centerstone Diamonds, Inc. | Chapter:  11 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: _____

_____
*Debtor*
Centerstone Diamonds, Inc.

_____
*Attorney (if applicable)*
Michael S. Kogan
Ervin Cohen & Jessup, Inc.

_____
*Joint Debtor*

BK-105

Centerstone Diamonds, Inc.
323 West 8th Street
Los Angeles, CA 90014


Michael S. Kogan, Esq
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard 9th Fl
Beverly Hills, CA  90212


United States Trustee
725 S. Figueroa St.
Suite 2600
Los Angeles, CA  90017

Olympic Diamonds Corp.
580 Fifth Avenue Suite 1200
New York,  NY 10036


Espeka Israel
52 Bezalel Street
Noam Building, Room 501
52521 Ramat-Gan Israel


Inter Gems-CLAES Hoveniersstraat
2 BUS 248 B-2018
Antwerpen -Belgium


American Express
Box 0001
Los Angeles CA 90096-0001


Elite Traveler Magazine
801 Second Ave., 11th Fl
NY, NY 10017


Diamond Investment Partners, LLC
367 S. Rimpau Boulevard
Los Angeles, CA 90020


Dell Financial Services Co/ Bank of America
4307 Collection Center Drive
Chicago, IL 60693


Kothari Trading Co., Ltd.
Takshing House
20 Des Voeux Rd., STE 506
Central, Hong Kong


Lili Diamonds
580 5th Avenue Suite 2500
New York, NY 10036

Curtco Robb Media, LLC
Robb Report, Inc.
P.O. Box 6167
Malibu, CA 92264


American Express Publishing Corp.
4624 Paysphere Circle
Chicago, Ill 60674


Modern Luxury, Inc.
P.O. Box 512808
Los Angeles, CA 90051


Novel Collection
580 Fifth Avenue, Suite 1608
New York, NY 10036


Fancy Colors USA, Inc.
579 Fifth Avenue Suite 602
New York, NY 10017


Los Angeles Magazine
File # 55469
Los Angeles, CA 90074


Inga Moubaiajian
4555 Finley Ave., #4
Los Angeles, CA 90027


Rosy Blue Trading, Inc.
529 Fifty Avenue, 17th FL
New York, NY 10017


C Publishing, LLC
1543 7th Street, 2nd Floor
Santa Monica, CA 90401

Superb Jewelstar
101 Utah Street Suite 207
San Francisco,  CA 94103


Eurostar Belgium, Inc.
589 Fifth Avenue Suite 910
New York, NY  10017