UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: Centerstone Diamonds,
Inc.,

Debtor

Case No. 2:09-bk-
23944-VZ

Chapter 11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.   Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.   Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A — Real Property | Y | | $0 | | |
| B — Personal Property | Y | | $14,750,526 | | |
| C — Property Claimed as Exempt | Y | | | | |
| D — Creditors Holding Secured Claims | Y | | | $6,581,856 | |
| E — Creditors Holding Unsecured Priority Claims | Y | | | $96,256 | |
| F — Creditors Holding Unsecured Nonpriority Claims | Y | | | $7,277,029 | |
| G — Executory Contracts and Unexpired Leases | Y | | | | |
| H — Codebtors | Y | | | | |
| I — Current Income of Individual Debtor(s) | Y | | | | $N/A |
| J — Current Expenditures of Individual Debtor(s) | Y | | | | $N/A |
| Total Number of Sheets of ALL Schedules ▶ | | 32 | | | |
| Total Assets | | | $14,750,526 | | |
| Total Liabilities | | | | $13,955,141 | |

Official Form B6 - Statistical Summary  (12/07)                                        2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re CENTERSTONE DIAMONDS, INC.                         Debtor(s). | CHAPTER: 11 CASE NO.; 2:09-bk-23944-VZ |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4.  Total from Schedule F | | $ |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: Centerstone Diamonds,
Inc.,

Debtor

Case No. 2:09-bk-
23944-VZ

Chapter 11

# SCHEDULE A — REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G — Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C — Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |
| | | TOTAL ▶ | $ | |

(Report also on Summary of Schedules.)

In re: Centerstone Diamonds, Inc.,
        Debtor

Case No. 2:09-bk-23944-VZ

# SCHEDULE B — PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C — Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G — Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this Schedule, do not include the name or address of a minor child. Simply state "a minor child."

CENTERSTONE DIAMONDS, INC. (2:09-bk-23944-VZ)("CDI") and MICHAEL BEAUDRY, INC. (2:09-bk-23945-VZ)("MBI") are jointly administered, and financial information contained herein is stated on a consolidated basis, however where appropriate, the individual entity upon which the information pertains to is referenced

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.    Cash on hand | X | | | |
| 2.    Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loans, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Accounts: **Cathay Bank** **Acct #** **01128205** **01128221** **01128434** **WAMU** **Ameritel (Great American Leasing)** **Laser Star** | | $60,842($19,525-CDI/$41,317-MBI) |
| 3.    Security deposits with public utilities, telephone companies, landlords, and others. | | | | 3,036<br>3,118 |
| 4.    Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.    Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.    Wearing apparel. | X | | | |
| 7.    Furs and jewelry. | X | | | |
| 8.    Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.    Interests in insurance polices.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

In re:  Centerstone Diamonds, Inc..,
              Debtor

Case No. 2:09-bk-23944-VZ

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10.   Annuities.   Itemize and name each issuer. | X | | | |
| 11.   Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified state tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars.  (File separately the record(s) of any such interest(s).    11 U.S.C. §521(c); Rule 1007(b)). | X | | | |
| 12.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13.   Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.   Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.   Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.   Accounts receivable. | | A/R | | $1,905,274(MBI)<br><br>954,603 (CDI)(intercompany sales to MBI)<br><br>217,253(due to CDI from Beaudry Time International) |
| 17.   Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.   Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19.   Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20.   Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.   Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22.   Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |

In re:  Centerstone Diamonds, Inc..,
Debtor

Case No. 2:09-bk-23944-VZ

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23.    Licenses, franchises, and other general intangibles. Give particulars. | | intellectual property | | to be determined |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101 (41A) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | FFE | | $735,601 (347,131–MBI/388,470–CDI) |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | inventory | | $10,870,799 (CDI) |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.    Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Potential Causes of Action | | unknown |

___ continuation sheets attached          Total ▸          $14,750,526

(Includes amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re: Centerstone Diamonds, Inc.,
            Debtor

Case No. 2:09-bk-23944-VZ

# SCHEDULE C— PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. §
   522(b)(2):

☐ 11 U.S.C. §
   522(b)(3):

☐ Check if debtor claims a homestead exemption that exceeds $136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| N/A | | | |

In re: Centerstone Diamonds, Inc.,
Debtor
Case No. 2:09-bk-23944-VZ

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, If Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primary consumer debts, report the total from the column labeled "Unsecured Portion, If Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FCC, LLC, dba First Capital Western Region, LLC <br> 700 S. Flower Street, Suite 2325 <br> Los Angeles, California 90017 | | | FACTORING AGREEMENT | X | X | X | 6,581,856 | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO | | | | | | | | |
| | | | | Subtotal ▶ <br> (Total of this page) | | | $6,581,856 | |
| | | | | Total ▶ <br> (Use only on last page) | | | $6,581,856 | |

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,                                                    Case No. 2:09-bk-23944-VZ
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided f the debtor chooses to do so.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the I entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both t of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, o Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of II amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐    **Wages, salaries and commissions**
Wages, salaries and commissions, including vacation, severance, and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives up to $4,650* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐    **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Certain farmers and fisherman**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C.  § 507(a)(5).

☐    **Deposits by Individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐    **Alimony, Maintenance and Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒    **Taxes and Certain other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. §507(a)(9).

---

*  Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re: Centerstone Diamonds, Inc.,
     Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>EMPLOYMENT DEVELOPMENT DEPARTMENT STATE OF CALIFORNIA BANKRUPTCY UNIT – MIC 92E P.O. BOX 826880 SACRAMENTO, CA 94280 | | | TAX – FOR INFORMATION | | | | Unknown liability | |
| ACCOUNT NO.<br>STATE BOARD OF EQUALIZATION PO Box 942879 SACRAMENTO, CA 94279-0029 | | | SALES TAX | | | | Unknown liability | |
| ACCOUNT NO.<br>INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | | | TAX | | | | 32,709 | |
| FRANCHISE TAX BOARD<br>Bankruptcy Unit PO Box 2952 Sacramento, CA 95812-2952 | | | TAX ($44,293-MBI/$19,254-CDI) | | | | 63,547 | |

Sheet no. _____1__ of ___1____ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶
(Total of this page)    $96,256

Total ▶
(Use only on last page of the completed Schedule E)    $96,256

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
                Debtor
                                                                Case No. 2:09-bk-23944-VZ

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claim out priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is creditor, indicate hat by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include tile entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this tot also on the Statistical Summary of Certain Liabilities and Related Data.

CENTERSTONE DIAMONDS, INC. (2:09-bk-23944-VZ)("CDI") and MICHAEL BEAUDRY, INC. (2:09-bk-23945-VZ)("MBI") are jointly administered, and financial information contained herein is stated on a consolidated basis, however where appropriate, the individual entity upon which the information pertains to is referenced, HOWEVER CREDITORS ARE CREDITORS OF BOTH ESTATES AS THEY LOOK TO BOTH FOR PAYMENT.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> MBG 8TH STREET <br><br> 323 W. 8TH ST. <br> Los Angeles, CA 90014 | | | CDI – LEASE PAYMENT | | | | $1,500,815 |
| **Account No.** <br><br> Centerstone Diamonds/LA – V <br><br> Centerstone Diamonds, Inc. <br> 323 W. 8TH Street <br> Los Angeles, CA 90014 | | | INTERCOMPANY | | | | 954, 604 |

Sheet no. 1 of 43 sheets attached to Schedule of Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)       | 2,455,419

