Michael S. Kogan (SBN 128500)
Peter F. Jazayeri (SBN 199626)
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for the Debtor

FILED & ENTERED

SEP 29 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re CENTERSTONE DIAMONDS, INC., | Case No. 2:09-bk-23944-VZ |
| Debtor. | Chapter 11 |
| *Jointly Administered with* | (Jointly Administered With 2:09-bk-23945-VZ) |
| In re MICHAEL BEAUDRY, INC., | **ORDER GRANTING APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY FINANCIAL ADVISOR** |
| Debtor. | |
| ☐ *Applied only to Centerstone Diamonds, Inc.* ☐ *Applies only to Michael Beaudry, Inc.*, | Date:   [No Hearing Requested] Time:   [No Hearing Requested] Place:  Courtroom 1368 |

Based upon the Application of the Debtor for Authority to Employ Financial Advisor (the "Application"), the Declaration of J. Robert Fabregas and exhibits attached thereto, the Objection filed by the Official Committee of Unsecured Creditors of the Debtor's bankruptcy estates (the "Committee") to the Application, the Stipulation Between Debtors And The Official Committee Of Unsecured Creditors Resolving Objection to the Application, and the Declaration of Peter F. Jazayeri regarding no objections to the Application and the exhibits attached thereto, and upon the Court's finding that the employment of Stonepine Holdings, Ltd. ("Stonepine") on the terms and conditions set forth in said Application and the Stipulation is in the best interest of Centerstone Diamonds, Inc. and Michael Beaudry, Inc., the debtor and debtor in possession herein in these jointly administered bankruptcy case (the "Debtor"), and that Stonepine does not hold or represent

any material interests adverse to the Debtor in the matter upon which it is to be employed, and that notice of the Application was sufficient and proper, and other good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Application is approved, subject to the modifications below;

2. Stonepine shall be employed as financial advisor for the Debtor;

3. The compensation to be awarded to Stonepine shall be subject to order of this Court, upon application and following appropriate notice and hearing;

4. The Committee's Objection [Docket No. 138] with respect to the Advisory Fee referenced in the Application is withdrawn;

5. The Sale Transaction Fee in paragraph 5 of the Stonepine Engagement Letter is hereby stricken from the Application and the Stonepine Engagement Letter, with respect to any sale in which Stonepine does not procure the buyer or any sale transaction which does not close; and

6. The Committee and the Debtor shall review and approve all fees and expenses incurred by Stonepine exceeding $1,000.

####

DATED: September 29, 2009

_____
United States Bankruptcy Judge

| In re: CENTERSTONE DIAMONDS, INC., *Jointly Administered with* In re MICHAEL BEAUDRY, INC.                              Debtor(s). | CHAPTER 11 CASE NUMBER 2:09-BK-23944-VZ (Jointly Administered with 2:09-bk-23945-VZ) |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

A true and correct copy of the foregoing document described as: **ORDER ON APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY FINANCIAL ADVISOR**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 23, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information on attached page

**II. SERVED BY U.S. MAIL:** On **September 23, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 23, 2009**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Bankruptcy Judge                                    BY PERSONAL DELIVERY
Hon. Vincent P. Zurzulo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Room 1360
Los Angeles, CA 90012-332

☐    Service information on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 23, 2009 | CHRISTINA O'MEARA | /s/ Christina O'Meara |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

IDOCS:12999.3:939177.1                              5

**ORDER ON APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY FINANCIAL ADVISOR**

|   |   |
|---|---|
| In re CENTERSTONE DIAMONDS, INC., *Jointly Administered with* <br><br> In re MICHAEL BEAUDRY, INC. <br><br> Debtor. | CHAPTER 11 <br><br> CASE NO. 2:09-BK-23944-VZ <br> (Jointly Administered with <br> 2:09-bk-23945-VZ) |

**NOTE TO USERS OF THIS FORM:**

**1)**  Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled:  ORDER GRANTING APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY FINANCIAL ADVISOR was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 23, 2009,** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Scott F Gautier    sgautier@pwkllp.com
- Peter F Jazayeri    pjazayeri@ecjlaw.com, pjazayeri@ecjlaw.com
- Louis E Kempinsky    lkempinsky@pwkllp.com
- Michael S Kogan    mkogan@ecjlaw.com
- Andy Kong    Kong.Andy@ArentFox.com
- Mette H Kurth    kurth.mette@arentfox.com
- Dare Law    dare.law@usdoj.gov
- Jennifer Leland    jleland@pwkllp.com
- Monserrat Morales    mmorales@pwkllp.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Kimberly S Winick    kwinick@clarktrev.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

J. Robert Fabregas
Stonepine Holdings, Limited
314 Ambroise
Newport Coast, CA  92657

☐ Service information continued on attached page

IDOCS:12999.3:939177.1                                        6
**ORDER ON APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY FINANCIAL ADVISOR**