1  Aram Ordubegian (SBN 185142)
   Andy S. Kong (SBN 243933)
2  **ARENT FOX LLP**
   555 W. Fifth Street, 48th Floor
3  Los Angeles, CA 90017
   Telephone:  213.629.7400
4  Facsimile:  213.629.7401

5

6  General Bankruptcy and Insolvency Counsel to
   the Official Committee of Unsecured Creditors
7  for Centerstone Diamond, Inc. and Michael
   Beaudry, Inc.

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   **LOS ANGELES DIVISION**

11  In re:                          | Case No.: 2:09-bk-23944-VZ

12  **CENTERSTONE DIAMONDS, INC.,**  | [Jointly Administered with 2:09-bk-23945-VZ]

13        Debtor.                    | Chapter 11

14  In re:

15  **MICHAEL BEAUDRY, INC.,**       | **FIRST INTERIM FEE APPLICATION OF ARENT FOX LLP, GENERAL BANKRUPTCY AND INSOLVENCY COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 13, 2009 THROUGH OCTOBER 31, 2009; DECLARATION OF ARAM ORDUBEGIAN IN SUPPORT THEREOF**

16        Debtor.

17

18  [ ] *Applies only to Centerstone Diamonds, Inc.*

19  [ ] *Applies only to Michael Beaudry, Inc.*

20

21                                  | Hearing

22                                  | Date: January 7, 2010
                                    | Time: 1:30 p.m.
23                                  | Place: Courtroom 1368
                                    |        255 East Temple Street
24                                  |        Los Angeles, CA 90012

25  / / /

26  / / /

27  / / /

28  / / /

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; COUNSEL FOR THE SECURED LENDER; THE DEBTORS AND THEIR COUNSEL; AND ANY OTHER PARTIES ENTITLED TO SPECIAL NOTICE:**

Arent Fox LLP ("Arent Fox") hereby applies to this Court for an Order allowing, on an interim basis, the following amounts as compensation for services rendered and expenses incurred by Arent Fox as general bankruptcy and insolvency counsel for the Official Committee of Unsecured Creditors (the "Committee") for Centerstone Diamonds, Inc. and Michael Beaudry, Inc. (the "Debtors") for the period from July 13, 2009 through and including October 31, 2009 (the "First Interim Fee Period").

|  | Fees | Expenses | Total |
|---|---|---|---|
| Total to be Allowed | $39,845.50 | $1,115.02 | $40,960.52 |
| Amount Previously Paid | $0.00 | $0.00 | $0.00 |
| **Total to be Paid** | **$39,845.50** | **$1,115.02** | **$40,960.52** |

In support of this Application, Arent Fox respectfully requests as follows:

## I.

## **INTRODUCTION**

1.      Arent Fox submits this Application pursuant to 11 U.S.C. § 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the United States Bankruptcy Court for the Central District of California, and the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* promulgated by the Office of the United States Trustee for the Central District of California (the "Guidelines").

**B.      General Background**

2.      The Debtors have indicated that Centerstone Diamonds, Inc. is the manufacturing company of the Debtors and Michael Beaudry, Inc. is the sales and marketing company of the Debtors who design and manufacture jewelry.

3.    For the last 15 years, the Debtors have sold their jewelry primarily through a dealer network of small jewelry salons throughout the United States.    The Debtors traditionally focused marketing on creating a brand image of luxury through their network of retailers, trunk shows, public relations and advertising luxury and fashion magazines. In addition, the Debtors sell through high-end luxury jewelry retailers with a clientele base matching the Debtors' target customers, such as Neiman Marcus.

4.    The Debtors have indicated that the single largest factor causing their bankruptcy filings was the precipitous decline in retail sales, particularly in luxury goods, driven by the overall economic recession.  After considerable consulting with members and outside consultants, the Debtors confirmed that they were no longer able to operate profitably and commenced these bankruptcy cases on June 4, 2009 (the "Petition Date") to preserve the status quo of its business pending their contemplated business changes.

5.    The Debtors are currently operating their businesses as debtors-in-possession pursuant to Bankruptcy Code sections 1107 and 1108.  No trustee or examiner has been appointed in these cases.

**C.    The Appointment of the Committee and Retention of Arent Fox**

6.    On or about July 8, 2009, the Office of United States Trustee appointed five members to the Committee in these cases pursuant to Bankruptcy Code sections 1102(a) and 1102(b).  The Committee selected Barry Edwards of Olympic Diamonds, Inc. as its Chairperson.

7.    Following its appointment, on July 13, 2009, the Committee met and selected and formally voted to employ Arent Fox as counsel, subject to the approval of the Court.  On or about September 24, 2009, this Court entered its Order approving Arent Fox's employment as Committee counsel effective as of July 13, 2009.

8.    During the First Interim Fee Period, the Committee has fulfilled its statutory and fiduciary duties, including those obligations set forth in Bankruptcy Code section 1103.  Throughout these proceedings, Arent Fox has assisted the Committee in fulfilling its obligation to protect the interests of the unsecured creditors and to preserve the estates'

1  assets.  Arent Fox provided services to the Committee in accordance with the instructions

2  and directions of the Committee.

3  **D.**   **Arent Fox's Background and Qualifications**

4  9.      Arent Fox is a law firm employing approximately 350 lawyers.  Arent Fox

5  includes a financial restructuring and bankruptcy group with extensive and diverse

6  experience in the areas of bankruptcy, insolvency, and debtor and creditor rights.  Arent

7  Fox's bankruptcy attorneys often represent creditors' committees in cases such as this.

8  10.     The Arent Fox attorneys who were primarily responsible for providing

9  services to the Committee were Aram Ordubegian and Andy S. Kong.  Other Arent Fox

10 attorneys and paraprofessionals rendered limited services on discreet matters requiring

11 their specialized expertise or when the principal attorneys were unavailable.    The

12 background and qualifications of all Arent Fox attorneys and paralegals who rendered

13 services to the Committee in connection with these chapter 11 cases are summarized in

14 the professional biographies attached as Exhibit 4.

15 11.     The rates charged by Arent Fox professionals are comparable to those

16 charged by other experienced and skillful professionals with bankruptcy and non-

17 bankruptcy practices in the Central District of California.    The blended hourly rate

18 charged by Arent Fox for professional services during the First Interim Fee Period is

19 $452.79.

20 12.     To provide effective, efficient representation to the Committee, Arent Fox

21 allocated responsibilities among attorneys based upon each individual's comparative

22 expertise and knowledge of particular aspects of these cases and allocated work to

23 attorneys with lower hourly rates whenever practical.  It is respectfully submitted that the

24 services of Arent Fox have been beneficial to the Committee, these estates and general

25 unsecured creditors.  As a result of the broad range and years of experience of Arent Fox's

26 bankruptcy attorneys, Arent Fox's services were rendered in an expeditious and efficient

27 manner.

28

## II.

## COMPENSATION REQUESTED

13.    Through this Application, Arent Fox requests that the Court enter an Order: (a) allowing interim compensation to Arent Fox of $40,960.52, representing $39,845.50 in services rendered and $1,115.02 in expenses incurred during the First Interim Fee Period; and (b) authorizing the Debtors to pay Arent Fox the unpaid balance of this amount, $40,960.52.

14.    This is Arent Fox's first application for allowance of compensation and reimbursement of expenses submitted to the Court. The Court has entered no prior orders allowing Arent Fox compensation and reimbursement of expenses in these chapter 11 cases, and Arent Fox has received no prior payment from the Debtors' estates. Arent Fox has not received or been promised compensation for the services that it rendered or the expenses that it incurred in these cases except as set forth herein. Furthermore, neither Arent Fox nor any member of Arent Fox has any agreement or understanding of any kind to divide, pay over, or share any portion of the fees to be awarded to Arent Fox with any other attorney except as among members and associates at Arent Fox.

15.    The Debtors are currently operating pursuant to the *Order Granting Debtors' Further Motion for Authority to Use Cash Collateral* entered by this Court on September 24, 2009, pursuant to which the Debtors have been authorized to use the purported cash collateral of FCC, LLC d/b/a First Capital Western Region, LLC (the "Lender" or "FCC") sufficient to fund their operations.

## III.

## SUMMARY OF EXHIBITS

16.    In support of this Application, as required under the United States Trustee's guidelines, Arent Fox hereby submits Exhibits 1 through 5.

17.    Exhibit 1 is a summary, by month and by activity category, of the services that Arent Fox rendered during the First Interim Fee Period.

18.    Exhibit 2 is a complete, chronological, line-item listing – sorted by activity

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

– 5 –

LA/213866.1

1    category – of the services that Arent Fox rendered during the First Interim Fee Period.

2    Exhibit 2 includes the name of the professional who rendered the services, the date the

3    services were rendered, the hours spent rendering the service, the total billed for the

4    service, and a detailed description of the services.

5          19.    Exhibit 3 is a summary of fees by professional and by category.    This

6    summary sets forth the total fees incurred by each timekeeper that worked on these cases

7    and sets forth each professional's hourly rate and the total amount billed by the

8    professional throughout the duration of these cases.

9          20.    Exhibit 4 summarizes, by month, the total reimbursable expenses that Arent

10   Fox incurred during the First Interim Fee Period.

11         21.    Exhibit 5 is a compilation of the professional biographies of each attorney

12   that worked on the cases that includes the professional education of each attorney and

13   paraprofessional, the year of graduation, year admitted to practice and relevant and

14   specialized experience in bankruptcy matters, where applicable.

15                                         **IV.**

16                          **SUMMARY OF SERVICES RENDERED**

17         22.    During the First Interim Fee Period, Arent Fox advised the Committee on a

18   regular basis with respect to numerous legal matters in connection with the Debtors' use

19   of cash collateral and the disputes arising therein with the Lender, their operations and

20   prospects for reorganization, their proposal to employ a financial advisor, and all other

21   matters arising in the performance of their duties as Committee members.    Arent Fox has

22   prepared various motions, objections, applications, orders and other pleadings that were

23   submitted to the Court for consideration and has performed all reasonable and necessary

24   professional services.

25         23.    Throughout First Interim Fee Period, Arent Fox has worked with the

26   Committee, the Debtors, and various other creditors and other parties in interest, to ensure

27   proper, efficient, and cost effective representation of the Committee, balanced against the

28   need to obtain specific relief and an ultimate resolution that will ensure the maximum

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

– 6 –

1  recovery to unsecured creditors.  It is for these efforts that Arent Fox seeks allowance for

2  interim compensation.

3       24.    Describing in detail all of the many services that Arent Fox provided to the

4  Committee would be extremely time consuming.  Accordingly, this section summarizes,

5  by activity category, the more significant services that Arent Fox provided to the estates.

6  Because Arent Fox categorizes its services in numbered categories that are similar to

7  those recommended in the United States Trustee's Guide, the discussions in this Section

8  are organized by category.[1]

9       25.    The primary services rendered by Arent Fox during the First Interim Fee

10  Period are grouped in the categories set forth below.

11  **B.    Case Management and Operating Reports – 00002**

12       26.    In addition to reviewing the chapter 11 status reports, Arent Fox attended to

13  various administrative matters such as the chapter 11 status conference, the 341(a)

14  meeting of creditors, and corresponded with the secured lender's counsel regarding

15  monthly operating reports in order monitor the Debtors' progress in these cases.  Arent

16  Fox has provided the Committee with periodic updates regarding these matters.

17       27.    The total fees incurred by Arent Fox in the Case Management and Operating

18  Reports category during the pendency of these cases were $1,979.00 for 4.2 hours of

19  service in this category.

20  **C.    Corporate and Business Matters – 00003**

21       28.    Following its appointment as counsel, Arent Fox discussed the Debtors'

22  business operation issues and the valuation of the businesses with FCC's counsel and

23  negotiated with the Debtors' counsel to gain access to their financial records.  To that end,

24  Arent Fox reviewed and executed a confidentiality agreement so that it could keep the

25  Committee appraised with respect to operational developments in these cases.

26  _____

27  [1] Some of the services rendered could reasonably be categorized in more than one billing
category.  Consequently, different attorneys sometimes billed their services in the same matter in

28  different categories.  In no event were any time entries for a single task by one attorney
duplicated.

29.    The total fees incurred by Arent Fox in the Corporate and Business Matters category during the pendency of these cases was $841.00 for 1.8 hours of service in this category.

**D.    Sales and Disposition of Assets – 00004**

30.    Time within this activity code includes review and analysis of various pleadings filed by the Debtors and FCC and preparing a memorandum for the Committee and the Court of the outstanding issues in these cases.

31.    The total fees incurred by Arent Fox in the Sales and Disposition of Assets category during the pendency of these case was $790.00 for 2.0 hours of service in this category.

