FILED & ENTERED

JAN 20 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

1  Michael S. Kogan (SBN 128500)
2  Peter F. Jazayeri (SBN 199626)
   **ERVIN, COHEN & JESSUP LLP**
3  9401 Wilshire Boulevard, Ninth Floor
   Beverly Hills, California 90212-2974
4  Telephone  (310) 273-6333
   Facsimile  (310) 859-2325
5  mkogan@ecjlaw.com

6  Attorneys for the Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re CENTERSTONE DIAMONDS, INC., | Case No. 2:09-bk-23944-VZ |
| Debtor. | Chapter 11 |
| *Jointly Administered with* | (Jointly Administered With 2:09-bk-23945-VZ) |
| In re MICHAEL BEAUDRY, INC., | **ORDER GRANTING APPLICATIONS FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL** |
| Debtor. | |
| ☐ Applied only to Centerstone Diamonds, Inc. | **DECLARATION OF MITCH ALLEN ATTACHED** |
| ☐ Applies only to Michael Beaudry, Inc. | **Hearing Date:** |
| | Date:  January 7, 2010 |
| | Time:  1:30 p.m. |
| | Place:  Courtroom 1368 |

IDOCS:12999.3:993178.1

The Court heard the Applications for Payment of Interim Compensation and Reimbursement of Expenses for professionals employed (the "Applications") in the Centerstone Diamonds, Inc. ("CDI") and Michael Beaudry, Inc. ("MBI"), the debtor and debtor in possession herein in these jointly administered bankruptcy cases (collectively the "Debtor") bankruptcy cases on January 7, 2010. The Court having read and considered the Application, the declarations and evidence in support thereof, the Declaration of Mitch Allen ("Allen Declaration") attached hereto and incorporated herein by this reference as Exhibit "A" regarding funds in the estate, and finding that Notice of the Application was proper, and cause exists for the granting of the Application.

IT IS HEREBY ORDERED THAT:

1. Ervin Cohen & Jessup LLP ("ECJ"), general bankruptcy counsel and Arent Fox LLP ("Arent"), counsel to the Unsecured Creditors Committee are allowed on an interim basis the following amounts for professional services rendered and reimbursement of actual costs and expenses as set forth below, which can be paid as set forth in the Allen Declaration:

| Applicant | Time Period |
|---|---|
| **Ervin, Cohen & Jessup LLP** (Attorneys for Debtor)(**CDI**) | 6/4/09-11/30/09 |
| **Fees:** $134,855.00 in fees | |
| **Costs:** $7,250.75 in costs | |
| **Ervin, Cohen & Jessup LLP** (Attorneys for Debtor)(**MBI**) | 6/4/09-11/30/09 |
| **Fees:** $15,314.00 in fees | |
| **Costs:** $2,451.09 in costs | |

IDOCS:12999.3:993178.1

ORDER GRANTING APPLICATIONS FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL

1 | **Arent Fox LLP** (Attorneys for Committee)

2 | **Fees:**          $39,845.50 in fees

3 | **Costs:**         $1,455.62 in costs

####

DATED: January 20, 2010

*/s/ Vincent P. Zurzolo*
United States Bankruptcy Judge

IDOCS:12999.3:993178.1

ORDER GRANTING APPLICATIONS FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT "A"

26
27
28

IDOCS:12999.3:993178.1

ORDER GRANTING APPLICATIONS FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL

## DECLARATION OF MITCH ALLEN

1. I am over the age of 18. I am the Chief Financial Officer ("CFO") of Centerstone Diamonds, Inc. ("CDI") and Michael Beaudry, Inc. ("MBI"), the debtor and debtor in possession herein in these jointly administered bankruptcy cases (collectively the "Debtor"), and have held that position for over a year. The contents of this declaration are based upon my personal knowledge and if called upon to testify concerning the facts set forth in this declaration, I could and would do so competently, and concern matters under my supervision or control within the scope of my duties with the Debtor herein. I make this declaration in support of the Order Approving Payment of Interim Compensation and Reimbursement of Expenses to Counsel (the "Application") regarding the Debtors ability to pay the amounts granted which I have been informed of by my counsel, Ervin Cohen & Jessup LLP ("ECJ").

2. As CFO of the Debtor, among other things, I have supervisory responsibility over the Debtor's finances, including its accounts payable. Since the filing of the bankruptcy case, the Debtor has been operating according to a budget and it has had sufficient cash flow to meet budget expenses, and set aside funds to pay its professionals, with additional funds retained for unexpected purposes[1]. Moreover, as the Debtor gets paid for sales in the 4th quarter it expects to be able to maintain its cash flow. In addition to the $75,000 I maintain for future budget obligations, the Debtor as of December 31, 2009 had including ECJ's retainer, approximately $70,000 to pay ECJ, with an addition $15,000 to be paid in January 2010. ECJ has agreed to be paid this amount at this time which is approximately 55% of the amount allowed. I expect the Debtor to be able to continue to pay approximately $15,000 to $20,000 to ECJ monthly, based upon the Debtors expected cash flow. ECJ has agreed to be paid in the future, only when the Debtor has sufficient cash flow to meet its present and future expected obligations, and I believe this should be approved by the Court. I also expect that the Debtor will be able to pay Arent approximately 55% of the amount granted after the Court enters its order, and I will allocate future payments pro rata.

