Michael S. Kogan (SBN 128500)
John W. Shenk (SBN 261573)
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325
mkogan@ecjlaw.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re CENTERSTONE DIAMONDS, INC., | Case No. 2:09-bk-23944-VZ |
| Debtor. | Chapter 11 |
| *Jointly Administered with* | Jointly Administered With 2:09-bk-23945-VZ |
| In re MICHAEL BEAUDRY, INC., | **NOTICE OF MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH FCC, LLC** |
| Debtor. | |
| ☐ Applies only to Centerstone Diamonds, Inc.<br>☐ Applies only to Michael Beaudry, Inc. | DATE: June 22, 2010<br>TIME: 11:00 a.m.<br>PLACE: Courtroom 1368 |

NOTICE IS HEREBY GIVEN that on June 22, 2010 at 11:00 a.m., in Courtroom 1368 of the Edward Roybal Federal Building, located at 255 East Temple Street, Los Angeles, California, before the Honorable Vincent Zurzolo, United States Bankruptcy Judge, Centerstone Diamonds, Inc. ("CDI") and Michael Beaudry Inc. ("MBI"), the debtors and debtors in possession herein in these jointly administered bankruptcy cases (collectively, the "Debtor" or "Beaudry"), will and hereby does move the Court through its Motion to Approve Compromise of Controversy with FCC, LLC (the "Motion"), in which the Debtor seeks Court approval of a settlement (the "Settlement Agreement") by and between FCC, LLC, a Florida limited liability company doing business as First Capital Western Region, LLC, ("FCC"), CDI, MBI and Michael Beaudry ("M.

Beaudry"), Laura Beaudry ("L. Beaudry"), and MGB – 8th Street, L.P. ("MGB"), (each a "Party" and collectively "Parties") resolving FCC's claims against the bankruptcy estate and parties related to M. Beaudry, a sale of the Debtor's inventory which will provide for the continued ability of the Debtor to sell the inventory for certain periods of time, or a payment of enough funds to enable the Debtor to continue its business operation and reorganize. The settlement will resolve substantially all of the issues in the bankruptcy case between the Parties, and should provide for a successful reorganization, in which unsecured creditors will receive a significant distribution on their claims. A copy of the Settlement Agreement is attached as Exhibit "A" to the Motion, and is incorporated herein by this reference. **The Debtor has concurrently filed its Motion of Debtor For Sale Of Property Free And Clear Of Liens (the "Sale Motion") to provide for the auction of the assets to be sold under the Settlement Agreement with FCC.**

The Settlement Agreement contemplates that, subject to certain terms and conditions, FCC will reduce its secured claim against the Debtors' chapter 11 estates (the "Estates"), stop accruing interest and other charges on the outstanding indebtedness owed it by the Debtor and accept the inventory and certain other collateral by a credit bid sale in full satisfaction of this indebtedness. The Settlement Agreement will also afford the Debtor the opportunity to take a consignment back of the foreclosed inventory for sale in the ordinary course by the Debtor.[1] Under the terms of a concurrent consignment agreement, the Debtor will retain the profits from such sales that exceed certain established thresholds, thereby providing a source of revenue to the Debtor and assets from which the unsecured creditors of the Debtors' Estates can be paid. As set forth below, approval of the Stipulation is in the best interests of the Estates and is a critical step toward a successful reorganization of the Debtors' business for the benefit of the Estates and their creditors.

The Debtor is confident that the Court will find that the Settlement Agreement is fair and equitable. Each of the factors necessary to approve settlements in this Circuit are present in this case and, as a result, the settlement should be found to be in the best interests of the Debtor and

---

[1] This assumes that FCC is the successful bidder at the bankruptcy sale, if FCC is not the successful bidder, the Debtor will receive the excess proceeds above the credit bid amount to continue its operations and reorganization.

approved by the Court.

The Debtor believes the settlement is in the best interests of the estate since it reduces the risks of litigation and provides a reduction of an obligation of the estate.

The Motion is on file in the above-entitled Court and may be reviewed and inspected at the offices of the Clerk of the Bankruptcy Court, 300 N. Los Angeles Street, Los Angeles, California 90012, during business hours <u>or</u> obtained from counsel for the Debtor listed in the above left hand corner of the first page of this Notice of Motion.

