Michael S. Kogan (SBN 128500)
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325
mkogan@ecjlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re CENTERSTONE DIAMONDS, INC., <br><br> Debtor. <br><br> *Jointly Administered with* <br><br> In re MICHAEL BEAUDRY, INC., <br><br> Debtor. <br><br> ☐ Applies only to Centerstone Diamonds, Inc. <br> ☐ Applies only to Michael Beaudry, Inc. | Case No. 2:09-bk-23944-VZ <br><br> Chapter 11 <br><br> (Jointly Administered With 2:09-bk-23945-VZ) <br><br> **NOTICE OF WITHDRAWAL OF HEARING ON ADEQUACY OF JOINT DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION** <br><br> Date: June 24, 2010 <br> Time: 1:30 p.m. <br> Place: Courtroom 1368 <br> 255 East Temple Street <br> Los Angeles, CA |

**PLEASE TAKE NOTICE** that Centerstone Diamonds, Inc. ("CDI") and Michael Beaudry Inc. ("MBI"), the debtors and debtors in possession herein in these jointly administered bankruptcy cases (collectively, the "Debtor" or "Beaudry"), hereby withdraws its Joint Disclosure Statement And Plan Of Reorganization (the "Disclosure Statement"), set to be heard on June 24, 2010, at 1:30 p.m., has been withdrawn pursuant to Local Bankruptcy Court Rule 9013-1(k).

DATED: March 16, 2010                    ERVIN, COHEN & JESSUP LLP
                                                            Michael S. Kogan



                                                            By: /s/ Michael S. Kogan
                                                                   Michael S. Kogan
                                                                   Attorneys for Debtor

IDOCS:12999.3:1055400.1

NOTICE OF WITHDRAWAL OF HEARING ON ADEQUACY OF JOINT DISCLOSURE STATEMENT AND
PLAN OF REORGANIZATION

| In re: CENTERSTONE DIAMONDS INC. <br> *(Jointly Administered with)* <br> In re: MICHAEL BEAUDRY, INC. <br> Debtor(s). | CHAPTER: 11 <br><br> CASE NUMBER: 2:09-bk-23944-VZ <br> *(Jointly Administered with)* 2:09-bk-23945-VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9401 Wilshire Boulevard, 9th Floor, Beverly Hills, California 90212

A true and correct copy of the foregoing documents described as: NOTICE OF WITHDRAWAL OF HEARING ON ADEQUACY OF JOINT DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 4, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On June 4, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 4, 2010 | Kimberly Anthony | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

| In re: CENTERSTONE DIAMONDS, INC. /MICHAEL BEAUDRY INC.       Debtor(s). | CHAPTER: 11 |
|---|---|
| | CASE NUMBER: 2:09-bk-23944-VZ |
| | (Jointly Administered With 2:09-bk-23945-VZ) |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Glen Dresser on behalf of Creditor BANK OF AMERICA - gombd@aol.com
Elaine T Fuller on behalf of Creditor INTERNAL REVENUE SERVICE - elaine.t.fuller@irscounsel.treas.gov
Scott F Gautier on behalf of Creditor FCC LLC - sgautier@pwkllp.com
Julian I Gurule on behalf of Interested Party Courtesy NEF - jgurule@pwkllp.com
Jeff D Kahane on behalf of Defendant Bernie Robbins Jewelers, Inc., a New Jersey corporation dba Bernie Robbins Jewelers - jkahane@duanemorris.com
Louis E Kempinsky on behalf of Creditor FCC LLC - lkempinsky@pwkllp.com
Andy Kong on behalf of Creditor Committee Official Committee of Unsecured Creditors of Centerstone Diamonds, Inc., and Michael Beaudry, Inc. - Kong.Andy@ArentFox.com
Mette H Kurth on behalf of Creditor Committee Official Committee of Unsecured Creditors of Centerstone Diamonds, Inc., and Michael Beaudry, Inc. - kurth.mette@arentfox.com
Dare Law on behalf of U.S. Trustee United States Trustee (LA) - dare.law@usdoj.gov
Jennifer Leland on behalf of Creditor FCC LLC - jleland@pwkllp.com
Monserrat Morales on behalf of Creditor First Capital Western Region, LLC - mmorales@pwkllp.com
Aram Ordubegian on behalf of Creditor Committee Official Committee of Unsecured Creditors of Centerstone Diamonds, Inc., and Michael Beaudry, Inc. - ordubegian.aram@arentfox.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Kimberly S Winick on behalf of Interested Party Courtesy NEF - kwinick@clarktrev.com
Matthew A Gold on behalf of Creditor Argo Partners - courts@argopartners.net
Deborah Terranova on behalf of Creditor Jason Hoffman - dterranova9@yahoo.com

