Aram Ordubegian (SBN 185142)
Andy S. Kong (SBN 243933)
**ARENT FOX LLP**
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90017
Telephone:    213.629.7400
Facsimile:    213.629.7401

General Bankruptcy and Insolvency Counsel to
the Official Committee of Unsecured Creditors
for Centerstone Diamond, Inc. and Michael
Beaudry, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>**CENTERSTONE DIAMONDS, INC.,**<br>Debtor. | Case No.:  2:09-bk-23944-VZ<br>[Jointly Administered with<br> 2:09-bk-23945-VZ]<br>Chapter 11 |
| In re:<br>**MICHAEL BEAUDRY, INC.,**<br>Debtor. | **JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF DEBTOR FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS** |
| [ ]  *Applies only to Centerstone Diamonds, Inc.*<br>[ ]  *Applies only to Michael Beaudry, Inc.* | Hearing<br>Date: June 22, 2010<br>Time: 11:00 a.m.<br>Place: Courtroom 1368<br>   255 East Temple Street<br>   Los Angeles, CA 90012 |

/ / /

/ / /

/ / /

/ / /

/ / /

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/284608.1

1  After extensive discussions and negotiations with the debtors and debtors-in-
2  possession Centerstone Diamonds, Inc. and Michael Beaudry, Inc. (the "Debtors") and
3  their counsel and with the Debtors' secured lender FCC, LLC, a Florida limited liability
4  company doing business as First Capital Western Region, LLC, the Official Committee of
5  Unsecured Creditors (the "Committee") hereby joins in and supports and incorporates by
6  reference the *Motion of Debtor for Sale of Property Free and Clear of Liens* (the
7  "Motion") filed by the Debtors on May 28, 2010 (Docket No. 285).  The Committee
8  reserves its rights to respond to any objections to the Motion and supplement, modify,
9  and/or amend this joinder in writing or orally at the hearing.

Dated:    June 11, 2010                    Respectfully submitted,

**ARENT FOX LLP**


By:  */s/ Andy S. Kong*
     Andy S. Kong
     Counsel for the Official Creditors
     Committee for Centerstone Diamonds,
     Inc. and Michael Beaudry, Inc.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 –

LA/284608.1

| | |
|---|---|
| In re: CENTERSTONE DIAMONDS, INC. and MICHAEL BEAUDRY, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:09-bk-23944-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Arent Fox, LLP, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013-1065

A true and correct copy of the foregoing document described as **JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF DEBTOR FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 11, 2010** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **June 11, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 11, 2010 | SIMONA FILIP | */s/ Simona Filip* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**
LA/287396.1

| In re: CENTERSTONE DIAMONDS, INC. and MICHAEL BEAUDRY, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-23944-VZ |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

Glen Dresser on behalf of Creditor BANK OF AMERICA
gombd@aol.com

Elaine T Fuller on behalf of Creditor INTERNAL REVENUE SERVICE
elaine.t.fuller@irscounsel.treas.gov

Scott F Gautier on behalf of Creditor FCC LLC
sgautier@pwkllp.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Julian I Gurule on behalf of Creditor First Capital Western Region, LLC
jgurule@milbank.com

Peter F Jazayeri on behalf of Debtor Centerstone Diamonds Inc
pjazayeri@ecjlaw.com

Jeff D Kahane on behalf of Defendant Bernie Robbins Jewelers, Inc., a New Jersey corporation dba Bernie Robbins Jewelers
jkahane@duanemorris.com

Louis E Kempinsky on behalf of Creditor FCC LLC
lkempinsky@pwkllp.com

Michael S Kogan on behalf of Debtor Centerstone Diamonds Inc
mkogan@ecjlaw.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Jennifer Leland on behalf of Creditor FCC LLC
jleland@pwkllp.com

Monserrat Morales on behalf of Creditor First Capital Western Region, LLC
mmorales@pwkllp.com

Deborah Terranova on behalf of Creditor Jason Hoffman
dterranova9@yahoo.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
LA/287396.1

**F 9013-3.1**

| | |
|---|---|
| In re: CENTERSTONE DIAMONDS, INC. and MICHAEL BEAUDRY, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:09-bk-23944-VZ |

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Kimberly S Winick on behalf of Interested Party Courtesy NEF
kwinick@clarktrev.com

**II. SERVED BY U.S. MAIL:**

Honorable Vincent P. Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, California  90012

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
LA/287396.1

**F 9013-3.1**