Louis E. Kempinsky (State Bar No. 90068)
*lkempinsky@pwkllp.com*
John C. Keith (State Bar No. 229755)
*jkeith@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Attorneys for FCC, LLC
d/b/a First Capital Western Region, LLC

Michael S. Kogan (SBN 128500)
Michael V. Mancini (SBN 263799)
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325
mkogan@ecjlaw.com

Attorneys for Debtor

FILED & ENTERED

JUN 25 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY lewis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re CENTERSTONE DIAMONDS, INC., | Case No. 2:09-bk-23944-VZ |
| Debtor. | (Jointly Administered with 2:09-bk-23945 VZ) |
| *Jointly Administered with* | Chapter 11 |
| In re MICHAEL BEAUDRY, INC., | **ORDER GRANTING MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH FCC, LLC** |
| Debtor. | |
| | Date:    June 22, 2010<br>Time:   11:00 a.m.<br>Place:   Courtroom 1368 |
| ☐ *Applies only to Centerstone Diamonds, Inc*<br>☐ *Applies only to Michael Beaudry, Inc.* | |

The Motion To Approve Compromise Of Controversy With FCC, LLC (the "Settlement Motion" [Docket No. 287]), filed by the above-captioned debtors (the "Debtor") in the above-captioned jointly-administered chapter 11 cases (the "Cases"), came on for hearing before the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge, on June 22, 2010, at 11:00 a.m. Appearances were made as reflected in the Court's record. The Court having considered the Settlement Motion, all papers filed and arguments presented to the Court in connection therewith, including that Settlement Agreement And Mutual Release Of Claims dated as of May 21, 2010, by and between, among others, the Debtor and secured creditor FCC, LLC (the "Settlement Agreement"), and the files and records in the Cases, and good cause appearing therefor pursuant to Federal Rule of Bankruptcy Procedure 9019, it is hereby

**ORDERED THAT**:

A. The Settlement Motion is GRANTED.

B. The Settlement Agreement and all of the actions and transactions contemplated therein are approved in all respects and without modification.

C. FCC, LLC ("FCC") is granted relief from automatic stay in the Cases pursuant to Section 362 of the Bankruptcy Code to the extent necessary to permit FCC to carry out the provisions of, enforce its rights and remedies under, and enjoy the benefits of, the Settlement Agreement. Without limiting the generality of the foregoing, FCC is granted relief from stay in connection with FCC's retrieval of FCC Inventory (as defined in the Settlement Agreement) in the possession of the Debtor or any third party, so long as such retrieval is in accordance with the terms of the Settlement Agreement.

D. The Debtor is authorized and instructed to take all such actions as are contemplated by the Settlement Agreement.

E. This Order shall be effective immediately.

# # #

DATED: June 25, 2010

_United States Bankruptcy Judge_

| | |
|---|---|
| In re: CENTERSTONE DIAMONDS, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:09-bk-23944-VZ<br>(Jointly Administered with 2:09-bk-23945 VZ) |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

ERVIN, COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974

The foregoing document described as **ORDER GRANTING MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH FCC, LLC**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**(indicate method for each person or entity served)**:**
On **June 24, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

**Served by Overnight Mail**
Honorable Vincent P. Zurzolo
Judge of the United States Bankruptcy Court
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                              **F 9013-3.1**

| In re: CENTERSTONE DIAMONDS, INC. | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:09-bk-23944-VZ |
| | | (Jointly Administered with 2:09-bk-23945 VZ) |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **June 24, 2010** | **Grazel Garcia** | **/s/ Grazel Garcia** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| | |
|---|---|
| In re:  CENTERSTONE DIAMONDS, INC.<br><br>Debtor(s). | CHAPTER  11<br>CASE NUMBER  2:09-bk-23944-VZ<br>(Jointly Administered with 2:09-bk-23945 VZ) |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH FCC, LLC**, was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ¥ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 24, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Dan E Chambers     dan.chambers@troutmansanders.com
Glen Dresser     gombd@aol.com
Elaine T Fuller     elaine.t.fuller@irscounsel.treas.gov
Scott F Gautier     sgautier@pwkllp.com
Matthew A Gold     courts@argopartners.net
Julian I Gurule     jgurule@milbank.com
Peter F Jazayeri     pjazayeri@ecjlaw.com
Jeff D Kahane     jkahane@duanemorris.com
Louis E Kempinsky     lkempinsky@pwkllp.com
Michael S Kogan     mkogan@ecjlaw.com
Andy Kong     Kong.Andy@ArentFox.com
Mette H Kurth     kurth.mette@arentfox.com
Dare Law     dare.law@usdoj.gov
Jennifer Leland     jleland@pwkllp.com
Monserrat Morales     mmorales@pwkllp.com
Aram Ordubegian     ordubegian.aram@arentfox.com
Deborah Terranova     dterranova9@yahoo.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Kimberly S Winick     kwinick@clarktrev.com

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                 **F 9021-1.1**

| In re: CENTERSTONE DIAMONDS, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:09-bk-23944-VZ<br>(Jointly Administered with 2:09-bk-23945 VZ) |
|---|---|

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Yahalomei Espeika International Ltd.
c/o Benjamin Kiss
1901 Avenue of the Stars #1020
Los Angeles, CA 90067

L.A. County Treasurer and Tax Collector
Attn: Linda D. Ramos, Tax Service Specialist
POB 54110
Los Angeles, CA 90051

EDF Resource Capital Inc.
c/o Real Estate Law Group LLP
Jason L. Hoffman
3455 American River Drive
Suite C
Sacramento, CA 95864

Landlord
MGB 8th Street
323 W 8th Street
Los Angeles, CA 90014

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9021-1.1**