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
                                    Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MICROSOFT FINANCING<br>CIT TECHNOLOGY FIN SERV, INC.<br>23896 NETWORK PLACE<br>CHICAGO, IL 60673-1238 | | | TRADE CREDITOR (MBI) | | | | $259,875 |
| ACCOUNT NO.<br>OLYMPIC DIAMONDS CORP.<br>580 FIFTH AVENUE, SUITE 1200<br>NEW YORK, NY 10036 | | | TRADE CREDITOR (CDI) | | | | $253,137 |
| ACCOUNT NO.<br>BEAUDRY TIME INTERNATIONAL<br>323 W. 8TH STREET<br>LOS ANGELES, CA 90014 | | | MBI | | | | $223,316 |
| ACCOUNT NO.<br>BEAUDRY-BEVERLY HILLS, L.P.<br>323 W. 8TH STREET<br>LOS ANGELES, CA 90014 | | | MBI – 12,919<br>CDI – 222,924 | | | | $235,843 |
| ACCOUNT NO.<br>ESPEKA ISRAEL<br>ESPEKA ISRAEL<br>52 BEZALEI STREET<br>NOAM BUILDING, ROOM 501<br>52521 RAMAT-GAN ISRAEL | | | TRADE CREDITOR (CDI) | | | | $170,452 |

Sheet no. 2 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$1,142,623.00

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
                    Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, If Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. <br> IGC Group <br> Inter Gems-Claes Hoveniersstraat <br> 2 Bus 248 B-2018 <br> Antwerpen-Belgium | | | Trade Creditor (CDI) | | | | $158,513 |
| Account No. <br> Ellite Traveler <br> Elite Traveler Magazine <br> 801 Second Avenue, 11TH Floor <br> New York, NY 10017 | | | Trade Creditor (MBI) | | | | $110,500 |
| Account No. <br> American Express - Corporate <br> American Express Box 0001 <br> Los Angeles, CA 90096 | | | Trade Creditor (MBI) | | | | $107,589 |
| Account No. <br> Dell Financial Services <br> Dell Financial Services Payment Processing Center <br> 4307 Collection Center Drive <br> Chicago, IL 60693 | | | Trade Creditor (MBI) | | | | $108,692 |
| Account No. <br> Kothari Trading Co., Ltd. <br> Kothari Trading Co., Ltd. <br> Takshing House <br> 20 Des Voeux Road, Suite 506 <br> Central, Hong Kong | | | Trade Creditor (CDI) | | | | $107,260 |

Sheet no. 3 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$592,554.00

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
                    Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LILI DIAMONDS<br>LILI DIAMONDS<br>580 5TH AVENUE, SUITE 2500<br>NEW YORK, NY 10036 | | | TRADE CREDITOR (CDI) | | | | 105,549 |
| ACCOUNT NO.<br>CURTCO ROBB MEDIA, LLC<br>ROBB REPORT INC.<br>P.O. BOX 6167<br>MALIBU, CA 90264-6167 | | | TRADE CREDITOR (MBI) | | | | 104,670 |
| ACCOUNT NO.<br>AMERICAN EXPRESS PUBLISHING CORP.<br>AMERICAN EXPRESS PUBLISHING CORP.<br>4624 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | | TRADE CREDITOR (MBI) | | | | 99,753 |
| ACCOUNT NO.<br>MODERN LUXURY, INC.<br>MODERN LUXURY, INC.<br>P.O. BOX 512808<br>LOS ANGELES, CA 90051-0808 | | | TRADE CREDITOR (MBI) | | | | 98,480 |
| ACCOUNT NO.<br>DIAMOND INVESTMENT PARTNERS, LLC<br>DIAMOND INVESTMENT PARTNERS, LLC<br>367 S. RIMPAU BOULEVARD<br>LOS ANGELES, CA 90020 | | | TRADE CREDITOR (CDI) | | | | 83,463 |

Sheet no. **4** of **43** sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

491,915

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
                                        Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PENTA DIAMONDS LTD.<br><br>PENTA DIAMONDS LTD.<br>DIAMOND EXCHANGE BLDG., STE. 18/01<br>JABOTINSKI 1 52620 RAMAT-GAN ISRAEL | | | TRADE CREDITOR (CDI) | | | | $82,896 |
| ACCOUNT NO.<br>NOVELL COLLECTION<br><br>NOVEL COLLECTION<br>580 FIFTH AVENUE, SUITE 1608<br>NEW YORK, NY 10036 | | | TRADE CREDITOR (CDI) | | | | $76,310 |
| ACCOUNT NO.<br>FANCY COLORS LLC<br><br>FANCY COLORS LLC<br>579 FIFTH AVENUE, SUITE 602<br>NEW YORK, NY 10017 | | | TRADE CREDITOR (CDI) | | | | $76,105 |
| ACCOUNT NO.<br>LOS ANGELES MAGAZINE<br><br>LOS ANGELES MAGAZINE<br>FILE # 55469<br>LOS ANGELES, CA 90074-5469 | | | TRADE CREDITOR (MBI) | | | | $65,188 |
| ACCOUNT NO.<br>INGA MOUBAIAJIAN<br>INGA MOUBALAJIAN<br>4555 FINLEY AVENUE 4<br>LOS ANGELES, CA 90027 | | | TRADE CREDITOR (MBI) | | | | $62,720 |

Sheet no. 5 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$363,219.00

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
           Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ROSY BLUE TRADING INC. (NEW YORK)<br>ROSY BLUE TRADING, INC.<br>529 FIFTY AVENUE, 17TH FLOOR<br>NEW YORK, NY 10017 | | | TRADE CREDITOR (CDI) | | | | $59,983 |
| ACCOUNT NO.<br>GREAT AMERICA LEASING CORP.<br>GREAT AMERICA LEASING CORP.<br>8742 INNOVATION WAY<br>CHICAGO, IL 60682-0087 | | | TRADE CREDITOR (MBI) | | | | $54,655 |
| ACCOUNT NO.<br>PREMIUM ASSIGNMENT CORPORATION<br>PREMIUM ASSIGNMENT CORP.<br>P.O. BOX 3066<br>TALLAHASSEE, FL 32315-3066 | | | TRADE CREDITOR (MBI) | | | | $54,666 |
| ACCOUNT NO.<br>C PUBLISHING, LLC DBA C MAGAZINE<br>ATTN: ACCOUNTS RECEIVABLE<br>1543 7TH STREET, 2ND FLOOR<br>SANTA MONICA, CA 90401 | | | TRADE CREDITOR (MBI) | | | | $54,000 |
| ACCOUNT NO.<br>AIRI BEAUDRY<br>4133 W. WILSON STREET, #9<br>BANNING, CA 92220 | | | TRADE CREDITOR (CDI) | | | | $52,455 |
| Sheet no. 6 of 43 sheets attached to Schedule of Holding Unsecured Nonpriority Claims | | | | | Subtotal ▶<br>(Total of this page) | | $275,759.00 |

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
        Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim Was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.<br>Superb Jewelstar<br><br>Superb Jewelstar<br>101 Utah Street, Suite 207<br>San Francisco, CA 94103 | | | Trade Creditor (CDI) | | | | $51,429 |
| Account No.<br>ACG Equipment Finance LLC<br><br>ACG Equipment Finance LLC<br>P.O. Box 790448<br>St. Louis, MO 63179-0448 | | | Trade Creditor (CDI) | | | | $49,956 |
| Account No.<br>PDD Diamonds, Ltd.<br><br>PDD Diamonds, Ltd.<br>54 Bezalei St.<br>Diamond Exchange Diamond Tower 52521<br>Ramat-Gan Israel | | | Trade Creditor (CDI) | | | | $48,375 |
| Account No.<br>Eurostar Belgium, Inc.<br><br>Eurostar Belgium, Inc.<br>589 Fifth Avenue, Suite 910<br>New York, NY 10017 | | | Trade Creditor (CDI) | | | | $48,165 |
| Account No.<br>Entrée/Southern Accents<br>Entrée/Southern Progress<br>2314 Paysphere Circle<br>Chicago, IL 60674 | | | Trade Creditor (MBI) | | | | $46,499 |
| Sheet no. 7 of 43 sheets attached to Schedule of Holding Unsecured Nonpriority Claims | | | | | Subtotal ▶<br>(Total of this page) | | $244,424.00 |