**E.    Asset Analysis and Recovery – 00005**

32.    Time within this activity code includes the research and analysis of potential litigation claims and recovery actions the Committee may have against various parties. Arent Fox has identified certain potential litigation claims with respect to an alleged pre-petition transfer of funds or assets by the Debtors.  In that respect, Arent Fox has had multiple correspondences with a pre-petition plaintiff's counsel that was involved in prosecuting the Debtors pre-petition.  The Committee has advised Debtors' counsel that the Committee may now pursue such claims.

33.    Arent Fox has also reviewed and analyzed the Debtors' motion to use cash collateral and related pleadings and the Debtors' motion for a 2004 exam of FCC in order to monitor the cases and update the Committee.

34.    The total fees incurred by Arent Fox in the Asset Analysis and Recovery category during the pendency of these cases were $3,842.50 for 9.3 hours of service in this category.

**F.    Claims Administration and Objections – 00006**

35.    Time spent in this category is related to the setting of a bar date as well as the preliminary analysis of claims and research regarding claim-related issues.  Arent Fox attorneys determined it was essential to keep the Committee informed regarding all claim

1    issues and the consequences involved in the failure to file proofs of claim and, as a result,

2    communicated and discussed the issues with the Committee.  Consequently, Arent Fox

3    provided the Committee with a memorandum detailing the bar date information and the

4    claims process generally.  Arent Fox believes that it provided invaluable information to

5    the Committee in a very efficient manner.

6          36.    The total fees incurred by Arent Fox in the Claims Administration and

7    Objections category during the pendency of these cases was $592.50 for 1.5 hours of

8    service in this category.

9    **G.**    **Committee and Debtor Communications, Conference – 00008**

10          37.    Arent Fox held regular telephonic conferences and communicated by email

11    with the Committee regarding the status and progress of these cases, pending matters,

12    issues that the Committee was facing or would be facing, and the role of the Committee in

13    the context of these cases.  Arent Fox also participated in conference calls to address

14    Committee members' questions and concerns and to that end, participated in conference

15    calls with FCC, the Debtors, and their counsels.

16          38.    Arent Fox regularly updates Committee members so as to ensure that the

17    Committee as a whole has a comprehensive understanding of the issues in the cases and

18    can make informed decisions on counsel's recommendations.  Without this regular

19    communication, the Committee and its counsel would be unable to effectively and

20    efficiently represent the interests of the general unsecured creditors.  Indeed, in

21    communicating with the Committee and conducting meetings, Arent Fox worked to

22    minimize the number of professionals involved without sacrificing the ability to provide

23    effective representation.  Often, these meetings and communications would result in

24    discussions among the Committee as to overall case strategy and result in clear direction

25    to counsel, which Arent Fox professionals would then effectuate and which are described

26    in this application.

27          39.    The total fees incurred by Arent Fox in the Committee and Debtor

28    / / /

1    Communications category during the pendency of these cases was $2,075.00 for 4.7 hours

2    of service in this category.

3    **H.    Professional Retention – 00010**

4         40.    This category consists of time spent by Arent Fox preparing its employment

5    application, supporting declarations, exhibits, and orders in connection with these cases.

6    To reduce costs, the vast majority of time devoted to this activity was billed by the

7    associate on this matter.    As part of the process, Arent Fox ran an extensive search of its

8    conflicts database to ascertain any connections and make appropriate disclosures before

9    this Court in an affidavit in support of retention.    Throughout the First Interim Fee Period,

10   Arent Fox took necessary steps to monitor for any connections that needed to be

11   disclosed, including ongoing assessments for potential supplemental disclosures.

12        41.    Arent Fox also reviewed and scrutinized the retention applications of all

13   professionals to determine if an objection would be necessary.    Particularly, Arent Fox

14   reviewed the Debtors' application to employ Stonepine as their financial advisor and after

15   extensive discussions with the Committee, prepared an objection to Stonepine's

16   employment application.    Arent Fox continued negotiating for substantive revisions to

17   Stonepine's application with the Debtors' counsel and as a result, succeeded in obtaining a

18   consensual stipulation resolving the Committee's issues with Stonepine's retention

19   application, for the benefit of creditors.

20        42.    The total fees incurred by Arent Fox in the Professional Retention category

21   during the pendency of these cases was $8,589.00 for 20.4 hours of service in this

22   category.

23   **I.    Cash Collateral and DIP Financing – 00012**

24        43.    During the First Fee Interim Fee Period, Arent Fox reviewed and analyzed

25   the Debtors' motions to use cash collateral and its associated operating budgets and

26   related pleadings, advised the Committee regarding these matters, prepared reply papers

27   to FCC's opposition to the Debtors' motion, represented the Committee in cash collateral

28   negotiations, and appeared at the contested cash collateral and financing hearing on behalf

of the Committee.  With Arent Fox's assistance, the Debtors' were able to continue using cash collateral throughout the holiday season, where they expected to generate most of their sales income.

44.    Arent Fox also attended the associated deposition of the Debtors' principal Michael Beaudry and reported back to the Committee.

45.    The total fees incurred by Arent Fox in the Cash Collateral and DIP Financing category during the pendency of these cases was $17,535.00 for 36.2 hours of service in this category.

## J.    Real Estate and Leasing and Executory Contracts – 00014

46.    Arent Fox spent time reviewing various motions by the Debtors to assume or reject certain contracts and to extend the time to assume or reject unexpired nonresidential leases.  More specifically, the Debtors' filed a motion to extend the time to assume or reject its unexpired lease with MGB 8th St, LP.  After consultation with the Debtors' counsel and apprising the Committee of various issues, Arent Fox decided not to file objections to the motion.

47.    The total fees incurred by Arent Fox in the Real Estate and Leasing and Executory Contracts category during the pendency of these cases was $1,105.00 for 2.6 hours of service in this category.

## K.    Automatic Stay and Section 362 and 363 Matters – 00016

48.    Within this activity code, Arent Fox recorded time spent reviewing and analyzing FCC's motion for relief from the automatic stay and related pleadings.  Under the direction of the Committee, Arent Fox prepared a joinder to the Debtors' opposition papers and attended the hearing on the relief from stay motion.  As a result of Arent Fox's efforts, FCC's motion was denied, for the benefit of unsecured creditors.

49.    The total fees incurred by Arent Fox in the Automatic Stay and Section 362 and 363 Matters category during the pendency of these cases was $2,378.00 for 5.0 hours of service in this category.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/213866.1

### III.

### SUMMARY OF COSTS AND EXPENSES

50.    Arent Fox is seeking reimbursement for $1,115.02 in costs and expenses that it incurred during the First Interim Fee Period.  The United States Trustee's Guide requires that an application seeking reimbursement of expenses include a summary of all expenses by category and month.  This summary is attached as Exhibit 4.  In addition, this section describes Arent Fox's accounting procedures for the general categories of costs and expenses for which it is seeking reimbursement.   These costs and expenses were billed to the Committee at the rates that Arent Fox customarily applies to its non-debtor clients.

**A.    Messenger**

51.    When the exigencies of these cases required, Arent Fox used messenger services such as "Overnite Express" and air-courier services (such as Federal Express) to deliver documents.  When Arent Fox uses these messenger and air-courier services, it charges its clients for the actual costs of the services without surcharge.  During the pendency of these cases, Arent Fox incurred $62.15 in expenses in the Messenger and Overnight Delivery expense categories.

**B.    On-Line and Outside Research**

52.    While representing the Committee, it was often necessary and cost efficient for Arent Fox to conduct legal research through computer research services such as Pacer and Westlaw.  Arent Fox bills the actual cost of using such services directly to its clients without surcharge.  Under no circumstances does Arent Fox mark-up or charge its clients any amount in addition to the actual charges assessed.  Arent Fox utilized the Court's online CM/ECF and PACER at a total cost of $29.75.

**C.    Duplicating**

53.    Arent Fox ordinarily logs internal duplicating.  Although the expense report indicates that Arent Fox billed these projects to the Committee at $0.20 per page, in accordance with this Court's rules, Arent Fox has readjusted the price per page to $0.10.

During the pendency of these cases, Arent Fox duplicated 3,406 pages of documents for a total charge of $340.60, which reflects a 50% reduction from the $681.20 indicated in the expense sheet.

**D.    Professional Service Fees**

54.    The total expenses incurred by Arent Fox in the Professional Service Fees expense category during the pendency of these cases was $146.09, performed by U.S. Legal Management Services, Inc. for uploading and filing documents with this Court when Arent Fox secretaries were unavailable.

**E.    Parking and/or Mileage**

55.    Arent Fox bills its clients for the actual costs incurred for parking, mileage and transportation when attending court hearings and other business related matters. Arent Fox incurred a total of $64.80 during the pendency of these cases in the Parking and/or Mileage categories.

**F.    Phone Charges**

56.    While representing the Committee, it was often necessary for Arent Fox to make long distance phone calls to various interested parties.  Arent Fox bills the actual cost of using such services directly to its clients without surcharge.  During the pendency of these cases, Arent Fox incurred $32.92 in expenses in the Phone Charges expense category.

**G.    Postage**

57.    Arent Fox incurred $2.24 for postage necessary to deliver documents to Committee members.

**H.    Transcripts**

58.    After attending the deposition of the Debtors' principal Michael Beaudry, especially under the exigent circumstances of the contested cash collateral disputes, Arent Fox found it necessary to order a copy of the deposition transcript for further review and analysis and to provide copies to the Committee.  Arent Fox incurred $436.47 in the Transcripts category.

1    59.    Arent Fox has incurred out-of-pocket disbursements during the First Interim

2    Fee Period broken down into categories of charges itemized in Exhibit 4.  Each charge

3    incurred by Arent Fox was necessary and was incurred as a direct result of Arent Fox's

4    representation of the Committee.

5                                          **IV.**

6                    **STATUTORY BASIS FOR COMPENSATION**

7    60.    The statutory predicates for the relief sought herein are Sections 330 and

8    331 of the Bankruptcy Code, as supplemented by Federal Rule of Bankruptcy Procedure

9    2016.  Arent Fox seeks compensation for actual, necessary professional services rendered

10   and reimbursement of reasonable expenses incurred on behalf of the Committee during

11   the First Interim Fee Period.

12   61.    Section 331 of the Bankruptcy Code permits professionals employed by the

13   Bankruptcy Court to apply for interim compensation under the standards set forth in

14   Section 330.  Section 330(a)(1) of the Bankruptcy Code allows for the following:  (A)

15   reasonable compensation for actual, necessary services rendered by. . [an] attorney and by

16   any paraprofessional person employed by such [attorney]; and (B) reimbursement for

17   actual, necessary expenses.

18        Section 330(a)(3)(A) of the Bankruptcy Code provides that,

19        [i]n determining the amount of reasonable compensation to be
          awarded . . . the court shall consider the nature, the extent, and
20        the value of such services, taking into account all relevant
          factors, including (A) the time spent on such services; (B) the
21        rates charged for such services; (C) whether the services were
          necessary to the administration of, or beneficial at the time at
22        which the service was rendered toward the completion of, a
          case under [Title 11]; (D) whether the services were
23        performed within a reasonable amount of time commensurate
          with the complexity, importance, and nature of the problem,
24        issue, or task addressed; (E) with respect to a professional
          person, whether the person is board certified or otherwise has
25        demonstrated skill and experience in the bankruptcy field; and
          (F) whether the compensation is reasonable based on the
26        customary compensation charged by comparably skilled
          practitioners in cases other than cases under this title [11].[2]

27

28

---

62.    Congress intended that bankruptcy attorneys be compensated at the market rate for comparable services in non-bankruptcy cases.[3] The policy of Section 330 is to ensure that qualified attorneys will "not be deterred from taking bankruptcy cases due to a failure to pay adequate compensation."[4]

63.    The court's examination of the reasonableness of services rendered must be conducted in an "objective manner, based upon what services a reasonable lawyer or legal firm would have performed . . . ."[5]

64.    Arent Fox believes that its billing rates in these chapter 11 cases, which reflect Arent Fox's customary billing rates, are "reasonable billing rates" for purposes of this Court's determination of the "reasonableness" of the fees for services rendered. Arent Fox's customary billing rates were disclosed in the retention papers and approved by this Court.

65.    The rates charged by Arent Fox professionals are reasonable and are consistent with customary rates charged by similar law firms. Indeed, it is submitted that the rates charged are significantly less than many firms providing similar services. If the cases were not cases under the Bankruptcy Code, Arent Fox would charge and expect to receive, on a current basis, an amount at least equal to the amounts requested herein for professional services.

## V.

## CONCLUSION

66.    As detailed above, based on its normal guideline hourly rates, Arent Fox is seeking the allowance of $39,845.50 in fees incurred during the pendency of these cases. In addition, Arent Fox is seeking the allowance of $1,115.02 in actual, necessary costs and expenses incurred during this period.    In accordance with the factors enumerated in

---

[3]    *See In re Ames Dep't Stores, Inc.,* 76 F.3d 66, 71 (2d Cir. 1996) (*citing In re UNR Indus., Inc.,* 986 F.2d 207, 208–09 (7th Cir. 1993).