---

[1] This is in addition to the $39,000 per month adequate protection payment made.

IDOCS:12999.3:993178.1

ORDER GRANTING APPLICATIONS FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL

3. I would request that the Court allow the Debtor to pay these amounts and continue paying its professionals its fees and costs which are approved by the Court as set forth herein, as this request for payment of compensation and expenses is reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of January 2010, at Los Angeles, California.

_____
Mitch Allen

| | |
|---|---|
| In re:   CENTERSTONE DIAMONDS, INC.  (Jointly Administered with) MICHAEL BEAUDRY, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:09-bk-23944-VZ (jointly administered with) 2:09-bk-12945-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9401 Wilshire Boulevard, 9th Floor, Beverly Hills, California 90212.

A true and correct copy of the foregoing document described as

**ORDER GRANTING APPLICATIONS FOR PAYMENT OF COMPENSATION AND REINBURSEMENT OF EXPENSES FOR COUNSEL**

**DECLARATION OF MITCH ALLEN ATTACHED**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On January 8, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 8, 2010 | KIMBERLY ANTHONY | /s/Kimberly Anthony |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

IDOCS:12999.3:993178.1

ORDER GRANTING APPLICATIONS FOR PAYMENT OF COMPENSATION AND REINBURSEMENT OF EXPENSES FOR COUNSEL

| In re:  Centerstone Diamonds, Inc.<br>(Jointly Administered with) Michael Beaudry, Inc.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:09-bk-23944-VZ (Jointly administered with) 2:09-bk-23945-VZ |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

<u>Served Via U.S. Mail</u>

Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
255 E. Temple St., #1360
Los Angeles, CA 90012

Office of the U.S. Trustee
725 S. Figueroa St. #2600
Los Angeles, CA 90012

Dare Law
Office of the U.S. Trustee
725 S. Figueroa St. #2600
Los Angeles, CA 90012

**Debtor**
Michael Beaudry Inc./
Centerstone Diamonds Inc.
323 W. 8th St.
Los Angeles, CA 90014

<u>Attorneys for FCC - Secured Creditor</u>
Scott F.Gautier
Peitzman Weg &Kempinsky
10100 Santa Monica Blvd. #1450
Los Angeles, CA 90067

<u>Attorneys for Yahalomei Espeka International Ltd.</u>
Benjamin Kiss
Fischer Zisblatt & Kiss
1901 Avenue of the Stars, #1020
Los Angeles, CA 90067

L.A. County Treasurer and Tax Collector
Attn: Linda D. Ramos, Tax Service Specialist
POB 54110
Los Angeles, CA 90051

Kimberly S. Winick
Clark & Trevithick
800 Wilshire Blvd 12th FL
Los Angeles, CA 90017

Aram Ordubegian, Esq.
Arent Fox LLP
555 W. 5th St., 48th Floor
Los Angeles, CA 90013

Bank of America
c/o Glen Dresser
12650 Riverside Dr #100
North Hollywood, CA 91607

Bernie Robbins Jewelers, Inc.
dba Bernie Robbins Jewelers
c/o Jeff D. Kahane
Duane Morris LLP
1940 Route 70 E.
Cherry Hill, NJ 08003

IDOCS:12999.3:993178.1

ORDER GRANTING APPLICATIONS FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL

| In re: Centerstone Diamonds, Inc. (jointly administered with) Michael Beaudry, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-23944-VZ (jointly administered with) 2:09-bk-23945-VZ |

**NOTE TO USERS OF THIS FORM**:

1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below: The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify)

**ORDER GRANTING APPLICATIONS FOR PAYMENT OF COMPENSATION AND REINBURSEMENT OF EXPENSES FOR COUNSEL**

**DECLARATION OF MITCH ALLEN ATTACHED**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below.

I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 8, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**NO EMAIL ADDRESSES WERE PROVIDED**

II. SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Centerstone Diamonds Inc./Michael Beaudry Inc.
323 W. 8th St.
Los Angeles, CA 90014

III. TO BE SERVED BY THE LODGING PARTY: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

IDOCS:12999.3:993178.1

ORDER GRANTING APPLICATIONS FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL

| In re: : Centerstone Diamonds, Inc. (jointly administered with) Michael Beaudry, Inc.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:09-bk-23944-VZ (jointly administered with) 2:09-bk-23945-VZ |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

**TO BE SERVED BY THE LODGING PARTY (Via U.S. Mail)**

Benjamin Kiss
Fischer Zisblatt & Kiss
1901 Avenue of the Stars #1020
Los Angeles, CA 90067

L.A. County Treasurer and Tax Collector
Attn: Linda D. Ramos, Tax Service Specialist
POB 54110
Los Angeles, CA 90051

IDOCS:12999.3:993178.1

ORDER GRANTING APPLICATIONS FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR COUNSEL