Pursuant to Local Bankruptcy Rule 9013-1(1)(g), any opposition to the Motion must be in writing and filed with the United States Bankruptcy Court at 300 N. Los Angeles Street, Los Angeles, California 90012, and served upon the Debtor, its attorneys, Ervin, Cohen & Jessup LLP at 9401 Wilshire Boulevard, 9th Floor, Beverly Hills, California 90212-2974 and the Office of the United States Trustee, located at 725 S. Figueroa Street, 26th Floor, Los Angeles, California 90017, **not later than 14 days prior to the hearing date**. Any opposition not timely filed may be deemed waived.

The Motion is based upon this Notice of Motion and the concurrently filed Motion, the Memorandum of Points and Authorities and the Declaration of John Cowles in support thereof, all pleadings and papers on file in this case, and such other evidence as the Court may receive at the time of the hearing.

DATED: May 28, 2010                ERVIN, COHEN & JESSUP LLP
                                   Michael S. Kogan


                                   By: /s/Michael S. Kogan
                                       MICHAEL S. KOGAN
                                       Attorneys for the Debtor

| In re: CENTERSTONE DIAMONDS INC.<br>(Jointly Administered with)<br>In re: MICHAEL BEAUDRY, INC.<br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 2:09-bk-23944-VZ<br>(Jointly Administered with) 2:09-bk-23945-VZ |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9401 Wilshire Boulevard, 9th Floor, Beverly Hills, California 90212

A true and correct copy of the foregoing documents described as: **NOTICE OF MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH FCC, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 28, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On May 28, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 28, 2010 | Kimberly Anthony | _(signed)_ |
|---|---|---|
| Date | Type Name | Signature |

IDOCS:12999.3:906626.1/

| In re: CENTERSTONE DIAMONDS, INC. /MICHAEL BEAUDRY INC.       Debtor(s). | CHAPTER: 11 |
|---|---|
| | CASE NUMBER: 2:09-bk-23944-VZ |
| | (Jointly Administered With 2:09-bk-23945-VZ) |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Glen Dresser on behalf of Creditor BANK OF AMERICA - gombd@aol.com
Elaine T Fuller on behalf of Creditor INTERNAL REVENUE SERVICE - elaine.t.fuller@irscounsel.treas.gov
Scott F Gautier on behalf of Creditor FCC LLC - sgautier@pwkllp.com
Julian I Gurule on behalf of Interested Party Courtesy NEF - jgurule@pwkllp.com
Jeff D Kahane on behalf of Defendant Bernie Robbins Jewelers, Inc., a New Jersey corporation dba Bernie Robbins Jewelers - jkahane@duanemorris.com
Louis E Kempinsky on behalf of Creditor FCC LLC - lkempinsky@pwkllp.com
Andy Kong on behalf of Creditor Committee Official Committee of Unsecured Creditors of Centerstone Diamonds, Inc., and Michael Beaudry, Inc. - Kong.Andy@ArentFox.com
Mette H Kurth on behalf of Creditor Committee Official Committee of Unsecured Creditors of Centerstone Diamonds, Inc., and Michael Beaudry, Inc. - kurth.mette@arentfox.com
Dare Law on behalf of U.S. Trustee United States Trustee (LA) - dare.law@usdoj.gov
Jennifer Leland on behalf of Creditor FCC LLC - jleland@pwkllp.com
Monserrat Morales on behalf of Creditor First Capital Western Region, LLC - mmorales@pwkllp.com
Aram Ordubegian on behalf of Creditor Committee Official Committee of Unsecured Creditors of Centerstone Diamonds, Inc., and Michael Beaudry, Inc. - ordubegian.aram@arentfox.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Kimberly S Winick on behalf of Interested Party Courtesy NEF - kwinick@clarktrev.com
Matthew A Gold on behalf of Creditor Argo Partners - courts@argopartners.net
Deborah Terranova on behalf of Creditor Jason Hoffman - dterranova9@yahoo.com

Via U.S. Mail

Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
255 E. Temple St. #1360
Los Angeles, CA 90012

Debtors
Centerstone Diamonds Inc./
Michael Beaudry Inc.
323 W. 8th St.
Los Angeles, CA 90014