Via U.S. Mail

Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
255 E. Temple St. #1360
Los Angeles, CA 90012

Debtors
Centerstone Diamonds Inc./
Michael Beaudry Inc.
323 W. 8th St.
Los Angeles, CA 90014

Request for Special Notice

Yahalomei Espeika International Ltd.
c/o Benjamin Kiss
Fischer Zisblatt & Kiss
1901 Avenue of the Stars # 1020
Los Angeles, CA 90067

L.A. County Treasurer and Tax Collector
Attn: Linda D. Ramos, Tax Service Specialist
POB 54110
Los Angeles, CA 90051

EDF Resource Capital Inc.
c/o Real Estate Law Group LLP
Jason L. Hoffman
3455 American River Dr. Ste. C
Sacramento, CA 95864

Landlord
MGB 8th Street
323 W. 8th St.
Los Angeles, CA 90014

COMMITTEE OF UNSECURED CREDITORS

Olympic Diamonds Corp.
c/o Barry R. Edwards, Esq.
433 N. Camden Dr. 6th Floor
Beverly Hills, CA 90210

IDOCS:12999.3:906626.1/

Modern Luxury Inc.
Mike Eisenberg, Assistant Credit Manager
5455 Wilshire Blvd. #1412
Los Angeles, CA 90036

Curtco Robb Media LLC
Chris Fabian, CFO
29160 Heathercliff Rd.
Malibu, CA 90265

C. Publishing LLC
Nicholas Hale, CFO
1543 7th St., 2nd Floor
Santa Monica, CA 90401

Ambrish Sethi, Executive Officer
101 Utah St. #207
San Francisco, CA 94103

20 LARGEST UNSECURED CREDITORS

Olympic Diamonds Corp.
580 Fifth Avenue Suite 1200
New York, NY 10036

Espeka Israel
52 Bezalel Street
Noam Building, Room 501
52521 Ramat-Gan **ISRAEL**

Inter Gems-CLAES Hoveniersstraat
2 BUS 248 B-2018
Antwerpen –**BELGIUM**

American Express
Box 0001
Los Angeles CA 90096-0001

Elite Traveler Magazine
801 Second Ave., 11th Fl
NY, NY 10017

Diamond Investment Partners, LLC
367 S. Rimpau Boulevard
Los Angeles, CA 90020

Dell Financial Services
Co/ Bank of America
4307 Collection Center Drive
Chicago, IL 60693

Kothari Trading Co., Ltd.
Takshing House
20 Des Voeux Rd., STE 506
Central, **HONG KONG**

Lili Diamonds
580 5th Avenue Suite 2500
New York, NY 10036

Curtco Robb Media, LLC
Robb Report, Inc.
P.O. Box 6167
Malibu, CA 92264

American Express Publishing Corp.
4624 Paysphere Circle
Chicago, IL 60674

Modern Luxury, Inc.
P.O. Box 512808
Los Angeles, CA 90051

Novel Collection
580 Fifth Avenue, Suite 1608
New York, NY 10036

Fancy Colors USA, Inc.
579 Fifth Avenue Suite 602
New York, NY 10017

Los Angeles Magazine
File # 55469
Los Angeles, CA 90074

Inga Moubaiajian
4555 Finley Ave., #4
Los Angeles, CA 90027

Rosy Blue Trading, Inc.
529 Fifty Avenue, 17th FL
New York, NY 10017

C Publishing, LLC
1543 7th Street, 2nd Floor
Santa Monica, CA 90401

Superb Jewelstar
101 Utah Street Suite 207
San Francisco, CA 94103

Eurostar Belgium, Inc.
18 E. 48th St. #1201
New York, NY 10017

Microsoft Financing
CIT Technology Fin. Service Inc.
23896 Network Place
Chicago, IL 60673