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
          Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BRINK'S INCORPORATED<br><br>BRINK'S INCORPORATED<br>P.O. BOX 651696<br>CHARLOTTE, NC 28265-1696 | | | TRADE CREDITOR (CDI) | | | | $46,585 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br>FEDERAL EXPRESS<br><br>FEDERAL EXPRESS<br>P.O. BOX 7221<br>PASADENA, CA 91109-7321 | | | TRADE CREDITOR (CDI) | | | | $44,250 |
| ACCOUNT NO.<br>FINESSE DIAMONDS CORP.<br><br>FINESSE DIAMONDS CORP.<br>590 FIFTH AVENUE, 15TH FLOOR<br>NEW YORK, NY 10036 | | | TRADE CREDITOR (CDI) | | | | $38,154 |
| ACCOUNT NO.<br>CROWN COLOR<br>CROWN COLOR 41/15-17 MANEESAP BUILDING, 7TH FLOOR<br>SOI SILOM 19<br>SILOM ROAD BANGKOK, 10500 THAILAND | | | TRADE CREDITOR (CDI) | | | | $35,818 |

Sheet no. 8 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$164,807.00

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
                              Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> AVLES DANI <br><br> AVLES DANI 1 <br> JABOTINSKY STREET <br> MACCABI BLDG. 246 <br> RAMAT GAN, ISRAEL 52520 | | | TRADE CREDITOR (CDI) | | | | $34,705 |
| ACCOUNT NO. <br> MICHAEL ZELICHOV INSURANCE SERVICES, INC. <br><br> MICHAEL ZELICHOV INSURANCE SERVICES, INC. <br> 11845 WEST OLYMPIC BLVD., #1110 <br> LOS ANGELES, CA 90064 | | | TRADE CREDITOR (CDI) | | | | $33,490 |
| ACCOUNT NO. <br> WELLS FARGO BANK <br><br> WELLS FARGO <br> P.O. BOX 54349 <br> LOS ANGELES, CA 90054-0349 | | | TRADE CREDITOR (CDI) | | | | $30,848 |
| ACCOUNT NO. <br> ALONI DIAMONDS LTD. <br><br> ALONI DIAMONDS <br> 36 WEST 47TH STREET <br> SUITE 405 <br> NEW YORK, NY 10036 | | | TRADE CREDITOR (CDI) | | | | $29,160 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 9 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$128,203

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
            Debtor

Case No. 2:09-bk-23944-VZ

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim Was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No.**<br>Moshe Namdar & Co. Inc.<br>Moshe Namdar & Co. (USA)<br>579 Fifth Avenue, Suite 602<br>New York, NY 10017 | | | Trade Creditor (CDI) | | | | $27,739 |
| **Account No.**<br>American Express – Corporate<br>American Express Box 0001<br>Los Angeles, CA 90096-0001 | | | Trade Creditor (CDI) | | | | $26,541 |
| **Account No.**<br>Gumbiner Savett Inc.<br>Gumbiner Savett Inc.<br>Rodney Fingleson<br>1723 Cloverfield Blvd.<br>Santa Monica, CA 90404-4007 | | | Trade Creditor (CDI) | | | | $25,947 |
| **Account No.**<br>Capitol File Magazine, LLC<br>Capitol File Media, LLC<br>P.O. Box 30630<br>New York, NY 10087-0630 | | | Trade Creditor (MBI) | | | | $25,100 |
| **Account No.**<br>Gotham Media LLC<br>Gotham Media, LLC<br>P.O. Box 30630<br>New York, NY 10087-0630 | | | Trade Creditor (MBI) | | | | $24,600 |

Sheet no. 10 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$129,927.00

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
                                    Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim Was Incurred, and Consideration for Claim, If Claim Is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. <br> UPS United Parcel Service <br> United Parcel Service <br> P.O. Box 894820 <br> Los Angeles, CA 90189-4820 | | | Trade Creditor (CDI) | | | | $23,666 |
| Account No. <br> AIG Workers Compensation Group <br> AIU Holdings <br> 22427 Network Place <br> Chicago, IL 60673-1224 | | | Trade Creditor (CDI) | | | | $22,987 |
| Account No. <br> Platinum Guild International USA <br> Platinum Guild International USA <br> 4 Hutton Centre <br> Suite 220 <br> South Coast Metro, CA 92707 | | | Trade Creditor (MBI) | | | | $22,500 |
| Account No. <br> Ultimate Diamond Co. <br> Ultimate Diamond Co. <br> 592 Fifth Avenue 5TH <br> New York, NY 10036 | | | Trade Creditor (CDI) | | | | $20,915 |
| Account No. <br> Gumbiner Savett Inc. <br> Gumbiner Savett Inc. <br> 1723 Cloverfield Blvd. <br> Santa Monica, CA 90404 | | | Trade Creditor (MBI) | | | | $22,341 |

Sheet no. 11 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$112,409.00

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MANATT, PHELPS & PHILLIPS<br>MANATT, PHELPS & PHILLIPS<br>13355 WEST OLYMPIC BLVD.<br>LOS ANGELES, CA 90064-1614 | | | TRADE CREDITOR (CDI) | | | | $19,611 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO.<br>MCMONIGLE RESIDENTIAL GROUP<br>MCMONIGLE RESIDENTIAL GROUP<br>140 NEWPORT CENTER DRIVE<br>SUITE 100<br>NEWPORT BEACH, CA 92660 | | | TRADE CREDITOR (MBI) | | | | $18,750 |
| ACCOUNT NO.<br>E.F.D. INC.<br>130 WEST 42ND ST. STE. 655<br>NEW YORK, NY 10036 | | | TRADE CREDITOR (CDI) | | | | $18,572 |
| ACCOUNT NO.<br>EMPLOYERS COMPENSATION INSURANCE GROUP<br>EMPLOYERS COMPENSATION INSURANCE GROUP<br>P.O. BOX 52791<br>PHOENIX, AZ 85072-2791 | | | TRADE CREDITOR (CDI) | | | | $17,568 |

Sheet no. 12 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$74,501

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
                              Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. SIMPLY DIAMONDS – V SIMPLY DIAMONDS 550 S. HILL STREET SUITE 1213 LOS ANGELES, CA 90013 | | | TRADE CREDITOR (CDI) | | | | $17,530 |
| ACCOUNT NO. ACTION SUPPORT INC. ACTION SUPPORT INC. 2107 TROY AVENUE SOUTH EL MONTE, CA 91733 | | | TRADE CREDITOR (MBI) | | | | $17,055 |
| ACCOUNT NO. FIRST FEDERAL LEASING FIRST FEDERAL LEASING P.O. BOX 1145 RICHMOND, IN 47375-1145 | | | TRADE CREDITOR (CDI) | | | | $16,135 |
| ACCOUNT NO. RAGAR COMPANY, INC. RAGAR COMPANY, INC. 2106 KINGS HIGHWAY OCEAN, NJ 07712-7204 | | | TRADE CREDITOR (MBI) | | | | $16,040 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 13 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$66,760

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,                                                    Case No. 2:09-bk-23944-VZ
                    Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>MICHAEL BEAUDRY<br>323 W. 8TH STREET<br>LOS ANGELES, CA 90012 | | | MBI – 72,216<br>CDI – 521,929 | | | | $594,145 |
| **ACCOUNT NO.**<br>CONTINENTAL EXHIBIT GROUP<br>CONTINENTAL EXHIBIT GROUP<br>3960 HOWARD HUGHES PARKWAY, SUITE 500<br>LAS VEGAS, NV 89169 | | | TRADE CREDITOR (MBI) | | | | $14,065 |
| **ACCOUNT NO.**<br>ERAN MICHOVITZ<br>ERAN MICHOVITZ<br>50 DIZINGOF ST<br>SUITE 1208<br>TEL AVIV, ISRAEL | | | TRADE CREDITOR (CDI) | | | | $13,733 |
| **ACCOUNT NO.**<br>TAHITIAN SOUTH SEA PEARLS<br>TAHITIAN SOUTH SEA PEARLS<br>510 WEST 6TH STREET, SUITE 523<br>LOS ANGELES, CA 90014 | | | TRADE CREDITOR (CDI) | | | | $13,575 |
| **ACCOUNT NO.** | | | | | | | |
| Sheet no. 14 of 43 sheets attached to Schedule of Holding Unsecured Nonpriority Claims | | | | Subtotal ▶<br>(Total of this page) | | | $635,518 |