[4]    *Ames Dep't Stores,* 76 F.3d at 72 (*citing UNR Indus.,* 986 F.2d at 210).

[5]    *Ames Dep't Stores,* 76 F.3d at 72 (*citing In re Matter of Taxman Clothing Co.,* 49 F.3d 310, 315 (7th Cir. 1995).

1   Section 331 of the Bankruptcy Code, Arent Fox submits that the amounts requested herein

2   are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c)

3   the nature and extent of the services rendered, (d) the value of such services, and (e) the

4   costs of comparable services other than in a case under the Bankruptcy Code. Arent Fox

5   further submits that pursuant to the criteria normally examined in bankruptcy cases, and

6   based upon the factors considered in accordance with Sections 330 and 331 of the

7   Bankruptcy Code and Bankruptcy Rule 2016, the results achieved provide more than

8   sufficient justification for approval of the compensation sought by Arent Fox.

9   **WHEREFORE**, Arent Fox respectfully requests that this Court enter an Order: (a)

10   allowing interim compensation to Arent Fox of $40,960.52, representing $39,845.50 in

11   services rendered and $1,115.02 in expenses incurred during the First Interim Fee Period;

12   (b) authorizing the Debtors to pay, at this time, $40,960.52 to Arent Fox for services

13   rendered to the Committee.

Dated:     December 17, 2009            **ARENT FOX LLP**


By: */s/ Aram Ordubegian*

        Aram Ordubegian
        Andy S. Kong
        Counsel for the Official Creditors
        Committee for Centerstone Diamonds,
        Inc. and Michael Beaudry, Inc.

## DECLARATION OF ARAM ORDUBEGIAN

I, Aram Ordubegian, declare that:

1.      I am an attorney, duly licensed and entitled to practice before courts of the State of California, and I am a member in good standing of the Bar of this Court. I am a partner in the law firm of Arent Fox LLP ("Arent Fox"), counsel for the Official Committee of Unsecured Creditors (the "Committee") for Centerstone Diamonds, Inc. and Michael Beaudry, Inc. I have personal knowledge of the facts stated in this declaration.

2.      I submit this Declaration in support of the *First Interim Application of Arent Fox LLP, General Bankruptcy and Insolvency Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 13, 2009 through October 31, 2009* (the "First Interim Fee Application").

3.      I am familiar with the Guidelines of the Office of the United States Trustee. Unless otherwise noted, the First Interim Fee Application complies with the Guidelines. I believe that Arent Fox's fee application fully complies with their requirements.

4.      Having represented parties in interest in Chapter 11 cases for many years, I know the importance of establishing measures to monitor and reduce professional fees. I undertook responsibility for supervising all work that was done in these cases, and I was directly involved only in those matters where senior-level involvement was warranted.

5.      As the billing attorney in these cases, I carefully reviewed each Arent Fox monthly bill and carefully evaluated each and every billing entry. I made downwards adjustments to our bills in the exercise of my billing judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of December 2009, at Los Angeles, California.

*/s/ Aram Ordubegian*
Aram Ordubegian

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 17 -

LA/213866.1

# EXHIBIT 1

**EXHIBIT 1**

| Project Category | 07/13/09 – 07/31/09 | 08/01/09 – 08/31/09 | 09/01/09 – 09/30/09 | 10/01/09 – 10/31/09 |
|---|---|---|---|---|
| 00002. Case Management and Operating Reports | $750.50 | $1,228.50 | $0.00 | $0.00 |
| 00003. Corporate and Business Matters | $0.00 | $0.00 | $841.00 | $0.00 |
| 00004. Asset Analysis and Recovery | $0.00 | $0.00 | $790.00 | $0.00 |
| 00005. Asset Analysis and Recovery | $302.50 | $0.00 | $1,684.50 | $1,855.50 |
| 00006 Claims Administration and Objections | $0.00 | $395.00 | $158.00 | $39.50 |
| 00007 Miscellaneous Motions and Objections | $0.00 | $0.00 | $0.00 | $79.00 |
| 00008. Committee and Debtor Communications, Conference | $825.00 | $79.00 | $1,131.50 | $39.50 |
| 00010. Professional Retention | $1,171.00 | $1,526.00 | $5,892.00 | $0.00 |
| 00012. Cash Collateral and DIP Financing | $5,390.00 | $4,647.00 | $7,498.00 | $0.00 |
| 00014. Real Estate and Leasing and Executory Contracts | $0.00 | $0.00 | $118.50 | $986.50 |
| 00015. Creditor Inquires | $39.50 | $0.00 | $0.00 | $0.00 |
| 00016. Automatic Stay and Section 362 and 363 Matters | $0.00 | $434.50 | $1,943.50 | $0.00 |

# EXHIBIT 2

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Centerstone Diamonds, Inc., and Michael Beaudry, Inc.        Invoice Number ******
Official Committee of Unsecured Creditors                    Invoice Date   10/31/09
c/o Barry R. Edwards, Esq. of Olympic Diamonds Corp.         Client Number  031713
433 N. Camden Drive, 6th Floor
Beverly Hills, CA 90210
Attn: Barry R. Edwards, Esq.

---------------------------------------------------------------------------

| Category | Hours | Total |
|---|---|---|

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2009

| | | Hours | Total |
|---|---|---|---|
| 00000 | General | .00 | 1,530.62 |
| 00001 | Petition, Schedules, First Day Orders | 2.00 | 790.00 |
| 00002 | Case Management and Operating Reports | 2.40 | 1,021.00 |
| 00003 | Corporate and Business Matters | 1.20 | 604.00 |
| 00004 | Sale and Disposition of Assets | .00 | .00 |
| 00005 | Asset Analysis and Recovery | 8.10 | 3,368.50 |
| 00006 | Claims Administration and Objections | 2.10 | 829.50 |
| 00007 | Miscellaneous Motions and Objections | 5.00 | 2,378.00 |
| 00008 | Committee and Debtor Communications, Conference | 7.30 | 3,349.00 |
| 00009 | Adversary Proceedings | .20 | 79.00 |
| 00010 | Professional Retention | 24.10 | 10,050.50 |
| 00011 | Plan and Disclosure Statement Matters and Solici | .00 | .00 |
| 00012 | Cash Collateral and DIP Financing | 36.80 | 17,772.00 |
| 00013 | Employee Benefits and Severance, Pensions ERISA, | .00 | .00 |
| 00014 | Real Estate and Leasing and Executory Contracts | 2.50 | 1,065.50 |
| 00015 | Creditor Inquiries | .00 | .00 |
| 00016 | Automatic Stay and Section 362 and 363 Matters | 1.90 | 750.50 |
| 00017 | Investigation of Secured Creditor, Equipment Les | .00 | .00 |
| 00018 | Utilities and Regulatory Matters | .00 | .00 |
| 00019 | Chapter 5 Litigation, Collection and Investigati | .00 | .00 |
| 00020 | Contracts | .00 | .00 |
| 00021 | Tax | .00 | .00 |
| 00022 | Fee Applications | .00 | .00 |
| 00023 | Environmental Matters | .00 | .00 |
| 00024 | Creditor Information Sharing and 1102 Services | .00 | .00 |
| Totals | | 93.60 | 43,588.12 |

031713 Centerstone Diamonds, Inc., and Michael          Invoice Number ******
31 OCTOBER 2009                                              Page      4


(00001) MATTER NUMBER
RE:    Petition, Schedules, First Day Orders

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 09/03/09 | AS  KONG | Review docket and various pleadings and prepare memorandum re analysis and case strategy re outstanding issues. | 2.0 | 790.00 |

                                                              -------------
                        CURRENT FEES                              790.00


                    TIMEKEEPER TIME SUMARY
-------------------------------------------------------------
ANDY S. KONG            2.0    at  $395.00 =        790.00
                       ----                      ---------
            TOTALS      2.0                         790.00

                    SUBTOTAL FOR THIS MATTER                 $790.00

031713 Centerstone Diamonds, Inc., and Michael     Invoice Number ******
    31 OCTOBER 2009                       Page     5

(00002) MATTER NUMBER
RE:   Case Management and Operating Reports

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 07/16/09 | AS  KONG | Review status report and prepare for status conference. | .4 | 158.00 |
| 07/16/09 | AS  KONG | Attend status conference. | 1.5 | 592.50 |
| 07/16/09 | AS  KONG | Telephone to Kim Witkins, attorney for top 20 creditors, re status conference. | .1 | 39.50 |
| 07/27/09 | AO  ORDUBEGIAN | Email exchanges with Committee regarding various Committee management issues. | .2 | 105.00 |
| 08/13/09 | MH  KURTH | Review and respond to correspondence from S. Gauher re monthly operating reports. | .2 | 126.00 |

                                         -------------
                       CURRENT FEES                      1,021.00

TIMEKEEPER TIME SUMARY

| | | | |
|---|---|---|---|
| METTE H. KURTH | .2 | at $630.00 = | 126.00 |
| ARAM ORDUBEGIAN | .2 | at $525.00 = | 105.00 |
| ANDY S. KONG | 2.0 | at $395.00 = | 790.00 |
| TOTALS | 2.4 | | 1,021.00 |

                     SUBTOTAL FOR THIS MATTER              $1,021.00

031713 Centerstone Diamonds, Inc., and Michael
31 OCTOBER 2009

Invoice Number ******
Page    6

(00003) MATTER NUMBER
RE:  Corporate and Business Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 09/08/09 | AO  ORDUBEGIAN | Email to Debtor's counsel re weekly business and monthly operating reports. | .1 | 52.50 |
| 09/08/09 | AO  ORDUBEGIAN | Confer with A. Kong re business budget of Debtor in preparation for meeting with Committee and Debtor. | .2 | 105.00 |
| 09/08/09 | AS  KONG | Confer with A Ordubegian re business budget of Debtor in preparation for meeting with Committee and Debtor. | .2 | 79.00 |
| 09/16/09 | AO  ORDUBEGIAN | Telephone call from FCC's counsel re business operation issues and valuations of business. | .5 | 262.50 |
| 09/29/09 | AO  ORDUBEGIAN | Review and annotate proposed confidentiality agreement prepared by Debtors' counsel for information disclosures to Committee. | .2 | 105.00 |

                                        CURRENT FEES                604.00

                        TIMEKEEPER TIME SUMARY
-----------------------------------------------------------
ARAM ORDUBEGIAN          1.0    at  $525.00 =      525.00
ANDY S. KONG             .2     at  $395.00 =       79.00
                        ----                   ---------
        TOTALS          1.2                       604.00

                    SUBTOTAL FOR THIS MATTER            $604.00

```
031713 Centerstone Diamonds, Inc., and Michael          Invoice Number ******
    31 OCTOBER 2009                                         Page      7
```

RE:  Sale and Disposition of Assets

(00005) MATTER NUMBER
RE:  Asset Analysis and Recovery

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2009

| Date | Timekeeper | | | Hours | Value |
|------|------------|--|--|-------|-------|
| 07/21/09 | AS | KONG | Telephone conference with Benjamin Kiss and A. Ordubegian re assets of Debtors. | .4 | 158.00 |
| 07/21/09 | AS | KONG | Review correspondence from Ben Kiss to M. Kogan re MGB 8th Street Building. | .1 | 39.50 |
| 07/23/09 | AO | ORDUBEGIAN | E-mail to committee re transcript of M. Beaudy deposition. | .2 | 105.00 |
| 09/02/09 | AS | KONG | Review Debtor's reply to FCC Opposition to use cash collateral and appointment of Trustee; forward to Committee with comments. | .5 | 197.50 |
| 09/08/09 | AO | ORDUBEGIAN | Confer with Andy Kong re analysis of FCC Bank's secured position. | .3 | 157.50 |
| 09/08/09 | AS | KONG | Review and analyze FCC and other creditors' security interest and prepare memorandum for Committee re same. | 1.2 | 474.00 |
| 09/08/09 | AS | KONG | Confer with A. Ordubegian re analysis of FCC Bank's secured position. | .3 | 118.50 |
| 09/09/09 | AS | KONG | Continue researching and analyzing various secured claimants and prepare memorandum re same. | 1.1 | 434.50 |
| 09/09/09 | AS | KONG | Review NDA form debtor to receive weekly reports. | .3 | 118.50 |
| 09/14/09 | AS | KONG | Review confidentiality agreement. | .3 | 118.50 |
| 09/29/09 | AO | ORDUBEGIAN | Review correspondence re estate's interest in real property at 8th Street; confer with A. Kong re same. | .2 | 105.00 |
| 09/30/09 | AS | KONG | Prepare letter to B. Kiss regarding Eight Street property. | .5 | 197.50 |
| 10/09/09 | AO | ORDUBEGIAN | Review Defendant's application for rule 2004 examination of FCC Bank. | .3 | 157.50 |
| 10/14/09 | AS | KONG | Review letter from B. Kiss regarding purchase of MB 8th Street building. | .2 | 79.00 |
| 10/15/09 | AS | KONG | Telephone call to and from B. Kiss regarding MG 8th proposal. | .2 | 79.00 |
| 10/16/09 | AS | KONG | Telephone call to and from B. Kiss regarding MG 8th property. | .3 | 118.50 |
| 10/16/09 | AS | KONG | Review complaint from B. Kiss filed in state court against Centerstone. | .3 | 118.50 |
| 10/16/09 | AS | KONG | Discuss with A. Ordubegian re allegation of transfer re 8th Street property. | .1 | 39.50 |
| 10/16/09 | AO | ORDUBEGIAN | Confer with Andy Kong re pre-petition transfers of funds by Debtor. | .3 | 157.50 |