Request for Special Notice

Yahalomei Espeika International Ltd.
c/o Benjamin Kiss
Fischer Zisblatt & Kiss
1901 Avenue of the Stars # 1020
Los Angeles, CA 90067

L.A. County Treasurer and Tax Collector
Attn: Linda D. Ramos, Tax Service Specialist
POB 54110
Los Angeles, CA 90051

EDF Resource Capital Inc.
c/o Real Estate Law Group LLP
Jason L. Hoffman
3455 American River Dr. Ste. C
Sacramento, CA 95864

Landlord
MGB 8th Street
323 W. 8th St.
Los Angeles, CA 90014

COMMITTEE OF UNSECURED CREDITORS

Olympic Diamonds Corp.
c/o Barry R. Edwards, Esq.
433 N. Camden Dr. 6th Floor
Beverly Hills, CA 90210

IDOCS:12999.3:906626.1/

Modern Luxury Inc.
Mike Eisenberg, Assistant Credit Manager
5455 Wilshire Blvd. #1412
Los Angeles, CA 90036

Curtco Robb Media LLC
Chris Fabian, CFO
29160 Heathercliff Rd.
Malibu, CA 90265

C. Publishing LLC
Nicholas Hale, CFO
1543 7th St., 2nd Floor
Santa Monica, CA 90401

Ambrish Sethi, Executive Officer
101 Utah St. #207
San Francisco, CA 94103

SECURED CREDITORS

FCC, LLC dba First Capital Western Region LLC
700 S. Flower St., #2325
Los Angeles, CA 90017

First Capital Western Region LLC
4355 Technology Way #500
Boca Raton, FL 33431

UNSECURED PRIORITY CREDITORS

EDD - State of California
Bankruptcy Unit – MIC 92E
POB 826880
Sacramento, CA 94280

State Board of Equalization
POB 942879
Sacramento, CA 94279

IRS
POB 21126
Philadelphia, PA 19114

Franchise Tax Board
Bankruptcy Unit
POB 2952
Sacramento, CA 95812

UNSECURED CREDITORS

Olympic Diamonds Corp.
580 Fifth Ave., #1200
New York, NY 10036

Espeka Israel
52 Bezalel St.
Noam Building, Room 501
52521 Ramat-Gan Israel

Inter Gems – CLAES Hoveniersstraat
2 BUS 248 B-2018
Antwerpen Belgium

American Express
Box 0001
Los Angeles, CA 90096

Elite Traveler Magazine
801 Second Ave. 11th Floor
New York, NY 10017

Diamond Investment Partners LLC
367 S. Rimpau Blvd.
Los Angeles, CA 90020

Dell Financial Services
c/o Bank of America
4307 Collection Center Dr.
Chicago, IL 60693

Kothari Trading Co. Ltd.
Takshing House
20 Des Voeux Rd. #506
Central, Hong Kong

Lili Diamonds
580 5th Ave., #2500
New York, NY 10036

Curtco Robb Media LLC
Robb Report, Inc.
POB 6167
Malibu, CA 92264

American Express Publishing Corp.
4624 Paysphere Cir.
Chicago, IL 60674

Modern Luxury Inc.
POB 512808
Los Angeles, CA 90051

Novel Collection
580 Fifth Ave. #1608
New York, NY 10036

Fancy Colors USA, Inc.
579 Fifth Ave. #602
New York, NY 10017

Los Angeles Magazine
File #55469
Los Angeles, CA 90074

Inga Moubaiajian
4555 Finley Ave. #4
Los Angeles, CA 90027

Rosy Blue Trading Inc.
529 Fifth Ave. 17th Floor
New York, NY 10017

C Publishing LLC
1543 7th St., 2nd Floor
Santa Monica, CA 90401

Superb Jewelstar
101 Utah St. #207
San Francisco, CA 94103

Eurostar Belgium Inc.
18 E. 48th St. Rm. 1201
New York, NY 10017

Microsoft Financing
CIT Technology Fin. Serv. Inc.
23896 Network Place
Chicago, IL 60673

Elite Traveler Magazine
801 Second Ave. 11th Floor
New York, NY 10017

Diamond Investment Partners LLC
367 S. Rimpau Blvd.
Los Angeles, CA 90020

Penta Diamonds Ltd.
Diamond Exchange Bldg., #18/01
Jabotinski 1 52620 Ramat-Gan Israel