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
                Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.<br>Diamond Concepts, Inc.<br><br>Diamond Concepts, Inc.<br>550 S. Hill Street, Suite 978<br>Los Angeles, CA 90013 | | | Trade Creditor (CDI) | | | | $11,875 |
| Account No.<br>Varsha Diamonds, Inc.<br><br>Varsha Diamonds, Inc.<br>550 South Hill St., Ste. 1153<br>Los Angeles, CA 90013 | | | Trade Creditor (CDI) | | | | $11,630 |
| Account No.<br>Robert Siragusa<br><br>Robert Siragusa<br>10701 Wilshire Blvd. #901<br>Los Angeles, CA 90024 | | | Severance Pay (MBI) | | | | $11,538 |
| Account No.<br>Citibusiness Card<br><br>Citibusiness Card<br>P.O. Box 6049<br>The Lakes, NV 88901 | | | Trade Creditor (MBI) | | | | $12,762 |
| Account No.<br>GemWave Inc.<br><br>GemWave Inc.<br>36 West 44th Street, Suite 1103<br>New York City, NY 10036 | | | Trade Creditor (CDI) | | | | $10,993 |

Sheet no. 15 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$58,798.00

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
            Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DISONS GEMS, INC.<br><br>DISONS GEMS, INC.<br>415 MADISON AVENUE, SUITE 800<br>NEW YORK, NY 10017 | | | TRADE CREDITOR (CDI) | | | | $10,150 |
| ACCOUNT NO.<br>H.K. MALLAK INC.<br><br>H.K. MALLAK INC.<br>98 CUTTER MILL RD., SUITE 477-NORTH<br>GREAT NECK, NJ 11021 | | | TRADE CREDITOR (CDI) | | | | $10,041 |
| ACCOUNT NO.<br>CARON JEWELRY<br><br>CARON JEWELRY DESIGN<br>JOHN THOMASSIAN<br>728 S. HILL STREET, SUITE 700<br>LOS ANGELES, CA 90014 | | | TRADE CREDITOR (CDI) | | | | $11,507 |
| ACCOUNT NO.<br>S.A. CASTING<br>S.A. CASTING<br>412 W. 6TH STREET, STE. 922<br>LOS ANGELES, CA 90014 | | | TRADE CREDITOR (CDI) | | | | $7,813 |
| ACCOUNT NO.<br>QUAIL LODGE RESORT & GOLF CLUB<br>QUAIL LODGE RESORT & GOLF CLUB<br>8000 VALLEY GREENS DRIVE<br>CARMEL, CA 93923 | | | TRADE CREDITOR (MBI) | | | | $7,500 |

Sheet no. 16 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$47,011.00

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
        Debtor

Case No. 2:09-bk-23944-VZ

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No.** City of Los Angeles, Dept. of Public Works<br><br>City of Los Angeles Public/Works/Sanitation File #56689 Los Angeles, CA 90074-6689 | | | Trade Creditor (CDI) | | | | $7,156 |
| **Account No.** | | | | | | | |
| **Account No.** Craig Gebauer<br>Craig Gebauer 12816 Gilmore Avenue West Los Angeles, CA 90066 | | | Trade Creditor (CDI) | | | | $7,000 |
| **Account No.** Manak Jewels<br>Manak Jewels 101 Utah Street, Suite 207 San Francisco, CA 94103 | | | Trade Creditor (CDI) | | | | $6,931 |
| **Account No.** Imperial Gems S.A.<br>Imperial Gems S.A. 4, Avenue Calas 1206 Geneva Switzerland | | | Trade Creditor (CDI) | | | | $6,760 |
| Sheet no. 17 of 43 sheets attached to Schedule of Holding Unsecured Nonpriority Claims | | | | | Subtotal ▶ (Total of this page) | | $27,847 |

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
                    Debtor                                    Case No. 2:09-bk-23944-VZ

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.<br>Advanta (Mastercard)<br>Advanta Bank Corp.<br>P.O. Box 8088<br>Philadelphia, PA 19101-8088 | | | Trade Creditor (MBI) | | | | $5,769 |
| Account No.<br>Verizon Wireless-Bus<br>Verizon Wireless<br>P.O. Box 4001<br>Inglewood, CA 90313-4001 | | | Trade Creditor (CDI) | | | | $5,350 |
| Account No.<br>Aspen Peak Magazine, LLC<br>Aspen Peak Media, LLC<br>P.O. Box 30630<br>New York, NY 10087-0630 | | | Trade Creditor (MBI) | | | | $5,100 |
| Account No.<br>M.K. Diamond & Jewelry<br>M.K. Diamond & Jewelry<br>606 S. Olive Street, Ste. 900<br>Los Angeles, CA 90014 | | | Trade Creditor (CDI) | | | | $4,975 |
| Account No.<br>AG Healing & Air Conditioning<br>AG Healing & Air Conditioning<br>14620 Keswick Street<br>Van Nuys, CA 91405 | | | Trade Creditor (CDI) | | | | $5,085 |

Sheet no. 18 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$26,279.00

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
Debtor,                                    Case No. 2:09-bk-23944-VZ

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, If Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.<br>Pinkerton Consulting & Investigations<br>Pinkerton Consulting & Investigations<br>P.O. Box 406394<br>Atlanta, GA 30384-6394 | | | Trade Creditor (MBI) | | | | $4,600 |
| Account No.<br>Staples<br>Staples Credit Plan<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 | | | Trade Creditor (CDI) | | | | $4,472 |
| Account No.<br>State Board of Equalization<br>State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-8063 | | | Trade Creditor (MBI) | | | | $4,448 |
| Account No.<br>SDNY<br>SDNY<br>580 5ᵀᴴ Avenue, Suite #627<br>New York, NY 10036 | | | Trade Creditor (CDI) | | | | $4,357 |
| Account No.<br>LADWP (Power)<br>L.A. Department of Water & Power<br>P.O. Box 30808<br>Los Angeles, CA 90030-0808 | | | Trade Creditor (CDI) | | | | $4,218 |

Sheet no. 19 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$22,095.00

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NAVCO SECURITY SYSTEMS<br><br>NAVCO SECURITY SYSTEMS<br>1300 KELLOGG DRIVE, SUITE A<br>ANAHEIM, CA 92807 | | | TRADE CREDITOR (CDI) | | | | $4,074 |
| ACCOUNT NO.<br>BENEFIT PLANNING INC.<br><br>BENEFIT PLANNING INC.<br>4640 ADMIRALTY WAY, 9TH FLOOR<br>MARINA DEL REY, CA 90292 | | | TRADE CREDITOR (CDI) | | | | $4,050 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br>BEAUDRY INTERNATIONAL<br>324 W. 8TH STREET<br>LOS ANGELES, CA 90014 | | | TRADE CREDITOR (CDI) | | | | $3,882 |
| ACCOUNT NO.<br>YERUDIAM YOSSI YERUSHAMI DIAMOND CUTTERS<br>YERUDIAM YOSSI YERUSHAMI<br>580 FIFTH AVENUE, SUITE 1506<br>NEW YORK, NY 10036 | | | TRADE CREDITOR (CDI) | | | | $3,696 |