031713 Centerstone Diamonds, Inc., and Michael          Invoice Number ******
   31 OCTOBER 2009                                          Page      8

| | | | | | |
|---|---|---|---|---|---|
| 10/18/09 | AS | KONG | Review various adversaries for turnover filed by debtor. | .6 | 237.00 |
| 10/18/09 | AS | KONG | Email to M. Kogan re allegations of fraud transfer against debtor. | .2 | 79.00 |
| 10/19/09 | AS | KONG | Email to M. Kogan re possible fraud transfer to MG 8th LLC. | .2 | 79.00 |

                                                        -------------
                    CURRENT FEES                          3,368.50


                 TIMEKEEPER TIME SUMARY
         -------------------------------------------------------
ARAM ORDUBEGIAN          1.3    at $525.00 =       682.50
ANDY S. KONG             6.8    at $395.00 =     2,686.00
                         ----                    ---------
         TOTALS          8.1                      3,368.50

                 SUBTOTAL FOR THIS MATTER                 $3,368.50

031713 Centerstone Diamonds, Inc., and Michael          Invoice Number ******
31 OCTOBER 2009                                          Page      9


(00006) MATTER NUMBER
RE:   Claims Administration and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2009

| Date | Timekeeper | | | Hours | Value |
|------|-----------|--|--|-------|-------|
| 08/18/09 | AS  KONG | | Review claims bar date notice and prepare bar date memo for committee. | .4 | 158.00 |
| 08/18/09 | AS  KONG | | E-mail to committee re claims bar date. | .1 | 39.50 |
| 08/19/09 | AS  KONG | | E-mails from nd to Nick and C. Publishing re proof of claim and review attached invoice. | .3 | 118.50 |
| 08/21/09 | AS  KONG | | E-mail from and to Nick re proof of claim | .2 | 79.00 |
| 08/31/09 | AS  KONG | | E-mail from Nick re Proof of claim. | .1 | 39.50 |
| 09/15/09 | AS  KONG | | Telephone conference from and to Bob Siragusa re claim. | .2 | 79.00 |
| 09/15/09 | AS  KONG | | E-mail bar date info and proof of claim form to B. Siragusa. | .1 | 39.50 |
| 09/15/09 | AS  KONG | | E-mail claims bar date ino and proof of claim to Stephen Moore. | .1 | 39.50 |
| 09/22/09 | AS  KONG | | Telephone conference and e-mail from and to T. Falker re C. Magazine proof of claim. | .2 | 79.00 |
| 09/25/09 | AS  KONG | | Telephone call from T. Felker re C. Magazine proof of claim. | .1 | 39.50 |
| 09/30/09 | AS  KONG | | Review documents regarding claim regarding car rental from Midway Car Rental. | .2 | 79.00 |
| 10/28/09 | AS  KONG | | Review claims register re C Publishing claim. | .1 | 39.50 |

                                                        -------------
                      CURRENT FEES                          829.50


                      TIMEKEEPER TIME SUMARY
          ------------------------------------------------------
ANDY S. KONG            2.1   at  $395.00 =      829.50
                        ----                  ---------
          TOTALS        2.1                      829.50

                      SUBTOTAL FOR THIS MATTER            $829.50

031713 Centerstone Diamonds, Inc., and Michael          Invoice Number ******
   31 OCTOBER 2009                                          Page     10


(00007) MATTER NUMBER
RE:   Miscellaneous Motions and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|------------|--|-------|-------|
| 09/08/09 | AO  ORDUBEGIAN | Attend hearing on FCC's Motion for relief; post hearing meetings with counsel re all pending matters (2.8); telephone conference with Committee Chair re same and instructions on proceeding with related hearings (.2). | 3.0 | 1,575.00 |
| 09/08/09 | AO  ORDUBEGIAN | Review and comment upon proposed order denying relief from stay. | .1 | 52.50 |
| 09/27/09 | AS  KONG | Review order denying appointment of trustee. | .1 | 39.50 |
| 10/07/09 | AS  KONG | Review declaration regarding non-opposition to retroactive relief regarding first day motions. | .1 | 39.50 |
| 10/07/09 | AS  KONG | Review 2004 motion regarding FCC. | .4 | 158.00 |
| 10/08/09 | AS  KONG | Prepare summary analysis and recommendation of 2004 regarding FCC for committee. | .6 | 237.00 |
| 10/09/09 | AS  KONG | Continue summarizing and analyzing 2004 exam of FCC for committee. | .2 | 79.00 |
| 10/09/09 | AS  KONG | Email 2004 exam to committee with comments and recommendation. | .2 | 79.00 |
| 10/15/09 | AS  KONG | Review order granting retro relief regarding joint administrator. | .1 | 39.50 |
| 10/15/09 | AS  KONG | Review order regarding 2004 exam of FCC. | .1 | 39.50 |
| 10/15/09 | AS  KONG | Email to M. Kogan and Gautier regarding attending 2004 exam. | .1 | 39.50 |

                                                       -------------
                       CURRENT FEES                      2,378.00


                    TIMEKEEPER TIME SUMARY
-----------------------------------------------------------------
ARAM ORDUBEGIAN      3.1   at  $525.00 =    1,627.50
ANDY S. KONG         1.9   at  $395.00 =      750.50
                    ----                ----------
         TOTALS      5.0                  2,378.00

                SUBTOTAL FOR THIS MATTER              $2,378.00

031713 Centerstone Diamonds, Inc., and Michael          Invoice Number ******
31 OCTOBER 2009                                         Page     11


(00008) MATTER NUMBER
RE:    Committee and Debtor Communications, Conference Calls

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2009

| Date | Timekeeper | | | Hours | Value |
|------|-----------|---|---|-------|-------|
| 07/21/09 | AS | KONG | Draft Committee Bylaws. | .6 | 237.00 |
| 07/23/09 | MH | KURTH | Exchange correspondence with a. Ordubegian re committee composition. | .1 | 63.00 |
| 07/23/09 | AS | KONG | Review and revise bylaws with A. Ordubegian's edits and comments. | .2 | 79.00 |
| 07/23/09 | AO | ORDUBEGIAN | Various committee organization e-mails and related tasks. | .3 | 157.50 |
| 07/23/09 | AO | ORDUBEGIAN | Review and revise proposed by-laws of committee. | .3 | 157.50 |
| 07/23/09 | AO | ORDUBEGIAN | Various e-mail exchanges with committee members re provisions of By-Laws. | .2 | 105.00 |
| 08/27/09 | AS | KONG | Review e-mails to committee and from committee re organizational issues. | .2 | 79.00 |
| 08/27/09 | AO | ORDUBEGIAN | Attend meeting of creditors. | 2.1 | 1,102.50 |
| 09/01/09 | AS | KONG | Telephone call to and from Troy re C Magazine proof of claim. | .4 | 158.00 |
| 09/01/09 | AS | KONG | Emails from and to Troy regarding C Publishing proof of claim. | .2 | 79.00 |
| 09/03/09 | AS | KONG | Telephone call to Nick Hale re conference call with Bank. | .2 | 79.00 |
| 09/03/09 | AS | KONG | Meeting with A. Ordubegian re conference call with FCC and telephone conference with M. Kogan re same. | .5 | 197.50 |
| 09/03/09 | AS | KONG | Telephone call to Peter J. re Monthly Operating Reports. | .1 | 39.50 |
| 09/03/09 | AO | ORDUBEGIAN | Meeting with A. Kong re conference call with FCC and telephone conference with M. Kogan re same. | .5 | 262.50 |
| 09/09/09 | AS | KONG | Telephone call to Committee Member Ambrish Sethi re case status. | .2 | 79.00 |
| 09/15/09 | AS | KONG | E-mail to and from re objection to Stonepine emp app to committee for review. | .2 | 79.00 |
| 09/15/09 | AS | KONG | Telephone conference to Stephen Moore re claim and back wages. | .3 | 118.50 |
| 09/22/09 | AS | KONG | Discuss with A. Ordubegian re bylaws and committee execution. | .1 | 39.50 |
| 09/22/09 | AS | KONG | E-mail bylaws to Nick and Sethi. | .1 | 39.50 |
| 09/25/09 | AS | KONG | Telephone conference to Ambrish Sethi re bylaws. | .2 | 79.00 |
| 09/29/09 | AS | KONG | Email NDA revisions to P. Jazayeri. | .1 | 39.50 |
| 09/30/09 | AS | KONG | Email NDA for review and signature to committee. | .1 | 39.50 |
| 10/06/09 | AS | KONG | Email to B. Edwards re NDA. | .1 | 39.50 |

031713 Centerstone Diamonds, Inc., and Michael                Invoice Number ******
       31 OCTOBER 2009                                        Page    12

                                                             -------------
                        CURRENT FEES                            3,349.00


                     TIMEKEEPER TIME SUMARY
        -----------------------------------------------------
        METTE H. KURTH        .1    at  $630.00 =         63.00
        ARAM ORDUBEGIAN      3.4    at  $525.00 =      1,785.00
        ANDY S. KONG         3.8    at  $395.00 =      1,501.00
                             ----                     ---------
               TOTALS        7.3                      3,349.00

                    SUBTOTAL FOR THIS MATTER              $3,349.00

031713 Centerstone Diamonds, Inc., and Michael    Invoice Number ******
31 OCTOBER 2009                                    Page    13


(00009) MATTER NUMBER
RE:   Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 08/25/09 | AS  KONG | Discuss with A. Waller re adverse and dismissal. | .2 | 79.00 |

|  | | | | |
|--|--|--|--|--|
| | CURRENT FEES | | | 79.00 |


TIMEKEEPER TIME SUMARY
------------------------------------------------------------
| ANDY S. KONG | .2 | at  $395.00 = | 79.00 |
|--------------|----|--------------|-------|
| TOTALS | 0.2 | | 79.00 |

SUBTOTAL FOR THIS MATTER                    $79.00

031713 Centerstone Diamonds, Inc., and Michael                Invoice Number ******
31 OCTOBER 2009                                                Page    14


(00010) MATTER NUMBER
RE:   Professional Retention

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|------------|---|-------|-------|
| 06/05/09 | SM GORDAN | Conflict review of parties in bankruptcy action for potential hire to represent creditors committee. | .6 | 144.00 |
| 07/16/09 | AS KONG | Commence preparing employment application. | .7 | 276.50 |
| 07/16/09 | AS KONG | Prepared Notice of Appearance and Request for Service of Papers. | .3 | 118.50 |
| 07/16/09 | AS KONG | Prepared ECF Notice requests. | .2 | 79.00 |
| 07/17/09 | AS KONG | Continued preparing employment application and notice. | 1.3 | 513.50 |
| 07/27/09 | AS KONG | Prepare employment application and notice for filing. | .3 | 118.50 |
| 08/16/09 | AO ORDUBEGIAN | Review and revise employment application of Arent Fox and related notice and declarations. | .8 | 420.00 |
| 08/17/09 | AS KONG | Review and revise employment application and notice with A. Ordubegian's edits and comments. | 1.5 | 592.50 |
| 08/17/09 | AS KONG | Prepare connections and conflicts for disclosures. | 1.0 | 395.00 |
| 08/18/09 | AS KONG | Continue revising employment application. | .5 | 197.50 |
| 08/21/09 | AS KONG | Prepare connections search. | .5 | 197.50 |
| 08/25/09 | AS KONG | Continue preparing and revising connections. | .3 | 118.50 |
| 08/25/09 | AS KONG | E-mail employment application to Barry Edwards for review and execution. | .1 | 39.50 |
| 08/27/09 | AS KONG | E-mail employment application to committee members | .1 | 39.50 |
| 08/31/09 | AS KONG | Revise employment application. | .2 | 79.00 |
| 08/31/09 | AS KONG | Prepare notice and employment application for filing. | .2 | 79.00 |
| 09/01/09 | AS KONG | Prepare ECF Notice request. | .1 | 39.50 |
| 09/03/09 | AS KONG | Review debtor's application to employ financial advisor. | .2 | 79.00 |
| 09/08/09 | AS KONG | Prepare supplemental disclosure re employment application. | .4 | 158.00 |
| 09/08/09 | AO ORDUBEGIAN | Review and annotate application to retain Stonepine as Debtors' financial analyst; email recommendation to Committee. | .7 | 367.50 |
| 09/09/09 | AS KONG | Review debtor's application to employ financial advisor. | .4 | 158.00 |
| 09/09/09 | AS KONG | Commence preparing opposition to employment of debtor's financial advisor. | 2.4 | 948.00 |