Great American Leasing Corp.
8742 Innovation Way
Chicago, IL 60682

Premium Assignment Corp.
POB 3066
Tallahassee, FL 32315

Airi Beaudry
4133 W. Wilson St. #9
Banning, CA 92220

ACG Equipment Finance LLC
POB 790448
St. Louis, MO 63179

Beaudry-Beverly Hills, L.P./Beaudry Time International/
Beaudry International/Beaudry Tine Domestic
323 W. 8th St.
Los Angeles, CA 90014

PDD Diamonds Ltd.
54 Bezalei St.
Diamond Exchange Diamond Tower
52521
Ramat-Gan Israel

Entrée/Southern Accents
Entrée/Southern Progress
2314 Paysphere Cir.
Chicago, IL 60674

Brink's Incorporated
POB 651696
Charlotte, NC 28265

Federal Express
POB 7221
Pasadena, CA 91109

Finesse Diamonds Corp.
590 Fifth Ave. 15th Floor
New York, NY 10036

Crown Color
Crown Color 41/15-17
Maneesap Building 7th Floor
Soi Silom 19
Silom Road Bangkok, 10500 Thailand

Avles Dani 1
Jabotinsky Street
Maccabi Bldg. 246
Ramat Gan, Israel 52520

Michael Zelichov Insurance Servcies, Inc.
11845 W. Olympic Blvd. #1110
Los Angeles, CA 90064

Wells Fargo
POB 54349
Los Angeles, CA 90054

Aloni Diamonds
36 W. 47th St. #5
New York, NY 10036

Moshe Namdar & Co. (USA)
579 Fifth Ave. #602
New York, NY 10017

Gumbiner Savett Inc.
Rodney Fingleson
1723 Cloverfield Blvd.
Santa Monica, CA 90404

Capitol File Media LLC
POB 30630
New York, NY 10087

Gotham Media LLC
POB 30630
New York, NY 10087

United Parcel Service
POB 894820
Los Angeles, CA 90189

AIG Workers Compensation Group
AIU Holdings
22427 Network Place
Chicago, IL 60673

Platinum Guild International USA
4 Hutton Centre #220
South Coast Metro, CA 92707

Ultimate Diamond Co.
592 Fifth Ave. 5th Fl.
New York, NY 10036

Manatt Phelps & Phillips
13355 W. Olympic Blvd.
Los Angeles, CA 90064

McMonigle Residential Group
140 Newport Center Dr. #100
Newport Beach, CA 92660

E.F.D. Inc.
130 W. 42nd St. #655
New York, NY 10036

Employers Compensation Insurance Group
POB 52791
Phoenix, AZ 85072

Simply Diamonds
550 S. Hill St. #1213
Los Angeles, CA 90013

Action Support Inc.
2107 Troy Ave. So.
El Monte, CA 91733

First Federal Leasing
POB 1145
Richmond, IN 47375

Ragar Company Inc.
2106 Kings Hwy.
Ocean, NJ 07712

Continental Exhibit Group
3960 Howard Hughes Parkway #500
Las Vegas, NV 89169

Eran Michovitz
50 Dizingof St. #1208
Tel Aviv, Israel

Tahitian South Sea Pearls
510 W. 6th St. #523
Los Angeles, CA 9004

Diamond Concepts Inc.
550 S. Hill St., #978
Los Angeles, CA 90013

Varsha Diamonds Inc.
550 S. Hill St. #1153
Los Angeles, CA 90013

Robert Siragusa
10701 Wilshire Blvd. #901
Los Angeles, CA 90024

Citibusiness Card
P.O. Box 6049
The Lakes, NV 88901

GemWave Inc.
36 West 44th Street, Suite 1103
New York City, NY 10036

Disons Gems, Inc.
415 Madison Avenue, Suite 800
New York, NY 10017

H.K. Mallak Inc.
98 Cutter Mill Rd., Suite 477-North
Great Neck, NJ 11021

Caron Jewelry Design
John Thomassian
728 S. Hill Street, Suite 700
Los Angeles, CA 90014