Sheet no. 20 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$15,702

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
                    Debtor
                                                                    Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>OFFICE CLEANING PROS, LLC<br><br>OFFICE CLEANING PROS, LLC<br>2621 CARNEGIE LN. #C<br>REDONDO BEACH, CA 90278 | | | TRADE CREDITOR (CDI) | | | | $3,500 |
| ACCOUNT NO.<br>PRINCIPAL FINANCIAL GROUP (DENTAL INS)<br><br>PLIC – SBD GRAND ISLAND<br>P.O. BOX 10372<br>DES MOINES, IA 50306-0372 | | | TRADE CREDITOR (CDI) | | | | $3,362 |
| ACCOUNT NO.<br><br>CENTURY ROOTER<br><br>CENTURY ROOTER<br>1609 SOUTH CALIFORNIA AVENUE<br>MONTANA, CA 91016 | | | TRADE CREDITOR (CDI) | | | | $3,285 |
| ACCOUNT NO.<br><br>UNIVERSAL DIAMONDS<br><br>UNIVERSAL DIAMONDS<br>3343 PEACHTREE ROAD, N.E. SUITE 1100<br>ATLANTA, GA 30326 | | | TRADE CREDITOR (CDI) | | | | $3,234 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 21 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)   $13,381

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
          Debtor                                              Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BEAUDRY, RONALD V<br>RONALD BEAUDRY<br>4133 W. WILSON ST. SPACE 9<br>BANNING, CA 92220-1313 | | | (MBI) | | | | $2,694 |
| ACCOUNT NO.<br>NICHOLAS G. KOONTZ<br>VIDEO ARTS SYSTEMS & TECHNOLOGY, INC.<br>737 HOWE STREET, SUITE 114A<br>PT. PLEASANT, NJ 08742 | | | TRADE CREDITOR (MBI) | | | | $2,100 |
| ACCOUNT NO.<br>PROFESSIONAL SECURITY CONSULTANTS<br>PROFESSIONAL SECURITY CONSULTANTS<br>11454 SAN VICENTE BLVD., 2ND FLOOR<br>LOS ANGELES, CA 90049 | | | TRADE CREDITOR (CDI) | | | | $2,051 |
| ACCOUNT NO.<br>K GIRDHARLAL<br>K. GIRDHARLAL<br>551 FIFTH AVE.<br>32ND FLOOR<br>NEW YORK, NY 10176 | | | TRADE CREDITOR (CDI) | | | | $2,035 |
| ACCOUNT NO.<br>AICCO, INC.<br>AICCO, INC.<br>DEPARTMENT 7615<br>LOS ANGELES, CA 90084-7615 | | | TRADE CREDITOR (CDI) | | | | $1,944 |
| Sheet no. 22 of 43 sheets attached to Schedule of Holding Unsecured Nonpriority Claims | | | | | | Subtotal ▶<br>(Total of this page) | $10,824.00 |

**(Report total also on Summary of Schedules)**

In re:  Centerstone Diamonds, Inc.,                                          Case No. 2:09-bk-23944-VZ
                    Debtor

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GIA GEM TRADE LABORATORY<br>GIA LABORATORY<br>5355 ARMADA DRIVE<br>CARLSBAD, CA 92008-4699 | | | TRADE CREDITOR (CDI) | | | | $1,907 |
| ACCOUNT NO.<br>THE HARTFORD INSURANCE<br>THE HARTFORD<br>P.O. BOX 2907<br>HARTFORD, CT 06104-2907 | | | TRADE CREDITOR (CDI) | | | | $7,545 |
| ACCOUNT NO.<br>POSITIVE LAB SERVICE<br>POSITIVE LAB SERVICE<br>781 EAST WASHINGTON BLVD.<br>LOS ANGELES, CA 90021 | | | TRADE CREDITOR (CDI) | | | | $1,830 |
| ACCOUNT NO.<br>BEAUDRY TIME DOMESTIC<br>323 W. 8TH ST.<br>LOS ANGELES, CA 90014 | | | TRADE CREDITOR (CDI) | | | | $1,792 |
| ACCOUNT NO.<br>HOME DEPOT<br>DEPT. 32-2000897920 HOME DEPOT CREDIT SERVICES<br>P.O. BOX 6029<br>THE LAKES, NV 88901 | | | TRADE CREDITOR (CDI) | | | | $1,753 |

Sheet no. 23 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$14,827.00

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> PITNEY BOWES PURCHASE POWER (POSTAGE) <br> PURCHASE POWER <br> P.O. BOX 856042 <br> LOUISVILLE, KY 40285-6042 | | | TRADE CREDITOR (CDI) | | | | $1,661 |
| ACCOUNT NO. <br> PAETEC <br> PAETEC <br> P.O. BOX 1283 <br> BUFFALO, NY 14240-1283 | | | TRADE CREDITOR (CDI) | | | | $1,640 |
| ACCOUNT NO. <br> TIMECLOCK SALES AND SERVICES <br> TIMECLOCK SALES AND SERVICES <br> 2950 AIRWAY AVE. D-7 <br> COSTA MESA, CA 92626 | | | TRADE CREDITOR (CDI) | | | | $1,525 |
| ACCOUNT NO. <br> MYERS DAWES ANDRAS & SHERMAN LLP <br> MYERS DAWES ANDRAS & SHERMAN LLP <br> 19900 MACARTHUR BLVD. 11TH FLOOR <br> IRVINE, CA 92612 | | | TRADE CREDITOR (MBI) | | | | $1,465 |
| ACCOUNT NO. <br> CITY OF LA OFFICE OF FINANCE <br> CITY OF LA OFFICE OF FINANCE TAX & PERMIT DIVISION FILE 57065 <br> LOS ANGELES, CA 90074-7065 | | | TRADE CREDITOR (MBI) | | | | $1,384 |

Sheet no. 24 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$7,675.00

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
                                        Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>THE BUREAU OF NATIONAL AFFAIRS<br>THE BUREAU OF NATIONAL AFFAIRS, INC.<br>P.O. BOX 64284<br>BALTIMORE, MD 21264-4284 | | | TRADE CREDITOR (CDI) | | | | $1,347 |
| ACCOUNT NO.<br>TRUOG-RYDING COMPANY, INC.<br>TRUOG-RYDING COMPANY, INC.<br>2659 TOWNSGATE RD., STE. 101<br>WESTLAKE VILLAGE, CA 91361-2710 | | | TRADE CREDITOR (CDI) | | | | $1,333 |
| ACCOUNT NO.<br>PAPERGIRL<br>PAPERGIRL<br>2158 LAWTON STREET<br>FULLERTON, CA 92833 | | | TRADE CREDITOR (MBI) | | | | $1,320 |
| ACCOUNT NO.<br>LAFD (LA FIRE DEPARTMENT)<br>LAFD UNIFIED PROGRAM<br>FILE 55643<br>LOS ANGELES, CA 90074-5643 | | | TRADE CREDITOR (CDI) | | | | $1,312 |
| ACCOUNT NO.<br>DETECTION LOGIC<br>DETECTION LOGIC<br>7605 N. SAN FERNANDO ROAD<br>BURBANK, CA 91505 | | | TRADE CREDITOR (CDI) | | | | $1,275 |

Sheet no. 25 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$6,587.00

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
                                    Debtor                                    Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SCHINDLER ELEVATOR CORPORATION <br><br> SCHINDLER ELEVATOR CORPORATION <br> P.O. BOX 93050 <br> CHICAGO, IL 60673-3050 | | | TRADE CREDITOR (CDI) | | | | $1,234 |
| ACCOUNT NO. <br> ACCURATE MESSENGER SERVICE <br><br> ACCURATE MESSENGER SERVICE <br> 5431 CLEON AVENUE <br> NORTH HOLLYWOOD, CA 91601 | | | TRADE CREDITOR (CDI) | | | | $1,226 |
| ACCOUNT NO. <br> EDGE SOLUTIONS GROUP <br><br> EDGE SOLUTIONS GROUP <br> 11500 OLYMPIC GROUP <br> 11500 OLYMPIC BLVD. SUITE 400 <br> LOS ANGELES, CA 90064 | | | TRADE CREDITOR (MBI) | | | | $1,200 |
| ACCOUNT NO. <br> PHOTO BASILISK <br><br> PHOTO BASILISK WIRE | | | TRADE CREDITOR (MBI) | | | | $1,102 |
| ACCOUNT NO. | | | | | | | |
| Sheet no. 26 of 43 sheets attached to Schedule of Holding Unsecured Nonpriority Claims | | | | | Subtotal ▶ (Total of this page) | | $4,762 |