031713 Centerstone Diamonds, Inc., and Michael
31 OCTOBER 2009

Invoice Number ******
            Page    15

| Date | | | Description | | |
|------|--|--|-------------|--|--|
| 09/14/09 | AO | ORDUBEGIAN | Review and revise opposition to Stonepine employment. | .6 | 315.00 |
| 09/14/09 | AS | KONG | Review and revise objection to employment of Stonepine with A. Ordubegian's edits and comments. | .4 | 158.00 |
| 09/15/09 | AS | KONG | Review and advise on Stonepine engagement letter to A. Ordubegian. | .4 | 158.00 |
| 09/15/09 | AS | KONG | Revise objection to Stonepine emp app with A. Ordubegian's edits and comments. | .3 | 118.50 |
| 09/15/09 | AO | ORDUBEGIAN | Telephone conference with P. J | .6 | 315.00 |
| 09/16/09 | AO | ORDUBEGIAN | Telephone conference with P. Jazzeryi and A. Kong re Committee's objection to Stonepine employment (.2); telephone conferences with Committee members re defendant's position re same (.5); telephone call from M. Kogan re post-filing resolution of objection (.3). | 1.0 | 525.00 |
| 09/16/09 | AS | KONG | Prepare declaration re non opposition to emp order. | .6 | 237.00 |
| 09/16/09 | AS | KONG | Telephone conference to P. Jazzeryi and Barry Edwards re Stonepine emp app and committee objection. | .5 | 197.50 |
| 09/17/09 | AS | KONG | Continue preparing supplemental disclosure. | 2.0 | 790.00 |
| 09/17/09 | AS | KONG | Telephone conference to and from M. Kogan re Stonepine app. | .2 | 79.00 |
| 09/17/09 | AS | KONG | Prepare emp order and declaration re non-opposition for filing. | .2 | 79.00 |
| 09/17/09 | AS | KONG | Telephone conference to B. Edwards re Stonepine objection. | .1 | 39.50 |
| 09/17/09 | AO | ORDUBEGIAN | Review and revise order granting employment application of Arent Fox. | .2 | 105.00 |
| 09/19/09 | AS | KONG | Telephone conference from M. Kogan re Stonepine objection. | .1 | 39.50 |
| 09/21/09 | AS | KONG | Discuss with a. Ordubegian re stipulation re Stonepine emp app. | .2 | 79.00 |
| 09/21/09 | AS | KONG | Prepare stipulation and proposed order re withdrawal of objection to Stonepine application. | 1.2 | 474.00 |
| 09/21/09 | AS | KONG | Revise stipulation resolving Stonepine objection with A. Ordubegian's comments and edits. | .3 | 118.50 |
| 09/21/09 | AS | KONG | E-mail stipulation resolving Stonepine objection to M. Kogan. | .1 | 39.50 |
| 09/21/09 | AS | KONG | Telephone conference to and from M. Kogen re Stonepine stipulation. | .3 | 118.50 |
| 09/21/09 | AS | KONG | Review M. Kogen's proposed revised Stonepine stipulation and e-mails and from M. Kogan re language. | .4 | 158.00 |
| 09/21/09 | AS | KONG | Telephone conference to and from Edwards re revision to Stonepine stipulation. | .2 | 79.00 |

031713 Centerstone Diamonds, Inc., and Michael          Invoice Number ******
       31 OCTOBER 2009                                        Page    16

| 09/21/09 | AO | ORDUBEGIAN | Telephone conference with Committee members and later Debtor's counsel re stipulation to resolve Committee's opposition to Stonepine employment. | .4 | 210.00 |
| 09/21/09 | AO | ORDUBEGIAN | Review and revise stipulation (4x). | .4 | 210.00 |
| 09/22/09 | AO | ORDUBEGIAN | Confer with A. Kong re stipulation re committee's objection to Stonepine. | .1 | 52.50 |
| 09/22/09 | AS | KONG | Telephone conference from chambers re emp order. | .1 | 39.50 |
| 09/25/09 | AS | KONG | Review order granting Arent Fox employment. | .1 | 39.50 |
| 09/30/09 | AS | KONG | Review and analyze entered order regarding Stonepine. | .3 | 118.50 |

```
                                                         -------------
                        CURRENT FEES                       10,050.50
```

```
                     TIMEKEEPER TIME SUMARY
        --------------------------------------------------
ARAM ORDUBEGIAN          4.8    at  $525.00 =      2,520.00
ANDY S. KONG            18.7    at  $395.00 =      7,386.50
SUSAN M. GORDAN           .6    at  $240.00 =        144.00
                        ----                   ---------
           TOTALS       24.1                     10,050.50
```

```
                     SUBTOTAL FOR THIS MATTER           $10,050.50
```

031713 Centerstone Diamonds, Inc., and Michael      Invoice Number ******
31 OCTOBER 2009                                      Page    17

RE:  Plan and Disclosure Statement Matters and
     Solicitation

(00012) MATTER NUMBER
RE:  Cash Collateral and DIP Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2009

| Date | Timekeeper | | | Hours | Value |
|------|------|------|------|------|------|
| 07/14/09 | MH | KURTH | Confer with A.Ordubegian re cash strategy and cash collateral issues. | .5 | 315.00 |
| 07/14/09 | AO | ORDUBEGIAN | Confer with M. Kurth re case strategy and cash collateral issues. | .5 | 262.50 |
| 07/14/09 | AO | ORDUBEGIAN | Confer with M. Kurth re case collateral hearing. | .4 | 210.00 |
| 07/14/09 | MH | KURTH | Confer with A.Ordubegian re cash collateral hearing. | .4 | 252.00 |
| 07/15/09 | MH | KURTH | Exchange correspondence with S.Gautier re upcoming depositions and hearings. | .1 | 63.00 |
| 07/15/09 | MH | KURTH | Exchange correspondence with J.Leland re Beaudry deposition. | .2 | 126.00 |
| 07/15/09 | MH | KURTH | Confer with A.Ordubegian re cash collateral hearing. | .4 | 252.00 |
| 07/15/09 | AS | KONG | Discuss with A. Ordubegian re cash collateral motion and FCC's opposition | .2 | 79.00 |
| 07/15/09 | AS | KONG | Telephone to and from Chambers re Committee Reply to FCC opposition | .2 | 79.00 |
| 07/15/09 | AS | KONG | Draft reply to FCC opposition | 3.3 | 1,303.50 |
| 07/15/09 | AS | KONG | Attend depo of Mike Beaudry | 5.4 | 2,133.00 |
| 07/15/09 | AO | ORDUBEGIAN | Confer with M. Kurth re cash collateral hearing. | .4 | 210.00 |
| 07/15/09 | AO | ORDUBEGIAN | Dicuss with A. Kong re cash collateral motion and FCC's opposition. | .2 | 105.00 |
| 07/16/09 | AS | KONG | Telephone to and from Kim Witkins re cash collateral hearing. | .2 | 79.00 |
| 08/15/09 | AO | ORDUBEGIAN | Review motion to appoint valuation expert. | .2 | 105.00 |
| 08/18/09 | AS | KONG | Review cash collateral motion. | .6 | 237.00 |
| 08/18/09 | AS | KONG | (No Charge) Review various pleading by re valuation, cash collateral, and retroactive relief. | .0 | .00 |
| 08/18/09 | AO | ORDUBEGIAN | E-mail exchanges with committee re renewed cash collateral proceeding post breakdown el-bank and debtor's deal. | .3 | 157.50 |
| 08/18/09 | AO | ORDUBEGIAN | Review various pleadings filed by debtor's and bank re same. | 3.4 | 1,785.00 |
| 08/19/09 | AO | ORDUBEGIAN | Various conferences with committee members re latest cash collateral pleadings; e-mail exchange with d's counsel re same. | .6 | 315.00 |

031713 Centerstone Diamonds, Inc., and Michael                    Invoice Number ******
31 OCTOBER 2009                                                           Page    18

| 08/24/09 | AO | ORDUBEGIAN | E-mail exchanges with committee re financial information supporting D's cash collateral motion. | .2 | 105.00 |
| 08/25/09 | AO | ORDUBEGIAN | Review latest pleadings; various conferences with committee members. | 2.9 | 1,522.50 |
| 08/25/09 | AS | KONG | Review e-mails from Nick Hale and Barry Edwards and A. Ordubegian re cash collateral. | .2 | 79.00 |
| 08/27/09 | AO | ORDUBEGIAN | Various email exchanges with Committee and Bank's counsel re cash collateral issues. | .8 | 420.00 |
| 09/02/09 | AO | ORDUBEGIAN | Various conferences with Bank counsel and later Committee members re cash collateral proceedings. | 1.8 | 945.00 |
| 09/03/09 | AO | ORDUBEGIAN | Review various documents and reports and conferences with Committee in preparation of meeting with Bank. | 2.4 | 1,260.00 |
| 09/03/09 | AO | ORDUBEGIAN | Telephone call from M. Kogan re all pending matters. | .5 | 262.50 |
| 09/03/09 | AO | ORDUBEGIAN | Attend conference call meeting with A. Kong, Committee members and FCC Bank re all pending matters. | 1.1 | 577.50 |
| 09/03/09 | AS | KONG | Telephone conference with Committee and FCC re cash collateral. | 1.0 | 395.00 |
| 09/03/09 | AS | KONG | Review email and weekly report by debtor to FCC. | .3 | 118.50 |
| 09/03/09 | AS | KONG | (No Charge) Review debtors' July Monthly Operating Report. | .0 | .00 |
| 09/04/09 | AO | ORDUBEGIAN | Telephone call from Defendant's counsel and B. Beaudry re cash collateral motion issues. | .3 | 157.50 |
| 09/04/09 | AO | ORDUBEGIAN | Telephone conference with Committee counsel re pending issues raised by FCC and proposal to Debtor. | .4 | 210.00 |
| 09/04/09 | AO | ORDUBEGIAN | Telephone call from B. Edwards re cash collateral issues. | .6 | 315.00 |
| 09/04/09 | AO | ORDUBEGIAN | Telephone conference with M. Kogan re business expenses and pending motions (.4); telephone conference with Committee re its position re cash collateral and relief from stay motions (.3); overview preparation and filing of Committee's joinder papers (.2). | .9 | 472.50 |
| 09/08/09 | AO | ORDUBEGIAN | Attend hearing on contested cash collateral proceedings. | 3.1 | 1,627.50 |
| 09/08/09 | AO | ORDUBEGIAN | Telephone call from K. Winick counsel for top 20 creditor re all pending matters (.3); review and comment upon proposed order re continued cash collateral motion (.1). | .4 | 210.00 |
| 09/08/09 | AO | ORDUBEGIAN | Email to Committee re all pending matters. | .4 | 210.00 |
| 09/08/09 | AS | KONG | Discuss with A. Ordubegian re debtor's books and validity of FCC's interest. | .2 | 79.00 |

031713 Centerstone Diamonds, Inc., and Michael      Invoice Number ******
    31 OCTOBER 2009                                      Page     19

| | | | | | |
|---|---|---|---|---|---|
| 09/08/09 | AS | KONG | Review and analyze debtor's proposed budget through 12/09. | .5 | 197.50 |
| 09/08/09 | AS | KONG | Review debtor's proposed cash collateral order. | .2 | 79.00 |
| 09/08/09 | AS | KONG | Review email to Committee re 09/08/09 hearings and Stonepine employment application. | .2 | 79.00 |
| 09/08/09 | AO | ORDUBEGIAN | Discuss with A. Kong re debtor's budget and validity of FCC's interest. | .2 | 105.00 |
| 09/09/09 | AS | KONG | Continue reviewing debtor's budget for Sept.-Dec. and prepare memorandum re same. | .5 | 197.50 |
| 09/25/09 | AS | KONG | Review cash collateral order. | .2 | 79.00 |

                                                         -------------
                    CURRENT FEES                           17,772.00


                    TIMEKEEPER TIME SUMMARY
        ------------------------------------------------
        METTE H. KURTH       1.6    at  630.00 =      1,008.00
        ARAM ORDUBEGIAN     22.0    at  525.00 =     11,550.00
        ANDY S. KONG        13.2    at  395.00 =      5,214.00
                            ----                   ---------
              TOTALS        36.8                   17,772.00