S.A. Casting
412 W. 6th Street, Ste. 922
Los Angeles, CA 90014

Quail Lodge Resort & Golf Club
8000 Valley Greens Drive
Carmel, CA 93923

City of Los Angeles Public/Works/Sanitation
File #56689
Los Angeles, CA 90074-6689

Craig Gebauer
12816 Gilmore Avenue
West Los Angeles, CA 90066

Manak Jewels
101 Utah Street, Suite 207
San Francisco, CA 94103

Imperial Gems S.A.
4, Avenue Calas 1206
Geneva Switzerland

Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101-8088

Verizon Wireless
P.O. Box 4001
Inglewood, CA 90313-4001

Aspen Peak Media, LLC
P.O. Box 30630
New York, NY 10087-0630

M.K. Diamond & Jewelry
606 S. Olive Street, Ste. 900
Los Angeles, CA 90014

AG Heating & Air Conditioning
14620 Keswick Street
Van Nuys, CA 91405

Pinkerton Consulting & Investigations
P.O. Box 406394
Atlanta, GA 30384-6394

Staples Credit Plan
P.O. Box 689020
Des Moines, IA 50368-9020

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-8063

SDNY
580 5th Avenue, Suite #627
New York, NY 10036

LADWP (Power)
L.A. Department of Water & Power
P.O. Box 30808
Los Angeles, CA 90030-0808

Navco Security Systems
1300 Kellogg Drive, Suite A
Anaheim, CA 92807

Benefit Planning Inc.
4640 Admiralty Way, 9th Floor
Marina Del Rey, CA 90292

Yerudiam Yossi Yerushami Diamond Cutters
Yerudiam Yossi Yerushami
580 Fifth Avenue, Suite 1506
New York, NY 10036

Office Cleaning Pros, LLC
2621 Carnegie Ln. #C
Redondo Beach, CA 90278

Principal Financial Group (Dental Ins)
PLIC – SBD Grand Island
P.O. Box 10372
Des Moines, IA 50306-0372

Century Rooter
1609 South California Avenue
Montana, CA 91016

Universal Diamonds
3343 Peachtree Road, N.E. Suite 1100
Atlanta, GA 30326

Ronald Beaudry
4133 W. Wilson St. Space 9
Banning, CA 92220-1313

Nicholas G. Koontz
Video Arts Systems & Technology, Inc.
737 Howe Street, Suite 114A
Pt. Pleasant, NJ 08742

Professional Security Consultants
11454 San Vicente Blvd., 2nd Floor
Los Angeles, CA 90049

K. Girdharlal
551 Fifth Ave., 32nd Floor
New York, NY 10176

AICCO, Inc.
Department 7615
Los Angeles, CA 90084-7615

GIA Laboratory
5355 Armada Drive
Carlsbad, CA 92008-4699

The Hartford
P.O. Box 2907
Hartford, CT 06104-2907

Positive Lab Service
781 East Washington Blvd.
Los Angeles, CA 90021

Home Depot/Home Depot Credit Services
Dept. 32-2000897920
P.O. Box 6029
The Lakes, NV 88901

Pitney Bowes Purchase Power (Postage)
Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

Paetec
P.O. Box 1283
Buffalo, NY 14240-1283

TimeClock Sales and Services
2950 Airway Ave. D-7
Costa Mesa, CA 92626

Myers Dawes Andras & Sherman LLP
19900 Macarthur Blvd. 11th Floor
Irvine, CA 92612

City of LA Office of Finance Tax & Permit Division
File 57065
Los Angeles, CA 90074-7065

The Bureau of National Affairs, Inc.
P.O. Box 64284
Baltimore, MD 21264-4284

Truog-Ryding Company, Inc.
2659 Townsgate Rd., Ste. 101
Westlake Village, CA 91361-2710

PaperGirl
2158 Lawton Street
Fullerton, CA 92833

LAFD Unified Program
File 55643
Los Angeles, CA 90074-5643

Detection Logic
7605 N. San Fernando Road
Burbank, CA 91505

Schindler Elevator Corporation
P.O. Box 93050
Chicago, IL 60673-3050

Accurate Messenger Service
5431 Cleon Avenue
North Hollywood, CA 91601

Edge Solutions Group/11500 Olympic Group
11500 Olympic Blvd. Suite 400
Los Angeles, CA 90064