**(Report total also on Summary of Schedules)**

In re: Centerstone Diamonds, Inc.,
Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TELEPACIFIC COMMUNICATIONS<br>TELEPACIFIC COMMUNICATIONS<br>P.O. BOX 526015<br>SACRAMENTO, CA 95852 | | | TRADE CREDITOR (CDI) | | | | $1,000 |
| ACCOUNT NO.<br>FREEMAN COMPANIES<br>FREEMAN COMPANIES<br>P.O. BOX 650036<br>DALLAS, TEXAS 95265-0036 | | | TRADE CREDITOR (MBI) | | | | $941 |
| ACCOUNT NO.<br>SUPERFIT, INC.<br>SUPERFIT, INC.<br>780 FIFTH AVENUE<br>KING OF PRUSSIA, PA 19406 | | | TRADE CREDITOR (CDI) | | | | $922 |
| ACCOUNT NO.<br>ARROWHEAD<br>ARROWHEAD<br>P.O. BOX 856158<br>LOUISVILLE, KY 40285-6158 | | | TRADE CREDITOR (CDI) | | | | $908 |
| ACCOUNT NO.<br>MXLOGIC<br>MXLOGIC<br>P.O. BOX 60157<br>LOS ANGELES, CA 99060 | | | TRADE CREDITOR (CDI) | | | | $839 |

Sheet no. 27 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$4,610.00

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
Debtor

Case No. 2:09-bk-23944-VZ

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CHIEF FIRE PROTECTION, INC. <br><br> CHIEF FIRE PROTECTION, INC. <br> 8117 McKIM CT. <br> LOS ANGELES, CA 90046 | | | TRADE CREDITOR (CDI) | | | | $800 |
| ACCOUNT NO. <br> OMI GEMS, INC. <br><br> OMI GEMS <br> 631 S. OLIVE, STE 860 <br> LOS ANGELES, CA 90014 | | | TRADE CREDITOR (CDI) | | | | $798 |
| ACCOUNT NO. <br> EBI (EMPLOYMENT BACKGROUND) <br><br> EMPLOYMENT BACKGROUND INVESTIGATIONS <br> P.O. BOX 629 <br> OWINGS MILLS, MARYLAND 21117 | | | TRADE CREDITOR (CDI) | | | | $794 |
| ACCOUNT NO. <br> AGTA AMERICAN GEM TRADE ASSOCIATION <br><br> AMERICAN GEM TRADE ASSOCIATION <br> 3030 LBJ FREEWAY, SUITE 840 <br> DALLAS, TX 75234 | | | TRADE CREDITOR (MBI) | | | | $740 |
| ACCOUNT NO. <br> SISTEMS INTEGRATION, INC. <br> SISTEMS INTEGRATION, INC. <br> 606 SOUTH HILLS ST., STE. 1009 <br> LOS ANGELES, CA 90014 | | | TRADE CREDITOR (MBI) | | | | $1,030 |

Sheet no. 28 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$4,162.00

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
        Debtor.

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DE BEER WATCH BANDS<br><br>DE BEER WATCH BANDS<br>881 ONYX AVENUE, SUITE A<br>RANCHO CUCAMONGA, CA 91730 | | | TRADE CREDITOR (CDI) | | | | $669 |
| ACCOUNT NO.<br>PITNEY BOWES (LEASE)<br><br>GLOBAL FINANCIAL SERVICES<br>P.O. BOX 856460<br>LOUISVILLE, KY 40285-6460 | | | TRADE CREDITOR (CDI) | | | | $626 |
| ACCOUNT NO.<br>MBSG-MILLENNIUM BUSINESS SOLUTIONS GROUP<br><br>MILLENNIUM BUSINESS SOLUTIONS GROUP, INC.<br>31255 CEDAR VALLEY DRIVE, SUITE 312<br>WESTLAKE VILLAGE, CA 91362 | | | TRADE CREDITOR (CDI) | | | | $595 |
| ACCOUNT NO.<br>OFFICE OF FINANCE, CITY OF LOS ANGELES<br>CITY OF LOS ANGELES OFFICE OF FINANCE FILE 55604<br>LOS ANGELES, CA 90074-5604 | | | TRADE CREDITOR (CDI) | | | | $595 |
| ACCOUNT NO.<br>ENCOVER<br>ENCOVER CONTRACT SERVICES<br>P.O. BOX 49305<br>SAN JOSE, CA 95161-9906 | | | TRADE CREDITOR (CDI) | | | | $587 |

Sheet no. 29 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$3072.00

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MASSIMO JEWELRY<br><br>MASSIMO JEWELRY<br>607 SOUTH HILL ST. SUITE 731<br>LOS ANGELES, CA 90014 | | | TRADE CREDITOR (CDI) | | | | $560 |
| ACCOUNT NO.<br>ARTIN AMIRAYAN JEWELERS<br><br>ARTIN AMIRAYAN JEWELERS<br>607 SOUTH HILL ST. SUITE 731<br>LOS ANGELES, CA 90014 | | | TRADE CREDITOR (CDI) | | | | $560 |
| ACCOUNT NO.<br>DILCO IND., INC.<br><br>DILCO<br>205 E. BRISTOL LANE<br>ORANGE, CA 92865 | | | TRADE CREDITOR (MBI) | | | | $557 |
| ACCOUNT NO.<br>AT&T<br><br>AT&T PAYMENT CENTER<br>SACRAMENTO, CA 95887-0001 | | | TRADE CREDITOR (CDI) | | | | $536 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 30 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$2,213

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim Was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Account No.<br>Lord Jewelry<br><br>Lord Lewelry Sinork Agdere<br>607 S. Hill St., Suite 534<br>Los Angeles, CA 90014 | | | Trade Creditor (CDI) | | | | $500 |
| Account No.<br>Malca-Amit Custom House Brokers, Inc.<br><br>Malca-Amit CHB, Inc.<br>153-66 Rockaway Blvd.<br>Jamaica, NY 11434 | | | Trade Creditor (CDI) | | | | $500 |
| Account No.<br>Vyacheslav Kalenyuk<br><br>Vyacheslav Kalenyuk<br>18322 Collins St.<br>Unit B<br>Tarzana, CA 91356 | | | Trade Creditor (CDI) | | | | $500 |
| Account No.<br>Uline<br>Uline Attn: Accounts Receivable<br>2200 S. Lakeside Dr.<br>Waukegan, IL 60085 | | | Trade Creditor (CDI) | | | | $495 |

Sheet no. **31** of **43** sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$1995.00

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO.<br>CAPPELLO CAPITAL CORP.<br><br>CAPPELLO CAPITAL CORP.<br>100 WILSHIRE BLVD., SUITE 1200<br>SANTA MONICA, CA 90401 | | | TRADE CREDITOR (MBI) | | | | $439 |
| ACCOUNT NO.<br>JEWELERS BOARD OF TRADE<br><br>JBT<br>P.O. BOX 6928<br>PROVIDENCE, RI 02940 | | | TRADE CREDITOR (MBI) | | | | $437 |
| ACCOUNT NO.<br>JBT-JEWELERS BOARD OF TRADE<br>THE JEWELERS BOARD OF TRADE<br>P.O. BOX 6928<br>PROVIDENCE, RI 02940 | | | TRADE CREDITOR (CDI) | | | | $437 |
| ACCOUNT NO.<br>SALLY PHILLIPS<br>SALLY PHILLIPS<br>27469 LATIGO BAY VIEW DRIVE<br>MALIBU, CA 90265 | | | TRADE CREDITOR (CDI) | | | | 437 |