                    SUBTOTAL FOR THIS MATTER             $17,772.00

031713 Centerstone Diamonds, Inc., and Michael
31 OCTOBER 2009

Invoice Number ******
Page      20

RE:  Employee Benefits and Severance, Pensions ERISA,

(00014) MATTER NUMBER
RE:  Real Estate and Leasing and Executory Contracts

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 09/06/09 | AS  KONG | Review Brinks contract rejection motion by debtor and forward to Committee with comments. | .3 | 118.50 |
| 09/10/09 | AS  KONG | Review debtor's withdrawal of rejection motion. | .1 | 39.50 |
| 10/01/09 | AS  KONG | Emails to and from M. Kogan regarding issues with motion to extend time to assume or reject. | .3 | 118.50 |
| 10/01/09 | AS  KONG | Review and analyze motion to extend time to assume or reject MGB lease. | .4 | 158.00 |
| 10/01/09 | AO  ORDUBEGIAN | Conference with A. Kong regarding motion to extend lease rejection deadline and real property rental expense. | .2 | 105.00 |
| 10/02/09 | AO  ORDUBEGIAN | Telephone conference with M. Kojan re lease rejection deadline, motion, and all pending matters. | .4 | 210.00 |
| 10/02/09 | AS  KONG | Email to committee lease extension motion with recommendation. | .3 | 118.50 |
| 10/05/09 | AS  KONG | Email from committee regarding debtor's motion to extend assumption. | .2 | 79.00 |
| 10/24/09 | AS  KONG | Review order granting rejection of Brink's contract. | .1 | 39.50 |
| 10/24/09 | AS  KONG | Review declaration regarding non-opposition to time to extend rejection of unexpired leases. | .1 | 39.50 |
| 10/29/09 | AS  KONG | Review order extending time to assume nonresidential leases. | .1 | 39.50 |

CURRENT FEE :

-------------
1,065.50

TIMEKEEPER TIME SUMMARY
-----------------------------------------------------------------

| | | | |
|--|--|--|--|
| ARAM ORDUBEGIAN | .6 | at $525.00 = | 315.00 |
| ANDY S. KONG | 1.9 | at $395.00 = | 750.50 |
| | ---- | | --------- |
| TOTALS | 2.5 | | 1,065.50 |

SUBTOTAL FOR THIS MATTER                    $1,065.50

031713 Centerstone Diamonds, Inc., and Michael                    Invoice Number ******
    31 OCTOBER 2009                                                    Page    21


RE:  Creditor Inquiries

(00016) MATTER NUMBER
RE:   Automatic Stay and Section 362 and 363 Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|------------|--|-------|-------|
| 08/25/09 | AS  KONG | Review FCC's motion for relief from stay and debtors' opposition. | .7 | 276.50 |
| 08/26/09 | AS  KONG | Prepare joinder re FCC relief stay. | .4 | 158.00 |
| 09/02/09 | AS  KONG | Review FCC reply to opposition to Request for Stay. | .3 | 118.50 |
| 09/04/09 | AS  KONG | Revise joinder re debtor opposition to RFS and prepare for filing. | .5 | 197.50 |
| 09/08/09 | AS  KONG | (No charge) Review tentative for relief from stay hearing. | .0 | .00 |

                                                       -------------
                                CURRENT FEES                750.50


                    TIMEKEEPER TIME SUMMARY
-----------------------------------------------------------------
ANDY S. KONG            1.9    at  $395.00 =       750.50
                        ----                    ---------
        TOTALS          1.9                        750.50

                    SUBTOTAL FOR THIS MATTER           $750.50

031713 Centerstone Diamonds, Inc., and Michael                    Invoice Number ******
    31 OCTOBER 2009                                                       Page        23

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| METTE H. KURTH | BR, 1996 (CA) | 1.90 | 630.00 | 1,197.00 |
| ARAM ORDUBEGIAN | BR, 1996 (CA) | 36.40 | 525.00 | 19,110.00 |
| **ASSOCIATES** | | | | |
| ANDY S. KONG | 2006 (CA) | 54.70 | 395.00 | 21,606.50 |
| ANDY S. KONG | (CA) | .00 | .00 | .00 |
| **PARAPROFESSIONALS** | | | | |
| SUSAN M. GORDAN | | .60 | 240.00 | 144.00 |
| | | 93.60 | | 42,057.50 |

                                                    Blended Rate: 449.33

BF:         Banking and Finance
BR:         Bankruptcy and Reorganization
CORP:       Corporate
EMPL:       Employment Law
HEALTH:     Health Law
INTL:       International Law
LDR:        Litigation Dispute Resolution
RE:         Real Estate

031713 Centerstone Diamonds, Inc., and Michael          Invoice Number ******
   31 OCTOBER 2009                                    Page    24


        CURRENT CHARGES FOR ALL MATTERS                1,530.62

        CURRENT FEES FOR ALL MATTERS                  42,057.50

        TOTAL AMOUNT OF THIS INVOICE                 $43,588.12
                                               ===============


        REMAINING RETAINER BALANCE:                      $.00

# EXHIBIT 3

## EXHIBIT 3

## SUMMARY OF FEES BY PROFESSIONAL
## July 13, 2009 through October 31, 2009

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Mette H. Kurth | Joined the firm as a partner in 2008.  Member of the CA bar since 1996. | $630 | 1.9 | $1,197.00 |
| Aram Ordubegian | Joined the firm as a partner in 2009.  Member of the CA bar since 1996. | $525 | 36.4 | $19,110.00 |
| Andy S. Kong | Joined firm as an associate in 2009.  Member of the CA bar since 2006. | $395 | 49.1 | $19,394.50 |
| Susan M. Gordan | Paralegal | $240 | 0.6 | $144.00 |
| **TOTALS** | | | **88.0** | **$39,845.50** |

LA/218197.1

## PROFESSIONAL BREAKDOWN PER PROJECT CATEGORY

| CASE MANAGEMENT AND OPERATING REPORTS (00002) | | | | |
|---|---|---|---|---|
| Professional | Position | Hourly Rate | Hours | Value |
| Mette H. Kurth | Partner | $630.00 | 0.2 | $126.00 |
| Aram Ordubegian | Partner | $525.00 | 2.1 | $1,102.50 |
| Andy S. Kong | Associate | $395.00 | 1.9 | $750.50 |
| **Total** | | | **4.2** | **$1,979.00** |

| CORPORATE AND BUSINESS MATTERS (00003) | | | | |
|---|---|---|---|---|
| Professional | Position | Hourly Rate | Hours | Value |
| Aram Ordubegian | Partner | $525.00 | 1.0 | $525.00 |
| Andy S. Kong | Associate | $395.00 | 0.8 | $316.00 |
| **Total** | | | **1.8** | **$841.00** |

| SALE AND DISPOSITION OF ASSETS (00004) | | | | |
|---|---|---|---|---|
| Professional | Position | Hourly Rate | Hours | Value |
| Andy S. Kong | Associate | $395.00 | 2.0 | $790.00 |
| **Total** | | | **2.0** | **$790.00** |

| ASSET ANALYSIS AND RECOVER (00005) | | | | |
|---|---|---|---|---|
| Professional | Position | Hourly Rate | Hours | Value |
| Aram Ordubegian | Partner | $525.00 | 1.3 | $682.50 |
| Andy S. Kong | Associate | $395.00 | 8.0 | $3,160.00 |
| **Total** | | | **9.3** | **$3,842.50** |

| CLAIMS ADMINISTRATION AND OBJECTIONS (00006) | | | | |
|---|---|---|---|---|
| Professional | Position | Hourly Rate | Hours | Value |
| Andy S. Kong | Associate | $395.00 | 1.5 | $592.50 |
| **Total** | | | **1.5** | **$592.50** |

| MISCELLANEOUS MOTIONS AND OBJECTIONS (00007) | | | | |
|---|---|---|---|---|
| Professional | Position | Hourly Rate | Hours | Value |
| Andy S. Kong | Associate | $395.00 | 0.2 | $79.00 |
| **Total** | | | **0.2** | **$79.00** |

| COMMITTEE AND DEBTOR COMMUNICATIONS, CONFERENCE (00008) | | | | |
|---|---|---|---|---|
| Professional | Position | Hourly Rate | Hours | Value |
| Mette H. Kurth | Partner | $630.00 | 0.1 | $63.00 |
| Aram Ordubegian | Partner | $525.00 | 1.5 | $787.50 |
| Andy S. Kong | Associate | $395.00 | 3.1 | $1,224.50 |
| **Total** | | | **4.7** | **$2,075.00** |

| PROFESSIONAL RETENTION (00010) | | | | |
|---|---|---|---|---|
| Professional | Position | Hourly Rate | Hours | Value |
| Aram Ordubegian | Partner | $525.00 | 4.8 | $2,520.00 |
| Andy S. Kong | Associate | $395.00 | 15.0 | $5,925.00 |
| Susan Gordan | Paralegal | $240.00 | 0.6 | $144.00 |
| **Total** | | | **20.4** | **$8,589.00** |

| CASH COLLATERAL AND DIP FINANCING (00012) | | | | |
|---|---|---|---|---|
| Professional | Position | Hourly Rate | Hours | Value |
| Mette H. Kurth | Partner | $630.00 | 1.6 | $1,008.00 |
| Aram Ordubegian | Partner | $525.00 | 22.0 | $11,550.00 |
| Andy S. Kong | Associate | $395.00 | 12.6 | $4,977.00 |
| **Total** | | | **36.2** | **$17,535.00** |

| REAL ESTATE AND LEASING AND EXECUTORY CONTRACTS (00014) | | | | |
|---|---|---|---|---|
| Professional | Position | Hourly Rate | Hours | Value |
| Aram Ordubegian | Partner | $525.00 | 0.6 | $315.00 |
| Andy S. Kong | Associate | $395.00 | 2.0 | $790.00 |
| **Total** | | | **2.6** | **$1,105.00** |

| CREDITOR INQUIRIES (00015) | | | | |
|---|---|---|---|---|
| Professional | Position | Hourly Rate | Hours | Value |
| Andy S. Kong | Associate | $395.00 | 0.1 | $39.50 |
| **Total** | | | **0.1** | **$39.50** |

| AUTOMATIC STAY AND SECTION 362 AND 363 MATTERS (00016) | | | | |
|---|---|---|---|---|
| Professional | Position | Hourly Rate | Hours | Value |
| Aram Ordubegian | Partner | $525.00 | 3.1 | $1,627.50 |
| Andy S. Kong | Associate | $395.00 | 1.9 | $750.50 |
| **Total** | | | **5.0** | **$2,378.00** |

**TOTALS:**                              **88.0**                   **$39,845.50**

# EXHIBIT 4

**EXHIBIT 4**

| SUMMARY OF EXPENSES<br>JULY 13, 2009 THROUGH OCTOBER 31, 2009 | |
| --- | --- |
| Duplicating ($0.10 per page) | $340.60 |
| Messenger | $51.89 |
| Overnight Delivery | $10.26 |
| Database Search | $29.75 |
| Professional Service Fees | $146.09 |
| Phone Charges | $32.92 |
| Parking and/or Mileage | $64.80 |
| Postage | $2.24 |
| Transcript(s) | $436.47 |
| **Total** | **$1,115.02** |

LA/218197.1

### SUMMARY OF EXPENSES BY MONTH

| CATEGORY | 07/13/09 – 07/31/09 | 08/01/09 – 08/31/09 | 09/01/09 – 09/30/09 | 10/01/09 – 10/31/09 |
|---|---|---|---|---|
| Duplicating ($0.10 per page) | $0.00 | $32.50 | $308.10 | $0.00 |
| Messenger | $37.88 | $0.00 | $14.01 | $0.00 |
| Overnight Delivery | $10.26 | $0.00 | $0.00 | $0.00 |
| Database Search | $0.00 | $0.73 | $0.00 | $29.02 |
| Professional Service Fees | $110.75 | $0.00 | $35.34 | $0.00 |
| Phone Charges | $0.00 | $0.00 | $32.92 | $0.00 |
| Parking and/or Mileage | $64.80 | $0.00 | $0.00 | $0.00 |
| Postage | $0.00 | $0.00 | $2.24 | $0.00 |
| Transcript(s) | $436.47 | $0.00 | $0.00 | $0.00 |
| TOTAL | $660.16 | $33.23 | $392.61 | $29.02 |