TelePacific Communications
P.O. Box 526015
Sacramento, CA 95852

Freeman Companies
P.O. Box 650036
Dallas, Texas 95265-0036

Superfit, Inc.
780 Fifth Avenue
King of Prussia, PA 19406

Arrowhead
P.O. Box 856158
Louisville, KY 40285-6158

MXLogic
P.O. Box 60157
Los Angeles, CA 99060

Chief Fire Protection, Inc.
8117 McKim Ct.
Los Angeles, CA 90046

Employment Background Investigations
P.O. Box 629
Owings Mills, Maryland 21117

American Gem Trade Association
3030 LBJ Freeway, Suite 840
Dallas, TX 75234

Sistems Integration, Inc.
606 South Hills St., Ste. 1009
Los Angeles, CA 90014

De Beer Watch Bands
881 Onyx Avenue, Suite A
Rancho Cucamonga, CA 91730

Pitney Bowes
Global Financial Services
P.O. Box 856460
Louisville, KY 40285-6460

Millennium Business Solutions Group, Inc.
31255 Cedar Valley Drive, Suite 312
Westlake Village, CA 91362

Office Of Finance, City Of Los Angeles
City of Los Angeles Office of Finance File 55604
Los Angeles, CA 90074-5604

Encover Contract Services
P.O. Box 49305
San Jose, CA 95161-9906

Massimo Jewelry
607 South Hill St. Suite 731
Los Angeles, CA 90014

Artin Amirayan Jewelers
607 South Hill St. Suite 731
Los Angeles, CA 90014

Dilco Ind, Inc.
205 E. Bristol Lane
Orange, CA 92865

AT&T
Payment Center
Sacramento, CA 95887-0001

Lord Lewelry Sinork Agdere
607 S. Hill St., Suite 534
Los Angeles, CA 90014

Malca-Amit CHB, Inc
153-66 Rockaway Blvd.
Jamaica, NY 11434

Vyacheslav Kalenyuk
18322 Collins St. Unit B
Tarzana, CA 91356

Uline
Attn: Accounts Receivable
2200 S. Lakeside Dr.
Waukegan, IL 60085

Cappello Capital Corp.
100 Wilshire Blvd., Suite 1200
Santa Monica, CA 90401

JBT
P.O. Box 6928
Providence, RI 02940

The Jewelers Board of Trade
P.O. Box 6928
Providence, RI 02940

Sally Phillips
27469 Latigo Bay View Drive
Malibu, CA 90265

Hostasaurus, Inc.
3250 Parkside Center Circle
Tampa, FL 33619

New York State Insurance Fund Workers' Compensation
P.O. Box 4788
Syracuse, NY 13221

Ceridian
P.O. Box 10989
Newark, NJ 07193

NK Supply, Inc.
608 S. Hill Street #602
Los Angeles, CA 90014

Royal Gem USA Inc.
576 5th Avenue, Ste. 405
New York, NY 10036

Bevan Bellevue Jewelers
10047 Main St. #102
Bellevue, WA 98004

Terminix Processing Center
P.O. Box 742592
Cincinnati, OH 45274

AT&T Mobility
P.O. Box 60017
Los Angeles, CA 90060-0017

Iron Mountain
Iron Mountain Records Management
P.O. Box 601002
Los Angeles, CA 90060-1002

DIRECTV
P.O. Box 60036
Los Angeles, CA

Design Kart
6217 Franklin Ave., Suite 303
Hollywood, CA 90028

Illuminex Diamonds Corp.
1 West 47 Street
New York, NY 10036

Bergman & Dacey, Inc.
10880 Wilshire Blvd., Suite 900
Los Angeles, CA 90024

A to Z Jewelry Tools & Supply
414 W. 6th Street
Los Angeles, CA 90014

Barry I. Rogoff Diamond Cutters, Inc.
550 S. Hill St., Ste. 1612
Los Angeles, CA 90013