Sheet no. 32 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$1750.00

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,    Case No. 2:09-bk-23944-VZ
Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> HOSTASAURUS, INC. <br><br> HOSTASAURUS, INC. <br> 3250 PARKSIDE CENTER CIRCLE <br> TAMPA, FL 33619 | | | TRADE CREDITOR (CDI) | | | | $429 |
| ACCOUNT NO. <br> NYSIF (WORK COMP) <br><br> NEW YORK STATE INSURANCE FUND WORKERS' COMPENSATION <br> P.O. BOX 4788 <br> SYRACUSE, NY 13221 | | | TRADE CREDITOR (MBI) | | | | $413 |
| ACCOUNT NO. <br><br> CERIDIAN BENEFIT SERVICES <br><br> CERIDIAN <br> P.O. BOX 10989 <br> NEWARK, NJ 07193 | | | TRADE CREDITOR (CDI) | | | | $400 |
| ACCOUNT NO. <br> NK SUPPLY, INC. <br><br> NK SUPPLY, INC. <br> 608 S. HILL STREET #602 <br> LOS ANGELES, CA 90014 | | | TRADE CREDITOR (CDI) | | | | $392 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 33 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)    $1,634

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ROYAL GEM USA INC. <br><br> ROYAL GEM USA INC. <br> 576 5TH AVENUE, STE. 405 <br> NEW YORK, NY 10036 | | | TRADE CREDITOR (CDI) | | | | $325 |
| ACCOUNT NO. <br> BEVAN – BELLEVUE JEWELERS <br><br> BEVAN BELLEVUE JEWELERS <br> 10047 MAIN ST. #102 <br> BELLEVUE, WA 98004 | | | TRADE CREDITOR (MBI) | | | | $312 |
| ACCOUNT NO. <br> TERMINIX <br><br> TERMINIX PROCESSING CENTER <br> P.O. BOX 742592 <br> CINCINNATI, OH 45274 | | | TRADE CREDITOR (CDI) | | | | $465 |
| ACCOUNT NO. <br> AT&T MOBILITY <br><br> AT&T MOBILITY <br> P.O. BOX 60017 <br> LOS ANGELES, CA 90060-0017 | | | TRADE CREDITOR (CDI) | | | | $308 |
| ACCOUNT NO. <br> IRON MOUNTAIN <br> IRON MOUNTAIN RECORDS MANAGEMENT <br> P.O. BOX 601002 <br> LOS ANGELES, CA 90060-1002 | | | TRADE CREDITOR (CDI) | | | | $308 |

Sheet no. 34 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$1718.00

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
          Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> DIRECTV <br><br> DIRECTV <br> P.O. BOX 60036 <br> LOS ANGELES, CA | | | TRADE CREDITOR (CDI) | | | | $299 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br> DESIGN KART <br><br> DESIGN KART <br> 6217 FRANKLIN AVE., SUITE 303 <br> HOLLYWOOD, CA 90028 | | | TRADE CREDITOR (MBI) | | | | $250 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br> ILLUMINEX DIAMONDS <br> ILLUMINEX DIAMONDS CORP. <br> 1 WEST 47 STREET <br> NEW YORK, NY 10036 | | | TRADE CREDITOR (CDI) | | | | $236 |

Sheet no. 35 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$785

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,                                    Case No. 2:09-bk-23944-VZ
                        Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim Was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, So State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Account No.<br>Bergman & Dacey, Inc.<br><br>Bergman & Dacey, Inc.<br>10880 Wilshire Blvd., Suite 900<br>Los Angeles, CA 90024 | | | Trade Creditor (MBI) | | | | $228 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. 36 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶  $228
(Total of this page)

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
                 Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A TO Z JEWELRY TOOLS & SUPPLY<br><br>A TO Z JEWELRY TOOLS & SUPPLY<br>414 W. 6TH STREET<br>LOS ANGELES, CA 90014 | | | TRADE CREDITOR (CDI) | | | | $175 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO.<br><br>BARRY I. ROGOFF DIAMOND CUTTERS, INC.<br><br>BARRY I. ROGOFF DIAMOND CUTTERS, INC.<br>550 S. HILL ST., STE. 1612<br>LOS ANGELES, CA 90013 | | | TRADE CREDITOR (CDI) | | | | $157 |
| ACCOUNT NO.<br>J & P OXYGEN<br><br>J & P OXYGEN<br>10702 VANOWEN STREET<br>NORTH HOLLYWOOD, CA 91605 | | | TRADE CREDITOR (CDI) | | | | $152 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 37 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$484

(Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CALIF. CHAMBER OF COMMERCE<br>CALIFORNIA CHAMBER OF COMMERCE<br>1332 N. MARKET BLVD.<br>SACRAMENTO, CA 95834-1912 | | | TRADE CREDITOR (CDI) | | | | $135 |
| ACCOUNT NO.<br>EMPLOYMENT DEVELOPMENT DEPT.<br>EMPLOYMENT DEVELOPMENT DEPT.<br>P.O. BOX 826846<br>SARAMENTO, CA 94246-0001 | | | TRADE CREDITOR (CDI) | | | | $124 |
| ACCOUNT NO.<br>LA COUNTY AGR COMR/WTS & MEAS<br>LA COUNTY AGR COMR/WTS & MEAS<br>P.O. BOX 512399<br>LOS ANGELES, CA 90051-0399 | | | TRADE CREDITOR (CDI) | | | | $120 |
| ACCOUNT NO.<br>LADWP (WATER)<br>L.A. DEPARTMENT OF WATER & POWER<br>P.O. BOX 30808<br>LOS ANGELES, CA 90030-0808 | | | TRADE CREDITOR (CDI) | | | | $109 |
| ACCOUNT NO.<br>SARA GEM CORP.<br>SARA GEM CORP.<br>580 FIFTH AVENUE, SUITE 1700<br>NEW YORK, NY 10036-4701 | | | TRADE CREDITOR (CDI) | | | | $100 |

Sheet no. 38 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$588.00

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,                                    Case No. 2:09-bk-23944-VZ
                    Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> EGL USA <br><br> EGL USA <br> 550 S. HILL, STE. 840 <br> LOS ANGELES, CA 90013 | | | TRADE CREDITOR (CDI) | | | | $90 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br> DUNBAR ARMORED AIR <br> DUNBAR ARMORED <br> P.O. BOX 333 <br> BALTIMORE, MD 21203 | | | TRADE CREDITOR (CDI) | | | | $64 |
| ACCOUNT NO. <br> TRAVELERS <br> TRAVELERS REMITTANCE CENTER <br> ONE TOWER SQUARE <br> HARTFORD, CT 06183-1001 | | | TRADE CREDITOR (CDI) | | | | $63 |

Sheet no. 39 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)    $217

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,
Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ALBERT COHEN<br><br>ALBERT COHEN<br>314 WEST 6TH STREET, STE. 200<br>LOS ANGELES, CA 90014 | | | TRADE CREDITOR (CDI) | | | | $62 |
| ACCOUNT NO.<br>STEVEN MOORE<br><br>6534 HEDDING ST.<br>LOS ANGELES, CA 90045 | | | MBI - COMMISSIONS | | | | $110,182 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br>GEMELODY INC.<br><br>GEMELODY INC.<br>580 FIFTH AVENUE, SUITE 1416<br>NEW YORK, NY 10036 | | | TRADE CREDITOR (CDI) | | | | $50 |
| ACCOUNT NO.<br>HERSHEL HOROWITZ CORP.<br><br>HERSHEL HOROWITZ CORP.<br>580 FIFTH AVE., SUITE 1201 A & B<br>NEW YORK, NY 10036 | | | TRADE CREDITOR (CDI) | | | | $45 |

Sheet no. 40 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$110,339

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,                                                    Case No. 2:09-bk-23944-VZ
                    Debtor