031713 Centerstone Diamonds, Inc., and Michael
31 OCTOBER 2009

Invoice Number ******
Page    2

(00000) MATTER NUMBER
RE:    General

FOR PROFESSIONAL SERVICES RENDERED THROUGH: OCTOBER 31, 2009

FOR CHARGES:

| Date | Description | Amount |
|------|-------------|--------|
| 09/22/09 | POSTAGE User Ralph Hernandez produced $2.24 in postage on 09/22/2009 at 17:32 hrs | 2.24 |
| | **TOTAL FOR: POSTAGE** | **2.24** |
| 09/03/09 | PHONE CHARGES | 32.92 |
| | **TOTAL FOR: PHONE CHARGES** | **32.92** |
| 08/25/09 | DUPLICATING SUMMARY User Ralph Hernandez copied 243 on 08/25/2009 at 19:07 hrs | 48.60 |
| 08/25/09 | DUPLICATING SUMMARY User Ralph Hernandez copied 82 on 08/25/2009 at 19:32 hrs | 16.40 |
| 09/01/09 | DUPLICATING SUMMARY User Larry Pigge copied 2996 on 09/01/2009 at 18:16 hrs | 599.20 |
| 09/02/09 | DUPLICATING SUMMARY User Larry Pigge copied 62 on 09/02/2009 at 13:51 hrs | 12.40 |
| 09/16/09 | DUPLICATING SUMMARY User Adriane Lark Madkin copied 23 on 09/16/2009 at 19:04 hrs | 4.60 |
| | **TOTAL FOR: DUPLICATING SUMMARY** | **681.20** |
| 07/13/09 | OVERTIME EXPENSE (SECRETARY)  SHERRY SMITH-WEISSMAN | 30.00 |
| 07/14/09 | OVERTIME EXPENSE (SECRETARY)  SHERRY SMITH-WEISSMAN | 45.00 |
| | **TOTAL FOR: OVERTIME EXPENSE (SECRETARY)** | **75.00** |
| 08/28/09 | OTHER DATABASE SEARCH-PACER 07-31-2009 | 0.73 |
| 10/31/09 | OTHER DATABASE SEARCH-PACER 09/30/2009 | 21.63 |
| 10/31/09 | OTHER DATABASE SEARCH-PACER 09/30/2009 | 3.02 |
| 10/31/09 | OTHER DATABASE SEARCH-PACER 09/30/2009 | 4.37 |
| | **TOTAL FOR: OTHER DATABASE SEARCH** | **29.75** |
| 09/02/09 | MESSENGER SERVICE -  OVERNITE EXPRESS | 14.01 |
| 07/16/09 | MESSENGER SERVICE -  OVERNITE EXPRESS | 37.88 |
| | **TOTAL FOR: MESSENGER SERVICE** | **51.89** |
| 07/15/09 | PARKING AND/OR MILEAGE -  ANDY KONG 0715:PARKING AT DEPOSITION OF DEBTOR | 32.00 |
| 07/15/09 | PARKING AND/OR MILEAGE -  ANDY KONG | 15.40 |

031713 Centerstone Diamonds, Inc., and Michael   Invoice Number ******
  31 OCTOBER 2009          Page  3

|  |  |  |
|---|---|---|
|  | 0715:ATTEND DEPOS OF DEBTOR:MILEAGE:28 MILES |  |
| 07/16/09 | PARKING AND/OR MILEAGE - ANDY KONG | 8.00 |
|  | 0716:PARKING AT STATUS CONFERENCE |  |
| 07/16/09 | PARKING AND/OR MILEAGE - ARAM ORDUBEGIAN 0716:PARKING | 5.00 |
| 07/16/09 | PARKING AND/OR MILEAGE - ARAM ORDUBEGIAN 0716:MILEAGE: 8MILES@.55 | 4.40 |
|  | **TOTAL FOR: PARKING AND/OR MILEAGE** | **64.80** |
| 07/16/09 | FedEx Package From: ARAM ORDUBEGIAN Company: ARENT FOX LLP City/State: LOS ANGELES, CA To: Hon. Vincent P. Zurzolo Company: U.S. Bankruptcy Court City: LOS ANGELES, CA Received by: W.DEAREN | 5.13 |
| 07/21/09 | FedEx Package From: ARAM ORDUBEGIAN Company: ARENT FOX LLP City/State: LOS ANGELES, CA To: Hon. Vincent P. Zurzolo Company: U.S. Bankruptcy Court -Central City: LOS ANGELES, CA Received by: W.DEARN | 5.13 |
|  | **TOTAL FOR: OVERNIGHT DELIVERY** | **10.26** |
| 09/23/09 | PROFESSIONAL SERVICE FEES - U.S. LEGAL MANAGEMENT SERVICES, INC. | 35.34 |
| 06/19/09 | PROFESSIONAL SERVICE FEES - U.S. LEGAL MANAGEMENT SERVICES, INC. | 32.25 |
| 07/15/09 | PROFESSIONAL SERVICE FEES - U.S. LEGAL MANAGEMENT SERVICES, INC. | 78.50 |
|  | **TOTAL FOR: PROFESSIONAL SERVICE FEES** | **146.09** |
| 07/23/09 | TRANSCRIPTS - BARKLEY COURT REPORTERS, INC. CERT COPY OF TRANSCRIPT OF: MICHAEL BEAUDRY | 436.47 |
|  | **TOTAL FOR: TRANSCRIPTS** | **436.47** |

                    -------------
     CURRENT CHARGES        1,530.62

     SUBTOTAL FOR THIS MATTER     $1,530.62

031713 Centerstone Diamonds, Inc., and Michael
   31 OCTOBER 2009

Invoice Number ******
Page    22

RE:   Investigation of Secured Creditor, Equipment Lessors
RE:   Utilities and Regulatory Matters
RE:   Chapter 5 Litigation, Collection and Investigation
RE:   Contracts
RE:   Tax
RE:   Fee Applications
RE:   Environmental Matters
RE:   Creditor Information Sharing and 1102 Services

SUMMARY OF CHARGES
------------------

| TOTAL FOR: | | |
|---|---|---|
| TOTAL FOR: POSTAGE | 2.24 |
| TOTAL FOR: PHONE CHARGES | 32.92 |
| TOTAL FOR: DUPLICATING SUMMARY | 681.20 |
| TOTAL FOR: OVERTIME EXPENSE (SECRETARY) | 75.00 |
| TOTAL FOR: OTHER DATABASE SEARCH | 29.75 |
| TOTAL FOR: MESSENGER SERVICE | 51.89 |
| TOTAL FOR: PARKING AND/OR MILEAGE | 64.80 |
| TOTAL FOR: OVERNIGHT DELIVERY | 10.26 |
| TOTAL FOR: PROFESSIONAL SERVICE FEES | 146.09 |
| TOTAL FOR: TRANSCRIPTS | 436.47 |

# EXHIBIT 5

# Aram Ordubegian

Partner
Los Angeles
213.629.7410
ordubegian.aram@arentfox.com



Smart in your world®
**Arent Fox**

**Practice Teams**
Bankruptcy and Financial Restructuring

**Practice Areas**
Aram Ordubegian is a partner in the bankruptcy and financial restructuring group. Aram's practice and broad-based bankruptcy and insolvency experience focus on reorganization and bankruptcy-related litigation and appellate matters. He has extensive experience with insolvency matters, from various perspectives, including: representation of businesses and high net-worth individuals facing financial distress, purchasers of assets, individual and corporate creditors, creditors' committees, trustees, and parties to out-of-court workout transactions with debtors, before, during and after bankruptcies.

**Client Work**
Prior to joining Arent Fox, Aram was a partner in the Los Angeles office of a "bankruptcy boutique" law firm, where he advised businesses in connection with debt restructuring, securitization, trust formation, acquisitions, divestitures and wind-downs in connection with financially distressed assets. He has also advised corporations, limited liability companies and partnerships on creditors' rights, governance and control issues. Representations included:

<u>Official Committee of Unsecured Creditors' Committee Representation</u>
Aram represented creditors' committees from a variety of industries, including:

- In re Netter Digital Entertainment, Inc., aided committee in the investigation of suspicious transactions among the insiders of the business

- In re Scour, Inc., was instrumental in sale of business for the ultimate 100 percent distribution to all unsecured creditors

- In re InternetConnect, Inc. and In re Fastpoint Communications, Inc., aided in limiting scope and extent of secured liens and subsequent sale of businesses; acted as lead counsel for recovery of avoidable insider and non-insider preference and fraudulent transfers

- In re Broadcast Store, Inc., aided in confirmation of joint plan of reorganization

- In re Aesthetic Frame & Art Services, Inc., a family run framing company, investigated propriety of financial transactions by insiders of business

- In re Jill Kelly Productions, Inc., obtained reduction of secured lien on assets and sold movie titles at court auction to generate unexpected recovery for unsecured creditors; proposed plan of reorganization after prosecuting various litigation rights, including executory contract assumption and rejection matters

- In re Pull'R Holdings, LLC. and Maasdam Pow'R Pull, Inc., obtained unexpected "carve-out" for unsecured creditors from unsecured secured creditors collateral

www.arentfox.com

| 1050 Connecticut Avenue, NW | 1675 Broadway | 555 West Fifth Street, 48th Floor |
| Washington, DC 20036-5339 | New York, NY 10019-5820 | Los Angeles, CA 90013-1065 |
| T 202.857.6000  F 202.857.6395 | T 212.484.3900  F 212.484.3990 | T 213.629.7400  F 213.629.7401 |

Individual and Corporate Debtors

Aram has represented a variety of high-income individuals, including business executives and insiders of insolvent corporations, real estate developers, physicians, and entertainment and sports industry members, in their pre-bankruptcy "workout" negotiations with creditors and in their later Chapter 11 reorganization cases when the "workout" process has failed. The following corporate debtors have recently been represented:

- In re Morpho Technologies, Inc., a technology company with valuable patent and intellectual property assets, which were sold allowing for a near 100 percent distribution to creditors

- In re USA eChambers, a national chamber of commerce business endorsed by the federal government

- In re ABEX, Corporation & ABEX, LLC, a gold bullion exchange business

- In re Universal Unlimited Services, Inc., a provider of skilled medical diagnostic technicians

- In re Xero Mobile, Inc., a mobile solutions start-up company

- In re Citizen Smith, LLC , a popular restaurant and nightclub, general insolvency counsel for debtor-in-possession

Bankruptcy Litigation

Aram has bankruptcy litigation experience in a wide array of matters, including assumption and rejection battles for unexpired leases, executory contracts, personal services contracts, preference and fraudulent transfer avoidance and objection to discharge prosecution and defense work.

- In re Amir-Jahed, acted as lead trial counsel for trustee; obtained judgment at trial for avoidance and recovery of transfers of multi-million dollar real property assets

- In re Victor Ortiz, acted as lead trial and appellate counsel for professional boxer; obtained declaratory judgment and injunction rejecting and terminating personal services contract

Secured Creditor Representation

Aram has substantial experience representing secured creditors, both senior and junior priority secured creditors, in liquidation and reorganization proceedings. He has represented a national bank in consumer bankruptcy cases to obtain relief from the automatic stay and in reorganization matters for the bank's commercial leasing subsidiary to protect the its collateral and related rights. Also, Aram has represented a large regional construction lender with $18 million at stake in its dispute with various mechanics' lien creditors stemming from a failed senior housing project now in an involuntary bankruptcy case as well as the senior secured creditor in an urban clothing and sports equipment retail business.

Insolvency Counseling, Distressed Transaction and "Workouts"

Aram has represented potential debtors and creditors in all stages of pre-bankruptcy, out of court workout transactions, including aiding in the restructuring of corporate capital and debt structures. These engagements have included a large furniture manufacturer, a busy overnight-type courier service, a multistate franchisee of fast food restaurants, and various distressed real estate developers.

www.arentfox.com

| 1050 Connecticut Avenue, NW | 1675 Broadway | 555 West Fifth Street, 48th Floor |
| Washington, DC 20036-5339 | New York, NY 10019-5820 | Los Angeles, CA 90013-1065 |
| T 202.857.6000  F 202.857.6395 | T 212.484.3900  F 212.484.3990 | T 213.629.7400  F 213.629.7401 |

<u>Bankruptcy Asset Acquisitions</u>

Aram has represented asset purchasers, both "stalking horse" and over-bidders, to aid their purchase of commercial and residential real estate, high-tech assets, corporate shells, and going concern assets from bankruptcy courts across the country. This has included the documentation of the underlying transaction, participating in contested sale matters, and the presentation of alternative plans of reorganization to implement asset acquisition goals for clients.

## Professional Activities

Aram is the chair of the Appellate Subcommittee of the American Bar Association Litigation Section, Bankruptcy and Insolvency Committee. He is a member of the boards of the Los Angeles Bankruptcy Forum; Los Angeles County Bar Association, Commercial Law and Bankruptcy Section; and the Crescenta Valley Chamber of Commerce. In addition, he is the editor-in-chief of the American Bar Association's *Bankruptcy Litigation Journal* and editor of *California Bankruptcy Journal.*

## Publications/Presentations/Recognitions

Aram has been recognized by *Law & Politics* magazine and *Los Angeles Magazine* as a Southern California Super Lawyer "Rising Star" in bankruptcy and financial restructuring. *Dow Jones Daily Bankruptcy Review* named **Aram** its "Mover of the Week" in July 2009. *The Wall Street Journal,* the flagship publication of Dow Jones, also published a profile of Aram in the newspaper's online "Bankruptcy Beat" that same week. In the profile, Aram discussed some of his more interesting cases (including his work representing a boxer in a dispute with Bob Arum's Top Rank and Oscar de la Hoya's Golden Boy Promotions) and Arent Fox's bankruptcy practice on the West Coast.