J & P Oxygen
10702 Vanowen Street
North Hollywood, CA 91605

California Chamber of Commerce
1332 N. Market Blvd.
Sacramento, CA 95834-1912

Employment Development Dept.
P.O. Box 826846
Sacramento, CA 94246-0001

LA County AGR COMR/WTS & MEAS
P.O. Box 512399
Los Angeles, CA 90051-0399

L.A. Department of Water & Power
P.O. Box 30808
Los Angeles, CA 90030-0808

Sara Gem Corp.
580 Fifth Avenue, Suite 1700
New York, NY 10036-4701

EGL USA
550 S. Hill, Ste. 840
Los Angeles, CA 90013

Dunbar Armored
P.O. Box 333
Baltimore, MD 21203]

Travelers Remittance Center
One Tower Square
Hartford, CT 06183-1001

Albert Cohen
314 West 6th Street, Ste. 200
Los Angeles, Ca 90014

Steven Moore
6534 Hedding St.
Los Angeles, CA 90045

Gemelody Inc.
580 Fifth Avenue, Suite 1416
New York, NY 10036

Hershel Horowitz Corp.
580 Fifth Ave., Suite 1201 A & B
New York, NY 10036

B.B. Mukker Inc.
12800 N. Meridan St., Suite 330
Carmel, Indiana 46032

Gottlieb & Sons
1100 Superior Avenue
20th Floor - Suite 2050
Cleveland, OH 44114

4G's Trading Corp.
2 W. 46th St.
New York, NY 10036

Los Angeles County Dept. of Public Health
License/Permit Unit
5050 Commerce Dr., Rm. 117
Baldwin Park, CA 91706

Humandental Ins. Co.
P.O. Box 0884
Carol Stream, IL 60132-0884

Executive Protection
331 N. Beverly Dr., #3
Beverly Hills, CA 90210

Guild Laboratories
550 S. Hill St., #1188
Los Angeles, CA 90013

Carey International
PO Box 631414
Baltimore, MD 21263

FedEx
PO Box 7221
Pasadena, CA 91109

Great America Leasing Corp.
8742 Innovation Way
Chicago, IL 60682-0087

Microsoft Financing
CIT Technology Fin Serv, Inc.
23896 Network Place
Chicago, IL 60673-1238

ACG Equipment Finance LLC
P.O. Box 790448
St. Louis, MO 63179-0448

Dell Financial Services Payment Processing Center
4307 Collection Center Drive
Chicago, IL 60693

20 LARGEST UNSECURED CREDITORS

Olympic Diamonds Corp.
580 Fifth Avenue Suite 1200
New York, NY 10036

Espeka Israel
52 Bezalel Street
Noam Building, Room 501
52521 Ramat-Gan **ISRAEL**

Inter Gems-CLAES Hoveniersstraat
2 BUS 248 B-2018
Antwerpen –**BELGIUM**

American Express
Box 0001
Los Angeles CA 90096-0001

Elite Traveler Magazine
801 Second Ave., 11th Fl
NY, NY 10017

Diamond Investment Partners, LLC
367 S. Rimpau Boulevard
Los Angeles, CA 90020

Dell Financial Services
Co/ Bank of America
4307 Collection Center Drive
Chicago, IL 60693

Kothari Trading Co., Ltd.
Takshing House
20 Des Voeux Rd., STE 506
Central, **HONG KONG**

Lili Diamonds
580 5th Avenue Suite 2500
New York, NY 10036

Curtco Robb Media, LLC
Robb Report, Inc.
P.O. Box 6167
Malibu, CA 92264

American Express Publishing Corp.
4624 Paysphere Circle
Chicago, IL 60674

Modern Luxury, Inc.
P.O. Box 512808
Los Angeles, CA 90051

Novel Collection
580 Fifth Avenue, Suite 1608
New York, NY 10036

Fancy Colors USA, Inc.
579 Fifth Avenue Suite 602
New York, NY 10017

Los Angeles Magazine
File # 55469
Los Angeles, CA 90074

Inga Moubaiajian
4555 Finley Ave., #4
Los Angeles, CA 90027

Rosy Blue Trading, Inc.
529 Fifty Avenue, 17th FL
New York, NY 10017

C Publishing, LLC
1543 7th Street, 2nd Floor
Santa Monica, CA 90401

Superb Jewelstar
101 Utah Street Suite 207
San Francisco, CA 94103

Eurostar Belgium, Inc.
589 Fifth Avenue Suite 910
New York, NY 10017

Microsoft Financing
CIT Technology Fin. Service Inc.
23896 Network Place
Chicago, IL 60673