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint | Date Claim was Incurred, and Consideration for Claim, if Claim is Subject to Setoff, so State | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. B.B. Miller, Inc. B.B. Mukker Inc. 12800 N. Meridan St., Suite 330 Carmel, Indiana 46032 | | | Trade Creditor (CDI) | | | | $35 |
| Account No. Gottlieb & Sons Gottlieb & Sons 1100 Superior Avenue 20th Floor Suite 2050 Cleveland, OH 44114 | | | Trade Creditor (CDI) | | | | $28 |
| Account No. 4G's Trading Corp. 4G's Trading Corp. 2 W. 46th St. New York, NY 10036 | | | Trade Creditor (CDI) | | | | $23 |
| Account No. County of Los Angeles (Backflow Permit) Los Angeles County Dept. of Public Health License/Permit Unit 5050 Commerce Dr., Rm. 117 Baldwin Park, CA 91706-1 | | | Trade Creditor (CDI) | | | | $20 |

Sheet no. 41 of 43 sheets attached to Schedule of                    Subtotal ▶     $106.00
Holding Unsecured Nonpriority Claims                              (Total of this page)

                                                         (Report total also on Summary of Schedules)

In re: Centerstone Diamonds, Inc.,
       Debtor

Case No. 2:09-bk-23944-VZ

## SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HUMANA DENTAL<br>HUMANDENTAL INS. CO.<br>P.O. BOX 0884<br>CAROL STREAM, IL 60132-0884 | | | TRADE CREDITOR (CDI) | | | | $16 |
| ACCOUNT NO.<br>EXECUTIVE PROTECTION<br>331 N. BEVERLY DR., #3<br>BEVERLY HILLS, CA 90210 | | | TRADE CREDITOR (MBI) | | | | $7,725 |
| ACCOUNT NO.<br>GUILD LABORATORIES<br>550 S. HILL ST., #1188<br>LOS ANGELES, CA 90013 | | | CDI | | | | $5,375 |
| ACCOUNT NO.<br>CAREY INTERNATIONAL<br>PO BOX 631414<br>BALTIMORE, MD 21263 | | | MBI | | | | $259 |
| ACCOUNT NO.<br>FEDEX<br>PO BOX 7221<br>PASADENA, CA 91109 | | | MBI | | | | 89 |

Sheet no. 42 of 43 sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page) — $13,464

TOTAL — $7,277,029

(Report total also on Summary of Schedules)

In re:  Centerstone Diamonds, Inc.,                                    Case No. 2:09-bk-23944-VZ
                    Debtor

# SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MBG 8TH STREET<br>323 W. 8TH ST.<br>LOS ANGELES, CA 90014 | COMMERCIAL LEASE AT 323 W. 8TH STREET |
| GREAT AMERICA LEASING CORP.<br>8742 INNOVATION WAY<br>CHICAGO, IL 60682-0087 | LEASE |
| MICROSOFT FINANCING<br>CIT TECHNOLOGY FIN SERV, INC.<br>23896 NETWORK PLACE<br>CHICAGO, IL 60673-1238 | COMPUTER LEASE |
| ACG EQUIPMENT FINANCE LLC<br>P.O. BOX 790448<br>ST. LOUIS, MO 63179-0448 | EQUIPMENT LEASE |
| DELL FINANCIAL SERVICES PAYMENT PROCESSING CENTER<br>4307 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | EQUIPMENT LEASE |

In re: Centerstone Diamonds, Inc.,
        Debtor

Case No. 2:09-bk-23944-VZ

# SCHEDULE H — CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| MICHAEL BEAUDRY (GUARANTEE)<br><br>323 W. 8th Street<br>Los Angeles, CA 90012<br>Michael Beaudry, Inc./Centerstone Diamonds, Inc.<br>323 W. 8th Street<br>Los Angeles, CA 90012 | FCC, LLC, dba First Capital Western Region, LLC<br><br>700 S. Flower Street, Suite 2325<br>Los Angeles, California 90017<br>Debt of respective entities |

In re: Centerstone Diamonds, Inc.,
Debtor

Case No. 2:09-bk-23944-VZ

# SCHEDULE I — CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: Estimate of average or projected monthly income at time case is filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | $ |
| 2.  Estimate monthly overtime | $ | $ |
| 3.  **SUBTOTAL** | $ | $ |
| 4.  **LESS PAYROLL DEDUCTIONS** | | |
|     a.  Payroll taxes and social security | $ | $ |
|     b.  Insurance | $ | $ |
|     c.  Union dues | $ | $ |
|     d.  Other (Specify): | $ | $ |
| 5.  **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | $ |
| 6.  **TOTAL NET MONTHLY TAKE HOME PAY** | $ | $ |
| 7.  Regular income from operation of business, profession or farm (Attach detailed statement) | $ | $ |
| 8.  Income from real property | $ | $ |

IDOCS:12999.3:900452.1

In re:  Centerstone Diamonds, Inc.,
                                Debtor

Case No. 2:09-bk-23944-VZ

| | | | |
|---|---|---|---|
| 9. | Interest and dividends | $ | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. | Social security or government assistance (Specify): | $ | $ |
| 12. | Pension or retirement income | $ | $ |
| 13. | Other monthly income (Specify): | $ | $ |
| 14. | **SUBTOTAL OF LINES 7 THROUGH 13** | $ | $ |
| 15. | **AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | $ |
| 16. | **COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ | (Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data) |

17.    Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document

In re:  Centerstone Diamonds, Inc.,                                    Case No. 2:09-bk-23944-VZ
                    Debtor

# SCHEDULE J — CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| 1.  Rent or home mortgage payment (include lot rented for mobile home) | $ |
|      a. Are real estate taxes included  ☐ Yes  ☐ No   b. Is property insurance included? ☐ Yes  ☐ No | |
| 2.  Utilities:        a. Electricity and heating fuel | $ |
|      b.      Water and sewer | $ |
|      c.      Telephone | $ |
|      d.      Other | $ |
| 3.  Home maintenance (repairs and upkeep) | $ |
| 4.  Food | $ |
| 5.  Clothing | $ |
| 6.  Laundry and dry cleaning | $ |
| 7.  Medical and dental expenses | $ |
| 8.  Transportation (not including car payments) | $ |
| 9.  Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10.  Charitable contributions | $ |
| 11.  Insurance (not deducted from wages or included in home mortgage payments) | $ |
|      a.      Homeowner's or renter's | |
|      b.      Life | $ |
|      c.      Health | $ |
|      d.      Auto | $ |
|      e.      Other: | $ |
| 12.  Taxes (not deducted from wages or included in home mortgage payments) | $ |
| 13.  Installment [payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | $ |
|      a.      Auto | |
|      b.      Other: | $ |
|      c.      Other: | $ |
| 14.  Alimony, maintenance, and support paid to others | $ |
| 15.  Payments for support of additional dependents not living at your home. | $ |
| 16.  Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17.  Other: | $ |
| 18.  **AVERAGE MONTHLY EXPENSES** (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |
| 19.      Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document. | |
| 20.  **STATEMENT OF MONTHLY NET INCOME**  a.  Average monthly income from Line 15 of Schedule I | $ |
|                            b.  Total monthly expenses from Line 18 above | $ |
|                            c.  Monthly net income (a. minus b.) | |

In re: Centerstone Diamonds, Inc.,                                                    Case No. 2:09-bk-23944-VZ
                         Debtor

(If Known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
_____
(Total shown on summary page plus 1.)


Date    _____          Signature: _____
                                                                              Debtor

Date    _____          Signature _____
                                                                   (Joint Debtor, if any)
                                                        (If joint case, both spouses must sign.)


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

I, the President of the corporation named as debtor in this case, declare under penalty of

perjury that I have read the foregoing summary and schedules, consisting of _____
                                                                                  (Total shown on summary page plus 1.)

sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date    _____          Signature   /s/Michael Beaudry
                                                          _____

                                                          Michael Beaudry, President
                                                          [Print or type name of individual signing on behalf of debtor.]


**[An individual signing on behalf of a corporation must indicate position or relationship to debtor.]**

--------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:  Fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

IDOCS:12999.3:900452.1