Aram's articles and publications include:

- "The Practice and Procedure of an Involuntary Bankruptcy Case," *Bankruptcy Litigation Journal;* Spring 2009

- "Bankruptcy Buyer Beware," *ABA Bankruptcy & Insolvency Litigation Subcommittee;* Winter 2008

- "Intervention as a Tool in Bankruptcy Litigation," *California Bankruptcy Journal,* Volume 29, Number 4 2008; also republished in *Bankruptcy Litigation Journal;* Winter 2007

- "Strategic Issues and Choices in Bankruptcy Appeals," *Bankruptcy Litigation Journal,* co-author; Fall 2006

His speaking engagements include:

- Panelist, American Bar Association Annual Meeting, *Sales Free-and-Clear of Liens: Dissident Junior Liens, and More;* July 31, 2009

- Presenter and author of materials, Stevenson Real Estate, *Commercial Insolvency Issues;* April 29, 2008

- Presenter and author of materials, ReMax Optima, *Current Issues in Individual Chapter 11 and Developer Cases;* March 27, 2008

- Keynote speaker and author of materials, Southland Regional Association of Realtors, Inc., *Understanding Bankruptcy and its Effect on Commercial Real Estate;* March 12, 2008

www.arentfox.com

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000  F 202.857.6395

1675 Broadway
New York, NY 10019-5820
T 212.484.3900  F 212.484.3990

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400  F 213.629.7401

- Presenter and author of materials, Armenian American Real Estate Association, *Bankruptcy Law and its Effect on Real Estate Foreclosure & Short Sales*; March 6, 2008

- Panelist and co-author of materials, Los Angeles Bankruptcy Forum, *Optimal Strategies to Defend & Insulate Preferential Transfers from Avoidance*; October 22, 2007

- Presenter and author of materials, Bankruptcy Roundtable, *Representing Creditors' Committees under the Newly Revised Bankruptcy Code*; November 7, 2006

**Bar and Court Admissions**
California State Courts
US Bankruptcy Courts, California
US District Courts of California
US Court of Appeals, Ninth Circuit

**Education**
Loyola Law School, Los Angeles, JD, 1996
- American Jurisprudence Award for Trial Advocacy; Moot Court Honors Program
California State University, Northridge, BA, 1993

# Mette H. Kurth

Partner
213.443.7547
kurth.mette@arentfox.com





**Practice Teams**
Bankruptcy and Financial Restructuring

**Practice Areas**
Mette Kurth is a partner in the Bankruptcy and Financial Restructuring Group. Mette's practice
focuses on all aspects of financial restructuring, distressed situations, and bankruptcy issues,
and she uses her experience to develop pragmatic and creative solutions to protect her client's
interests. Mette has represented a variety of creditors' committees, debtors, unsecured
creditors, acquirers of bankrupt companies, and trustees both in out-of-court workouts and in
federal bankruptcy cases. She also regularly represents other parties in bankruptcy-related
litigation and handles other insolvency-related matters such as counseling indenture trustees
or boards of directors. She has represented parties in numerous industries, including retail,
manufacturing and distribution, imports, healthcare, fitness, financial services, real estate,
agriculture, transportation, telecommunications, and multi-level marketing.

**Client Work**
Mette's representative work includes:

- Represented the official creditors' committee of a regional fitness club in connection
  with the debtor's efforts to sell its business; successfully opposed the debtor's
  proposal to sell the company to an insider, accompanied by significant contracts and
  releases, and instead secured the approval of the highest and best bidder for the
  debtor's assets, as selected by the committee, over the objection of the debtor and
  the unsuccessful insider

- Represented the official creditors' committee of a major apparel retailer in connection
  with the debtor's efforts to reorganize or sell its business; successfully opposed the
  debtor's proposal to sell the debtor's assets to an insider without the benefit of an
  investment banker, and ultimately secured the approval of the sale of the debtor's
  assets to a strategic buyer, a publicly traded company, for value in excess of that
  offered by the debtor's proposed insider transaction

- Successfully represented numerous publicly-traded and privately held debtors in all
  aspects of their Chapter 11 reorganizations, including a multi-level marketing
  organization that emerged from bankruptcy in less than eight months; a debtor filing a
  pre-packaged plan of reorganization in California; numerous debtors using the
  chapter 11 process to conduct orderly going-concern sales, and a debtor that
  obtained a 105 injunction staying litigation against key management and shareholders
  to facilitate its reorganization efforts

- Successfully represented various companies in out-of-court workouts including a
  publicly traded, national retailer negotiating numerous lease modification and
  termination agreements that enabled the retailer to avoid a bankruptcy

- Advised financially healthy companies with respect to bankruptcy-related matters such as the risks associated with potential defaults or bankruptcies by third parties such as vendors, customers and landlords; minimizing preference and credit-risk exposure when dealing with financially distressed business; resolving preference litigation and advising companies regarding the use of complex financial tools such as account receivable put option contracts designed to minimize the credit risk

- Represented one of the largest commercial banks in the country in its capacity as Indenture Trustee on behalf of holders of over $2 billion in principal amount of senior notes in connection with two separate chapter 11 cases, one in the telecommunications industry and the other in the airline industry

**Professional Activities**

Mette's professional affiliations include:

- Turnaround Management Association
  *National Board of Directors (2009-Present)*
  *National Standards Committee for Certified Turnaround Professionals (2008-2009)*
  *President, Southern California chapter (2006-2008)*
  *Program Chairman, Southern California chapter (2004-2006)*

- California Bankruptcy Forum, Conference Co-Chairman (2009)

- Los Angeles Bankruptcy Forum
  *Secretary (2007-2008)*
  *Board of Directors (2005-2007)*

- Financial Lawyers Conference
  *Board of Governors (2005-2007)*

- American Bankruptcy Institute

- American Bar Association, Business Law Section

- Los Angeles County Bar Association

- State Bar of California, Business Law Section

- International Women's Insolvency & Restructuring Confederation (IWIRC)

**Publications/Presentations/Recognitions**

"Best Lawyers in America" recently selected Mette for inclusion in its 2009 rankings and she has been recognized by *Los Angeles Magazine* as a Southern California Super Lawyer in 2009 in Bankruptcy & Creditor/Debtor Rights. She was previously selected by *Los Angeles Magazine* as a Rising Star in 2005, 2006 and 2008. Under Mette's leadership, the Southern California chapter of the Turnaround Management Association was recognized as "The Most Improved Chapter of the Year" for 2007.

Mette has spoken on numerous panels regarding insolvency-related topics, including the following:

- Strafford Teleconference, *Prepackaged and Prenegotiated Chapter 11 Reorganizations*, June 2009

- Association for Corporate Growth Los Angeles Restructuring Panel, *Strategic Options in Today's Difficult Economy*, April 2009

www.arentfox.com

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000  F 202.857.6395

1675 Broadway
New York, NY 10019-5820
T 212.484.3900  F 212.484.3990

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400  F 213.629.7401

- Association of Insolvency and Restructuring Advisors, *Valcon 2009: Risk, Restructurings, Real Estate and Retail*, February 2009

- Webinar, *Structuring & Completing Distressed Transactions in California: What Investors and Lenders Need to Know*, November 2006

- American Bar Association, *Whose Case is it Anyway? Taking Control Through a Creditor Plan of Reorganization*, 2006 Spring Meeting

- Los Angeles Bankruptcy Forum, *Current Developments in Ethics & Professional Responsibility: How Does BAPCPA Affect You as Counsel*, December 2005

- Beverly Hills Bar Association, *Bankruptcy: That Arbitration Clause May Not Be As Ironclad As You Think!*, November 2004

- American Bar Association - Telephonic CLE Program, *First Among Equals? Maybe Not -The Search for "Critical Vendor" Status*, October 2004

- California Society of CPAs (Economic Damages Section), *Damage Issues in Deepening Insolvency Litigation*, September 2004

- Los Angeles Bankruptcy Forum, *Survey of the Ninth Circuit 2003: Highlights from the Bench, Bar, and Boardroom*, March 2004

- Turnaround Management Association, *When Vendors Attack: Trade Benefit Programs in the Aftermath of Kmart*, January 2004

- Financial Lawyers Conference, *Is It Malpractice to File Chapter 11 in Delaware? (A Discussion of the Differences in Case Law and Approach Among the More Popular Venues for Chapter 11 Filings)*, January 2003

Mette's articles and publications include:

- "Ride-through Revisited (Again) - The Strategic Use of the Ride-through Doctrine in the Post -Catapult Era," *The American Bankruptcy Institute Journal*, July 18, 2005

- "The UNCITRAL Model Law on Cross-Border Insolvency Gains Momentum with its Incorporation into the United States Bankruptcy Code," *INSOL World* (Third Quarter 2005)

- "List of Defendants Grows in Deepening Insolvency Cases: Advisors, Investment Bankers, and Lenders Are All at Risk," *The Journal of Corporate Renewal* (January 2005)

- "First Among Equals? Maybe Not - The Search for 'Critical Vendor' Status," *Business Law Today* (October 2004)

- "Professor Elizabeth Warren's Article 9 Carve-Out Proposal: A Strategic Analysis," 30 UCC Law Journal 3 (Summer 1997), co-author

- "An Unstoppable Mandate and an Immovable Policy: The Arbitration Act and the Bankruptcy Code Collide," 43 UCLA Law Review 999 (1996), co-author

**Bar and Court Admissions**
California Bar

www.arentfox.com

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000  F 202.857.6395

1675 Broadway
New York, NY 10019-5820
T 212.484.3900  F 212.484.3990

555 West Fifth Street, 48th Floor
Los Angeles. CA 90013-1065
T 213.629.7400  F 213.629.7401

**Education**
University of California, Los Angeles, JD, (Order of the Coif; Chief Articles Editor,
UCLA Law Review), 1996
Trinity University, BA (cum laude, with University Honors; Phi Beta Kappa), 1990

**Life Beyond the Law**
Mette is a member of the resource board for the Sojourn Shelter, the second-oldest shelter-based service provider in the state of California, which provides battered women and their children a safe space to regroup, rebuild, and reestablish their self-esteem and lives.

www.arentfox.com

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000   F 202.857.6395

1675 Broadway
New York, NY 10019-5820
T 212.484.3900   F 212.484.3990

555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
T 213.629.7400   F 213.629.7401

# Susan Gordon
## (Paralegal)

**Education**:

Chapman College
BA Communications

University of California, Los Angeles, University Extension
Paralegal Program
Paralegal Certificate

**Experience**:

2009 – Present:  Arent Fox LLP – Los Angeles
Senior Litigation Paralegal

*Note:  Has been a paralegal for 25 years.*

| In re:<br>**CENTERSTONE DIAMONDS, INC.,**<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:09-bk-23944-VZ<br>(Jointly Administered) Case No. 2:09-bk-23945-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Arent Fox LLP
Gas Company Tower
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

A true and correct copy of the foregoing document described FIRST INTERIM FEE APPLICATION OF ARENT FOX LLP, GENERAL BANKRUPTCY AND INSOLVENCY COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 13, 2009 THROUGH OCTOBER 31, 2009; DECLARATION OF ARAM ORDUBEGIAN IN SUPPORT THEREOF will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -- Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 17, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Dare Law – dare.law@usdoj.gov**
**United States Trustee (LA) – ustpregion16.la.ecf@usdoj.gov**
**Michael S. Kogan – mkogan@ecjlaw.com**
**Scott F. Gautier – sgautier@pwkllp.com**
**Louis E. Kempinsky – lkempinsky@pwkllp.com**
**Jennifer Leland – jleland@pwkllp.com**
**Kimberly S. Winick – kwinick@clarktrev.com**
**Monserrat Morales – mmorales@pwkllp.com**
**Peter F. Jazayeri – pjazayeri@ecjlaw.com**

☒ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**

On November 17, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via U.S. Mail:**
Hon. Vincent P. Zurzolo/Chief Judge
Edward R. Roybal Federal Bldg.
255 E. Temple Street, Courtroom 1360
Los Angeles, CA 90012

**Via U.S. Mail – Debtor**
Centerstone Diamonds, Inc.
323 West 8th Street
Los Angeles, CA  90014

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re:<br>CENTERSTONE DIAMONDS, INC., | | CHAPTER 11<br>CASE NUMBER 2:09-bk-23944-VZ<br>(Jointly Administered) Case No. 2:09-bk-23945-VZ |
| --- | --- | --- |
| | Debtor(s). | |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September ___, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 17, 2009 | Melony Hempfling | *[signature]* |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                   **F 9013-3.1**